# Exhibit A

# State of Tennessee

## In the Circuit Court of Hamilton County

Terpsehore Maras
_____
**Plaintiff**

No. 21C1017

Chattanooga News Chronicle et al.
_____
**Defendant**

# SUMMONS

TO: Representative Steve Cohen    167 North Main St., Ste 369 Memphis, TN 38103
**Defendant**                    **Address**

_____    _____
**Defendant**                    **Address**

_____    _____
**Defendant**                    **Address**

You are hereby summoned to answer and make defense to a bill of complaint which has been filed in the Circuit Court of Hamilton County, Tennessee in the above styled case. Your defense to this complaint must be filed in the office of the Circuit Court Clerk of Hamilton County, Tennessee on or before thirty (30) days after service of this summons upon you. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

WITNESSED and Issued this ___29___ day of ___October___ , 20_21_

CIRCUIT COURT OF HAMILTON COUNTY
**500 COURTHOUSE**
**625 GEORGIA AVENUE**
CHATTANOOGA, TENNESSEE 37402
**423/209-6700**

**Larry L. Henry**, Circuit Court Clerk

By __C. Smith m__

**Deputy Circuit Court Clerk**

Attorneys for Plaintiff ___Russell A. Newman___

___6688 Nolensville Road, Suite 108-22, Brentwood, TN 37027___
**Address**

Plaintiff's Address ___6688 Nolensville Road, Suite 108-22, Brentwood, TN 37027___

Received this _____ day of _____ , 20_____

/S/_____
**Deputy Sheriff**

 ADA COORDINATOR, FOR ASSISTANCE CALL (209-7500)

# State of Tennessee,
## County of Hamilton

I, Larry L. Henry, Clerk of the Circuit Court, in and for the State and County aforesaid, hereby certify that the within and foregoing is a true and correct copy of the original writ of summons issued in this case.

**Larry L. Henry**, Circuit Court Clerk

By _____ D.C.

## OFFICERS RETURN

I certify that I served this summons together with the complaint as follows:

☐ On, _____ , 20 _____ , I delivered a copy of the summons and complaint to the defendant, _____

_____

☐ Failed to serve this summons within 90 days after the issuance because:

_____

**Hamilton County Sheriff**

_____
Deputy Sheriff

## CLERK'S RETURN

I hereby acknowledge and accept service of the within summons and receive copy of same, this _____ day of

_____ 20 _____ .

_____
Defendant

**Larry L. Henry**, Circuit Court Clerk

By _____ D.C.

## Notice to Defendant(s)

Tennessee law provides a ten thousand ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## IN THE HAMILTON COUNTY CHANCERY COURT
## FOR THE ELEVENTH JUDICIAL DISTRICT AT CHATTANOOGA

Terpsehore Maras,

     Plaintiff,

v.

CHATTANOOGA NEWS CHRONICLE,
THEHUFFINGTONPOST, INC.,
REPRESENTATIVE STEVE COHEN, US
DOMINION, INC., DOMINION VOTING
SYSTEMS, INC., DOMINION VOTING
SYSTEMS CORPORATION, MEDIA
MATTERS FOR AMERICA, OHIO
INTELLIGENCE TIPS, and ROSS
ELDER,

     Defendants,

Civil Action No. : _____

JURY DEMAND

---

## VERIFIED COMPLAINT

---

COMES NOW Plaintiff Terpsehore Maras, by and through undersigned counsel and for cause of action show unto the Court as follows:

### I.    PARTIES AND JURISDICTION

1.    Plaintiff Terpsehore Maras (hereinafter "Plaintiff") is a resident of the State of Ohio and she currently domiciled in Cleveland, Ohio.

2.    Defendant Chattanooga News Chronicle, Inc. is a corporation formed in Tennessee with its principal place of business located at 611 E. Martin Luther King Blvd., Chattanooga, Tennessee 37403-4067.



3.      Defendant THEHUFFINGTONPOST, INC. is a Delaware corporation with a principal place of business located at 111 E. 18th St., New York, New York, 10003-2107.

