# Exhibit C

```
HAMILTON COUNTY CIRCUIT COURT
FILED - 10/29/2021         HAMILTON COUNTY CIRCUIT COURT                                    NAR

          (1) 1  MARAS, TERPSEHORE
DOCKET #  21C1017 vs.                   DAMAGE/TORT COMPLAINT                    364656*1
          (10) 1  THEHUFFINGTONPOST, INC.
                  REPRESENTATIVE STEVE COHEN
                  US DOMINION, INC.
                  DOMINION VOTING SYSTEMS, INC.
                  DOMINION VOTING SYSTEMS CORPORATION
                  MEDIA MATTERS FOR AMERICA
                  OHIO INTELLIGENCE TIPS
                  ELDER, ROSS
                  ALI ABDUL RAZAQ AKBAR A/K/A ALI ALEXANDE
BALANCES:  C:   284.50    J:           I:              TOT:    284.50
=========================================================================================
LINE  DATE         CODE    DESCRIPTION       JURY      COURT #: 3
=========================================================================================
   1|10/29/2021|DTC |DAMAGE/TORT COMPLAINT 364656*1 364656
   2|10/29/2021|SOC |SUMMONS ISSUED-D1.D2.D3.D4.D5.D6.D7    PLTF / TAKEN
   3|10/29/2021|CFO |CLERK FEE (OUT OF CO)   TAKEN BY PLTF ATTY 364680
   4|10/29/2021|SUB |SUBPOENA ISSUED-W1   PLTF / TAKEN
   5|11/19/2021|AS  |AFFI OF SERV-W1-SERVED    C/O CLERK TO JUDGE AMY TOTENBERG RT-10.29.21
   6|11/29/2021|AC  |AMENDED COMPLAINT    (PLTF'S) FILED BY RUSSELL A. NEWMAN, ESQ.
   7|11/29/2021|SOC |SUMMONS ISSUED-D2.D8.D9.D10   AMENDED COMPLAINT / PLTF / TAKEN
   8|12/06/2021|M   |MOTION  12/20/2021 - OF D9 OF DEFENDANT ELDRIDGE (ROSS) TO DISMISS
   9|12/06/2021|ME  |MEMORANDUM  OF DEFENDANT ELDRIDGE (ROSS) IN SUPPORT OF HIS MOTION TO DISMISS FOR LACK OF JURISDICTION
```