DOUGLAS N. LETTER
GENERAL COUNSEL

TODD B. TATELMAN
PRINCIPAL DEPUTY GENERAL COUNSEL

BROOKS M. HANNER
ASSOCIATE GENERAL COUNSEL

SARAH E. CLOUSE
ASSOCIATE GENERAL COUNSEL

STACIE M. FAHSEL
ASSOCIATE GENERAL COUNSEL

ERIC R. COLUMBUS
SPECIAL LITIGATION COUNSEL

**U.S. HOUSE OF REPRESENTATIVES**
**OFFICE OF GENERAL COUNSEL**
5140 O'NEILL HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6532
(202) 225-9700
FAX: (202) 226-1360

December 27, 2021

**VIA FEDEX**

Larry L. Henry
Clerk of the Circuit Court of Hamilton County, Tennessee
500 Courthouse
625 Georgia Avenue
Chattanooga, TN 37402

      **Re:** *Maras v. Chattanooga News Chronicle, et. al.,* **Civil Action No. 21C1017**

Dear Mr. Henry:

      I write on behalf of Defendant, the Honorable Steve Cohen, U.S. Representative for the 9th Congressional District of Tennessee, regarding the above-captioned case, in which the Plaintiff, Ms. Maras, has sued Congressman Cohen for damages arising out of alleged defamatory statements made by the Congressman.

      Pursuant to 28 U.S.C. § 1446(d), I hereby notify you that the case has been removed to the United States District Court for the Eastern District of Tennessee and, in furtherance thereof, have enclosed a copy of the Notice of Removal filed with the federal court. Accordingly, "the [Circuit Court of Hamilton County, Tennessee] shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

      Thank you for your assistance. If you have any questions, please feel free to contact me at (202) 225-9700.

                                     Respectfully,

                                       Douglas N. Letter
                                       *Counsel for Congressman Steve Cohen*

Enclosure

cc:    The Honorable Steve Cohen *(via electronic mail)*

Russell A. Newman (*via electronic mail*)
The Newman Law Firm
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
*russell@thenewmanlawfirm.com*

CHATTANOOGA NEWS CHRONICLE (*via electronic mail*)
611 E. Martin Luther King Blvd.
Chattanooga, TN 37403
*bell.hobbslaw@gmail.com*,

US DOMINION, INC. (*via electronic mail*)
DOMINION VOTING SYSTEMS, INC.
DOMINION VOTING SYSTEMS CORPORATION
1201 18th Street, Suite 210
Denver, CO 80202
*ssims@simsfunk.com*
*moniell@simsfunk.com*,

ROSS ELDER (*via electronic mail*)
OHIO INTELLIGENCE TIPS
2911 Beaumont Avenue
Massillon, OH 44647
*elder.ross.writes@gmail.com*,

THEHUFFINGTONPOST, INC.
111 E. 18th Street
New York, NY 10003,

MEDIA MATTERS FOR AMERICA
75 Broadway Street, Suite 202
San Francisco, CA 94111,

ALI ABDUL RAZAQ AKBAR A/K/A ALI ALEXANDER
5125 Pinellas Avenue
Keller, TX 76244