**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA**

TERPSEHORE MARAS,

*Plaintiff*,

v.

CHATTANOOGA NEWS CHRONICLE,
THEHUFFINGTONPOST, INC.,
REPRESENTATIVE STEVE COHEN,
US DOMINION, INC., DOMINION VOTING
SYSTEMS, INC., DOMINION VOTING
SYSTEMS CORPORATION, MEDIA
MATTERS FOR AMERICA, OHIO
INTELLIGENCE TIPS, ROSS ELDER,
and ALI ABDUL RAZAQ AKBAR A/K/A
ALI ALEXANDER,

*Defendants*.

Civil Action No. 1:21-cv-317

**[PROPOSED] ORDER GRANTING DEFENDANT CONGRESSMAN COHEN'S
CONSENT MOTION FOR EXTENSION OF TIME**

It is ORDERED that the consent motion of Defendant Congressman Steve Cohen for an

18-day extension of time to respond to Plaintiffs' Complaint is GRANTED.

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE

Copy to:

Russell A. Newman
The Newman Law Firm
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
*russell@thenewmanlawfirm.com*,

CHATTANOOGA NEWS CHRONICLE
611 E. Martin Luther King Blvd.
Chattanooga, TN 37403
*bell.hobbslaw@gmail.com*,

US DOMINION, INC.
DOMINION VOTING SYSTEMS, INC.
DOMINION VOTING SYSTEMS CORPORATION
1201 18th Street, Suite 210
Denver, CO 80202
*ssims@simsfunk.com*
*moniell@simsfunk.com*,

ROSS ELDER
OHIO INTELLIGENCE TIPS
2911 Beaumont Avenue
Massillon, OH 44647
*elder.ross.writes@gmail.com*,

THEHUFFINGTONPOST, INC.
111 E. 18th Street
New York, NY 10003,

MEDIA MATTERS FOR AMERICA
75 Broadway Street, Suite 202
San Francisco, CA 94111,

ALI ABDUL RAZAQ AKBAR A/K/A ALI ALEXANDER
5125 Pinellas Avenue
Keller, TX 76244