IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| TERPSEHORE MARAS,<br><br>*Plaintiff*,<br><br>v.<br><br>CHATTANOOGA NEWS CHRONICLE,<br>THEHUFFINGTONPOST, INC.,<br>REPRESENTATIVE STEVE COHEN,<br>US DOMINION, INC., DOMINION VOTING<br>SYSTEMS, INC., DOMINION VOTING<br>SYSTEMS CORPORATION, MEDIA<br>MATTERS FOR AMERICA, OHIO<br>INTELLIGENCE TIPS, ROSS ELDER,<br>and ALI ABDUL RAZAQ AKBAR A/K/A<br>ALI ALEXANDER,<br><br>*Defendants*. | Civil Action No. 1:21-cv-317 |

## NOTICE OF APPEARANCE

I, Todd B. Tatelman, hereby enter my appearance as counsel in the above-captioned case for Defendant the Honorable Steven Cohen. Please send all future notices in this matter to me.

Respectfully submitted,

*/s/ Todd B. Tatelman*
Todd B. Tatelman (VA Bar No. 66008)
  *Principal Deputy General Counsel*

Office of General Counsel
U.S. House of Representatives[*]

---

[*] Attorneys in the U.S. House of Representatives Office of General Counsel are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).

5140 O'Neill House Office Building  
Washington, D.C. 20515  
(202) 225-9700  
Todd.Tatelman@mail.house.gov

*Counsel for Congressman Steve Cohen*

December 27, 2021

# CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2021, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the Eastern District of Tennessee and served a copy via electronic mail on the following non-registered CM/ECF filers:

Russell A. Newman
The Newman Law Firm
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
*russell@thenewmanlawfirm.com*,

CHATTANOOGA NEWS CHRONICLE
611 E. Martin Luther King Blvd.
Chattanooga, TN 37403
*bell.hobbslaw@gmail.com*,

US DOMINION, INC.
DOMINION VOTING SYSTEMS, INC.
DOMINION VOTING SYSTEMS CORPORATION
1201 18th Street, Suite 210
Denver, CO 80202
*ssims@simsfunk.com*
*moniell@simsfunk.com*,

ROSS ELDER
OHIO INTELLIGENCE TIPS
2911 Beaumont Avenue
Massillon, OH 44647
*elder.ross.writes@gmail.com*,

And via FedEx delivery on the following non-registered CM/ECF filers:

THEHUFFINGTONPOST, INC.
111 E. 18th Street
New York, NY 10003,

MEDIA MATTERS FOR AMERICA
75 Broadway Street, Suite 202
San Francisco, CA 94111,

ALI ABDUL RAZAQ AKBAR A/K/A ALI ALEXANDER
5125 Pinellas Avenue
Keller, TX 76244

*/s/ Todd B. Tatelman*
Todd B. Tatelman
