IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| **TERPSEHORE MARAS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-00317 |
| | ) | Judge Clifton L. Corker |
| CHATTANOOGA NEWS CHRONICLE; | ) | |
| THEHUFFINGTONPOST.COM, INC.; | ) | |
| REPRESENTATIVE STEVE COHEN, | ) | |
| U.S.; DOMINION, INC.; DOMINION | ) | |
| VOTING SYSTEMS, INC.; DOMINION | ) | |
| VOTING SYSTEMS CORPORATION; | ) | |
| MEDIA MATTERS FOR AMERICA; | ) | |
| OHIO INTELLIGENCE TIPS; ROSS | ) | |
| ELDER; ALI ABDUL RAZAQ AKBAR | ) | |
| a/k/a ALI ALEXANDER, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SPECIAL APPEARANCE

Robb S. Harvey, a Tennessee attorney with the law firm of Waller Lansden Dortch & Davis, LLP, hereby enters this Notice of Special Appearance ("Notice") for Defendant TheHuffingtonPost.com, Inc. (mis-identified as THEHUFFINGTONPOST, INC.)

This Notice is submitted without waiver of any defenses (including, but not limited to, personal or subject matter jurisdiction, venue, failure to state a claim, failure to name a proper party, improper "defendant," statute of limitations, or insufficiency of service), objections, rights or claims (including, but not limited to, their rights/protections under state and federal law and the federal and state Constitutions, such as the First Amendment to the United States Constitution, the Tennessee Constitution and any other applicable state constitution(s), and any applicable anti-

SLAPP (Strategic Litigation Against Public Participation) statutes such as the Tennessee Public Participation Act and/or New York's revised anti-SLAPP statute.

Plaintiff, through counsel, consented to an extension of time to and including January 18, 2022, for this Defendant to answer or otherwise respond while the case was pending in state court.

Respectfully submitted,

s/ Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 011519)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
robb.harvey@wallerlaw.com

*Special Appearance for Defendant
TheHuffingtonPost.com, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022, a copy of the foregoing was filed via the Court's CM/ECF system which is anticipated to send electronic mail notice to the following:

Russell A. Newman
The Newman Law Firm
6688 Nolensville Road, Suite 108-22
Brentwood, Tennessee 37027
russell@thenewmanlawfirm.com

Rodney Eldredige aka Ross Elder
2911 Beaumont Avenue NW
Massillon, Ohio 44647
Elder.ross.writes@gmail.com

Todd B. Tatelman
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
Todd.Tatelman@mail.house.gov

Chattanooga News Chronicle
611 E. Martin Luther King Blvd.
Chattanooga, Tennessee 37403
bell.hobbslaw@gmail.com

Scott Sims & Michael R. O'Neill
Sims/Funk, PLC
3322 West End Avenue #200
Nashville, Tennessee 37203
ssims@simsfunk.com
moneill@simsfunk.com

**And a copy was served via first-class U.S. mail, addressed to:**

Media Matters for America
75 Broadway Street, Suite 202
San Francisco, California 94111

Ali Abdul Razaq aka Ali Alexander
5125 Pinellas Avenue
Keller, Texas 76244

s/ Robb S. Harvey
*Special Appearance for Defendant*
*TheHuffingtonPost.com, Inc.*