# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE CHATTANOOGA DIVISION

| | |
|---|---|
| **TERPSEHORE MARAS,**<br><br>  Plaintiff,<br><br>v.<br><br>**CHATTANOOGA NEWS CHRONICLE, THEHUFFINGTONPOST, INC., REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA, OHIO INTELLIGENCE TIPS, ROSS ELDER, and ALI ABDUL RAZAQ AKBAR A/KA/ ALI ALEXANDER,**<br><br>  Defendants. | Case. No. 1:21-cv-00317-DCLC-CHS<br><br>JUDGE CLIFTON L. CORKER |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Terpsehore Maras and, pursuant to Fed. R. Civ. P. 41(a)(1)(A), voluntarily dismisses **without prejudice** Plaintiff's Complaint against Defendants, Ohio Intelligence Tips, Ross Elder and Chattanooga News Chronicle.

Respectfully submitted this 5th day of January, 2022.

                                                      **THE NEWMAN LAW FIRM**

                                                      /s/ Russell A. Newman
                                                      Russell A. Newman, BPR No. 033462
                                                      6688 Nolensville Road, Suite 108-22
                                                      Brentwood, TN 37027
                                                      (615) 554-1510  (Telephone)
                                                      (615) 283-3529  (Facsimile)
                                                      E-mail:russell@thenewmanlawfirm.com
                                                      *Attorney for Plaintiff Terpsehore Maras*

# **CERTIFICATE OF SERVICE**

I, Russell A. Newman, do hereby certify that I am counsel for Plaintiff Terpsehore Maras in the above-captioned matter and that a copy of the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was field via the CM/ECF system for the United States District Court, Eastern District of Tennessee, Chattanooga Division and served a copy via electronic mail to the following non-registered CM/ECF filers as follows:

Ross Elder
Ohio Intelligence Tips
2911 Beaumont Avenue
Massillon, OH 44647
elder.ross.writes@gmail.com

W. Scott Sims, Esq.
Michael R. O'Neill, Esq.
SIMS│Funk, PLC
3322 West End Ave.
Suite 200
Nashville, TN 37203
(615) 292-9355  (Telephone)
(615) 649-8565  (Facsimile)
ssims@simsfunk.com
moneill@simsfunk.com
*Attorneys for Dominion Defendants*

Chattanooga News Chronicle
611 E. Martin Luther King Blvd.
Chattanooga, TN 37403
Bell.hobbslaw@gmail.com

Robb Harvey, Esq.
511 Union Street
Suite 2700
P.O. Box 198966
Nashville, TN 37219-8966
Robb.harvey@wallerlaw.com

Todd B. Tatelman, Esq.
Sarah Clouse, Esq.
5140 O'Neill House Office Building
Washington D.C. 20515
Todd.tatelman@mail.house.gov

Sarah.clouse@mail.house.gov
*Attorneys for Congressman Steve Cohen*

And via U.S. Mail on the following non-registered CM/ECF filers:

Media Matters for America
75 Broadway Street
Suite 202
San Francisco, CA 94111

Ali Abdul Razaq Akbar a/k/a Ali Alexander
5125 Pinellas Avenue
Keller, TX 76244

Respectfully submitted this 5th day of January, 2022.

**THE NEWMAN LAW FIRM**

By: /s/ Russell A. Newman
    Russell A. Newman, BPR # 033462