4.      Defendant Representative Steve Cohen is United States Congressman serving the 9th District (Memphis/Shelby County) and, upon information and belief, is a resident of Shelby County, Tennessee. https://cohen.house.gov/press-release/president-obama-signs-cohen-speech-act-law (last visited October 27, 2021).



5.      Defendant US Dominion, Inc. is a resident of Colorado with a principal place of business located at 1201 18th Street, Suite 210, Denver, Colorado 80202.

6.      Defendant Dominion Voting Systems, Inc. is a resident of Colorado with a principal place of business located at 1201 18th Street, Suite 210, Denver, Colorado 80202.

7.      Defendant Dominion Voting Systems Corporation is a resident of Colorado with a principal place of business located at 1201 18th Street, Suite 210, Denver, Colorado 80202.

8.      The Defendants are subject to the general personal jurisdiction of this Court pursuant to Tenn. Code Ann. § 20-2-101 *et seq.* and Tenn. Code Ann. § 20-2-201 *et seq.*

9.      Defendant Media Matters for America is a resident of California with its principal place of business located at 75 Broadway Street, Suite 202, San Francisco, CA 94111.

10.     Upon information and belief, Defendant Ohio Intelligence Tips is a blog and it not a known legal entity that is published by Ross Elder.

11.     Defendant Ross Elder is a resident of Ohio.

12.     Venue is proper pursuant to Tenn. Code Ann. § 20-4-101.

### III.     STATEMENT OF FACTS

13.     On November 29, 2020, Plaintiff Terpsehore Maras swore under oath and penalty of perjury that the testimony she provided was true and correct to the best of her knowledge.

14.     Plaintiff signed the Affidavit below, but her identity was redacted in the court filing.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge. Executed this November 29th, 2020.



15.     On December 2, 2020, Plaintiff's Affidavit was filed as Exhibit 13 in Attorney Sidney Powell's election fraud case styled, *Tyler Bowyer et al. v. Doug Ducey, in his official capacity as the Governor of the State of Arizona et al.*, United States District Court for the District of Arizona, Case No. 2:20-cv-02321-DJH (attached hereto as Exhibit 1).

16.     Plaintiff Terpsehore Maras was the Declarant/Affiant who signed the Affidavit that was attached to the above-referenced lawsuit as Exhibit 13.

4

80.    Another Declarant first explains the foundations of her opinion and then addresses the concerns of foreign interference in our elections through hardware components from companies based in foreign countries with adverse interests. (*See* Ex. 13). She explains that Dominion Voting Systems works with SCYTL. and that votes on route. before reporting. go to SCYTL in foreign countries. On the way, they get mixed and an algorithm is applied. which is done through a secretive process.

> The core software used by ALL SCYTL related Election Machine/Software manufacturers ensures "anonymity" Algorithms within the area of this "shuffling" to maintain anonymity allows for setting values to achieve a desired goal under the guise of "encryption" in the trap-door... *Id.*

81.    The Affiant goes on to explain the foreign relationships in the hardware used by Dominion Voting Systems and its subsidiary Sequoia and explains specifically the port that Dominion uses. which is called Edge Gateway and that is a part of Akamai Technologies based in Germany and China.

82.    This Declarant further explains the foundations of her opinion and then

- 28 -

17.    Plaintiff's sworn testimony explained the foundations of her expert opinions and her personal knowledge and then she addressed the concerns that she had regarding foreign interference in our elections through hardware components from companies based in foreign countries with adverse interests among other concerns. Complaint, ¶ 80, *Bowyer v. Ducey*, Case No. 2:20-cv-02321-DJH (D. Az. 2020).

18.     According to the court's Order, entered December 9, 2020, the United States District Court for the District of Arizona stated: "But perhaps more concerning to the Court is that the 'expert reports' reach implausible conclusions often because they are derived from wholly unreliable sources." Order, p. 25. *Bowyer v. Ducey*, Case No. 2:20-cv-02321-DJH (D. Az. 2020) (attached hereto as Exhibit 2).

19.     In the *Tyler Bowyer et al. v. Doug Ducey* case, multiple expert witnesses testified about the election fraud, but Plaintiff was never called to testify.

20.     Other expert witnesses testified, but Plaintiff did not testify.

21.     Other expert witnesses' reports were reviewed, but Plaintiff's Affidavit was not reviewed by the Arizona court.

22.     The court refused to examine Plaintiff's testimony.

23.     Plaintiff's Affidavit was skipped over and was not reviewed by the court.

24.     However, the court's Order concluded "that the 'expert reports' reach implausible conclusions often because they are derived from wholly reliable sources." *Id.*

25.     The result is that Plaintiff's testimony was included in the court's Order with broad conclusions about the experts' opinions, but the court never examined Plaintiff's testimony.

26.     The court's Order never stated that Plaintiff was wholly unreliable.

27.     The court's Order never stated that Plaintiff's sources were wholly unreliable.

28.     The court's Order never mentioned Terpsehore Maras' name.

29.     The court's Order never discussed Plaintiff's testimony.

30.     The court's Order never stated Plaintiff's testimony was false.

31.     When the Defendants publish defamatory statements against Attorney Sidney Powell, the Kraken or any of Attorney Sidney Powell's election fraud accusations and/or conclusions, the Defendants are defaming Plaintiff.

32.     Plaintiff was one of Attorney Sidney Powell's experts who testified.

33.     Attorney Sidney Powell is the lawyer; she is not the expert and she does not opine.

34.     The expert witnesses opine and conclude based upon a review of the evidence in the case and Attorney Sidney Powell presents these conclusions to the courts.

35.     On December 16, 2020, Dominion (through its lawyers) defamed Plaintiff in a demand letter from Thomas A. Clare, P.C. and Megan L. Meier.



THOMAS A. CLARE, P.C.          CLARE LOCKE          MEGAN L. MEIER
                                    L L P

December 16, 2020

*Via Email, Federal Express, & Hand Delivery*

Sidney Powell, P.C.                    Sidney Powell
2911 Turtle Creek Blvd, Suite 300      Defending the Republic
Dallas, Texas 75219                    10130 Northlake Blvd. #214342
Email: sidneypowell@federalappeals.com West Palm Beach, Florida 34412

          Re:     *Defamatory Falsehoods About Dominion*

Dear Ms. Powell:

        We represent US Dominion Inc. and its wholly owned subsidiaries, Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation (collectively, "Dominion"). We write regarding your wild, knowingly baseless, and false accusations about Dominion, which you made on behalf of the Trump Campaign as part of a coordinated media circus and fundraising scheme featuring your November 19 press conference in Washington, D.C. and including your "Stop the Steal" rally and numerous television and radio appearances on—and statements to—Fox News, Fox Business, Newsmax, and the Rush Limbaugh Radio Show, among others.

36.     The lawyers defamed Plaintiff throughout the entire fifteen (15) pages with "wild, knowingly baseless, and false accusations" regarding Plaintiff's expert opinion on the 2020 election fraud.

37.     On December 17, 2020, Dominion published defamatory statements about Plaintiff regarding her "baseless and false accusations" and a "dangerous and reckless disinformation campaign aimed at sowing doubt and confusion over the 2020 presidential election." https://www.dominionvoting.com/dominion-demands-retraction-of-sidney-powells-defamatory-falsehoods/ (last accessed August 17, 2021) (attached as Exhibit 4).

> December 17, 2020
>
> # DOMINION DEMANDS RETRACTION OF SIDNEY POWELL'S DEFAMATORY FALSEHOODS
>
> DENVER, Colorado — Yesterday, legal representatives for Dominion Voting Systems issued a letter to Sidney Powell regarding her baseless and false accusations about the company over the past two months. In spreading false conspiracy theories, undermining confidence in the election process, and putting election officials in harm's way, Powell acted with malice in her defamatory accusations about Dominion. The letter demands a retraction of her most serious falsehoods.
>
> "As I have testified under oath, Dominion has recently been thrust into the national spotlight as part of a dangerous and reckless disinformation campaign aimed at sowing doubt and confusion over the 2020 presidential election. The people making these baseless claims surely know they are lies, and these lies have consequences," said John Poulos, CEO of Dominion Voting Systems. "With this letter, we are asking Ms. Powell to publicly retract her false accusations and set the record straight."

38.     The "baseless and false accusations about the company" is defamation against Plaintiff.

39.     "Spreading false conspiracy theories" is Dominion defaming Plaintiff.

40.　"Undermining confidence in the election process" is Dominion defaming Plaintiff.

41.　"Putting election officials in harm's way" is Dominion defaming Plaintiff.

42.　"Powell acted with malice in her defamatory accusations [*i.e.*, the experts' opinions and conclusions, which includes Plaintiff's opinions and conclusions] about Dominion" is Dominion defaming Plaintiff.

43.　"The letter demands a retraction of her most serious falsehoods [*i.e.*, the experts' opinions and conclusions, which includes Plaintiff's opinions and conclusions] is Dominion defaming Plaintiff.

44.　"…a dangerous and reckless disinformation campaign aimed at sowing doubt and confusion over the 2020 presidential election…." is Dominion defaming Plaintiff.

45.　"The people making these baseless claims [*i.e.*, the experts' opinions and conclusions, which includes Plaintiff's opinions and conclusions] surely know they are lies, and these lies have consequences, said John Poulos, CEO of Dominion Voting Systems…" is Dominion defaming Plaintiff.

46.　"With this letter, we are asking Ms. Powell to publicly retract her false accusations [*i.e.*, the experts' opinions and conclusions, which includes Plaintiff's opinions and conclusions] and set the record straight…" is Dominion defaming Plaintiff.

47.　"In its demand letter, Dominion outlines the ways in which Powell [*i.e.*, the experts' opinions and conclusions, which includes Plaintiff's opinions and conclusions] has actively misrepresented and manufactured evidence to support her defamatory falsehoods [*i.e.*, the experts' opinions and conclusions, which includes Plaintiff's opinions and conclusions] against the company and its role in the 2020 election…" is Dominion defaming Plaintiff.

48.     "Defamatory falsehoods [*i.e.*, the experts' opinions and conclusions, which includes Plaintiff's opinions and conclusions] are actionable in court and the U.S. Supreme Court has made clear that 'there is no constitutional value in false statements of fact.' *Gertz v. Welch, Inc.*, 418 U.S. 323, 340 (1974)…" is Dominion defaming Plaintiff.

49.     "*Although the indisputable facts* [which are actually in dispute] *all point to the conclusion that this was a free and fair election* [which ignores Attorney Sidney Powell's experts' opinions and conclusions, which includes Plaintiff's opinions and conclusions], *you launched a media circus and fundraising campaign that undermined confidence in American democracy and peddled false, inherently improbable, and defamatory claims* [*i.e.*, which includes Plaintiff's expert opinions and conclusions in this statement but her testimony was never presented] *about Dominion participating in an international conspiracy to rig the election, deeply damaging Dominion's hard-earned reputation and business in the process…*" is Dominion defaming Plaintiff. (emphasis in original).

50.     On December 26, 2020, the HUFFPOST identified Plaintiff as the "**secret witness** who lawyer Sidney Powell has promised would reveal presidential election fraud…." https://www.huffpost.com/entry/sidney-powell-terpsichore-maras-lindeman-trump-election-fraud-special-counsel_n_5fe67309c5b6acb53457f8b4 (last accessed October 28, 2021) (emphasis added) (attached as Exhibit 5).

51.     The "secret witness" referred to in THEHUFF's article is the Plaintiff.

> A secret witness who lawyer Sidney Powell has promised would reveal presidential election fraud turns out to be a pro-Trump podcaster who was once sued for fraud, The Washington Post reported.
>
> Powell, a longtime QAnon believer, has filed a series of failed, typo-ridden lawsuits challenging the results of the presidential election. Powell has claimed in court documents that a witness — a former "intelligence contractor" — knows about a foreign conspiracy to attack the election. Powell said her informant's identity could not be revealed in order to protect her life.
>
> ADVERTISEMENT
>
> But podcaster Terpsichore Maras-Lindeman of North Dakota, who confirmed to the Post that she is the informant Powell has referred to, served less than a year in the Navy in the 1990s and there is no indication that she ever worked in intelligence or as an intelligence contractor.
>
> Her affidavit submitted in Powell's lawsuit is a slight rewording of one of her blog posts written more than a year before the election, according to the Post.

52.    "… Trump is considering naming Powell as a special counsel to investigate election fraud. (There have been **no credible reports of fraud** in the 2020 election.) …" is the HUFFPOST defaming Plaintiff. *Id* (emphasis added).

53.    On January 8, 2021, Dominion filed suit against Sidney Powell, Sidney Powell, P.C. and Defending the Republic, Inc. for defamation and deceptive trade practices.

From Dominion CEO John Poulos:

"The recent attacks on the democratic process are not singular or isolated events. They are the result of a deliberate and malicious campaign of lies over many months. Sidney Powell and others created and disseminated these lies, assisted and amplified by a range of media platforms.

Lies were told about government election officials, elections workers, and Dominion Voting Systems. Those lies have consequences. They have served to diminish the credibility of U.S. elections. They have subjected officials and Dominion employees to harassment and death threats. And they have severely damaged the reputation of our company.

Today is the first step to restore our good name and faith in elections by holding those responsible to account. We intend to

54.    *"The recent attacks on the democratic process …"* is Dominion defaming Plaintiff.

55.    *"a deliberate and malicious campaign of lies over many months…"* is Dominion defaming Plaintiff.

56.    *"Sidney Powell and others [i.e., Plaintiff] who created and disseminated these lies, assisted and amplified by a range of media platforms…"* is Dominion defaming Plaintiff.

57.    *"Lies were told about government election officials, elections workers, and Dominion Voting Systems…"* is Dominion defaming Plaintiff.

58.    *"They have served to diminish the credibility of U.S. elections…"* is Dominion defaming Plaintiff.

59.    *"They have subjected officials and Dominion employees to harassment and death threats…"* is Dominion defaming Plaintiff.

60.    *"And they have severely damaged the reputation of our company…"* is Dominion defaming Plaintiff.

61.    On March 23, 2021, Defendant Steve Cohen defamed Plaintiff by claiming that the election fraud movement was a con job on America and Trump supporters. https://twitter.com/RepCohen/status/1374542548157538305 (last accessed October 28, 2021).



Steve Cohen ✓

Sidney Powell Tells Judge 'No Reasonable Person' Would Believe Her Dominion Conspiracy Theories Were 'Statements of Fact' lawandcrime.com/2020-election/... 🟢 via @lawcrimenews Trump@lawyer is saying the entire Trump "Stop the Steal" & "rigged election" was a Con Job on America&Trump supporters

63.    Defendant Cohen defamed Plaintiff posted on Twitter that Sidney Powell's statements about the November 2020 election fraud were "wild accusations" and "outlandish claims" that "are repeatedly labelled 'inherently improbable' and even 'impossible'…" *Id.*

64.    On March 30, 2021, the Chattanooga News Chronicle published an article entitled "How Trump's Election Fraud Lie Turned into Law in Georgia" and proceeded to defame Plaintiff. https://chattnewschronicle.com/2021/03/30/how-trumps-election-fraud-lie-turned-into-law-in-georgia/ (last accessed October 28, 2021) (advertisements and photographs removed)

13



Thursday, October 28, 2021

**Chattanooga NEWS Chronicle**

*A Progressive Voice in the African American Community*

MENU ⌄   SPORTS   ENTERTAINMENT   BUSINESS   NATIONAL   PRINT EDITIO

THE MARY WALKER FOUNDATION

National

# How Trump's Election Fraud Lie Turned into Law in Georgia

March 30, 202    News Chronicle Staff

By Zachary B. Wolf

65.   Chattanooga News Chronicle defamed Plaintiff by publishing false statements on its website.,

66.   "This is how lies turn into laws that make it harder for people to vote" is Chattanooga News Chronicle defaming Plaintiff.

67.   "The same week that a major backer of former President Donald Trump's false election fraud narrative admitted it was unreasonable, Republican lawmakers in Georgia turned legislation inspired by the false narrative into law…" is Chattanooga News Chronicle defaming Plaintiff.

68.     "Lawyer Sidney Powell, who pushed the most virulent and false claims of fraud in 2020, faces a massive defamation lawsuit by the election infrastructure company Dominion Voting Systems, which was active in Georgia in 2020..." is Chattanooga News Chronicle defaming Plaintiff.

69.     "Powell repeatedly pressed the voter fraud myth as fact..." is Chattanooga News Chronicle defaming Plaintiff.

70.     Defendant Media Matters defamed Plaintiff in its article entitled "Right-wing media feud erupts over Trump lawyer Sidney Powell's bonkers election conspiracy theories". Right-wing media feud erupts over Trump lawyer Sidney Powell's bonkers election conspiracy theories | Media Matters for America (last accessed October 28, 2021).



73.     On October 21, 2021, Defendants, Ohio Intelligence Tips and Ross Elder, defamed Plaintiff by publishing information that claimed Plaintiff was a fraud.



**Ohio Intelligence Tips**

Intelligence, Research, Investigation

Contact

74.     Defendants cannot disprove any Paragraph in Plaintiff's Affidavit.

75.     The Defendants have libeled Plaintiff in Plaintiffs' Complaint, In the United States District Court for the District of Columbia, Case No. 1:21-cv-00040, filed January 8, 2021. (attached hereto as Exhibit 4).

76.     Therefore, the Defendants are declaring that the Plaintiff is guilty of the crime of perjury by portraying it as false information.

77.     Defendants have no applicable privilege or legal authorization to make these false and defamatory and libelous statements about the Plaintiff.

78.     Defendants published the above-referenced statements with actual malice, knowing or recklessly disregarding that they are false.

79.     Plaintiff is entitled to punitive damages pursuant to Tenn. Code Ann. § 29-39-104, as there is clear and convincing evidence and sworn testimony that Defendants have not proven false.

80.     Plaintiff contends that the punitive damages cap is unconstitutional pursuant to The Constitution of the State of Tennessee, Art. I, Sections 6 and 17.

81.     Defendants' statements are defamatory *per se*.

82.     Defendants' false statements have exposed Plaintiff to the most extreme hatred and contempt and has harmed Plaintiff's professional reputation and her credibility.

83.     There are no accusations that could do more damage to Plaintiff's integrity, ethics and honesty.

**WHEREFORE,** as a result of the foregoing, Plaintiff would respectfully request that proper process be issued and served on Defendants, requiring them to Answer under oath with a Verified Answer in the time period allotted by law, and that this Honorable Court would award Judgment in Plaintiff's favor against the Defendants as follows:

1.   awarding Plaintiff compensatory damages of not less than $1,700,000,000;

2.   awarding Plaintiff punitive damages of not less than $1,700,000,000;

3.   awarding Plaintiff all expenses and costs, including attorneys' fees;

4.   awarding Plaintiff pre- and post-judgment interest;

5.   granting a narrowly tailored permanent injunction requiring the removal of all the Defendants' statements that are determined to be false and defamatory and enjoining the Defendants from repeating such statements in the future;

6.   such other relief as the Court deems appropriate; and

7.   Plaintiff's further demand a jury of twelve persons to try all issues joined herein.

Respectfully submitted this 29th day of August, 2021.

THE NEWMAN LAW FIRM

By:

Russell A. Newman, BPR # 033462
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
(615) 554-1510 (Telephone)
(615) 283-3529 (Facsimile)
E-mail: russell@thenewmanlawfirm.com
*Attorney for Plaintiff Terpsehore Maras*