# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| TERPSEHORE MARAS,<br><br>*Plaintiff,*<br><br>v.<br><br>CHATTANOOGA NEWS CHRONICLE,<br>THE HUFFINGTON POST, INC.,<br>REPRESENTATIVE STEVE COHEN,<br>US DOMINION, INC., DOMINION VOTING<br>SYSTEMS, INC., DOMINION VOTING<br>SYSTEMS CORPORATION, MEDIA<br>MATTERS FOR AMERICA, OHIO<br>INTELLIGENCE TIPS, ROSS ELDER,<br>and ALI ABDUL RAZAQ AKBAR A/K/A<br>ALI ALEXANDER,<br><br>*Defendants.* | Civil Action No. 1:21-cv-317 |

## CERTIFICATE OF GOOD FAITH CONFERENCE-SUPPLEMENTAL

Pursuant to the Court's Order governing Motions to Dismiss, I hereby certify that I have conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but have been unable to resolve the issues. After my previous Certificate was already prepared I had more communication with Plaintiff's counsel including a lengthy email and a phone conversation. We are still unable to agree.

Rodney Eldridge, Pro Se
2911 BEAUMONT AVE NW
MASSILLON, OHIO 44647
PHONE: 330-328-4528
EMAIL:ELDER.ROSS.WRITES@GMAIL.COM

CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, I caused the foregoing document to be sent for filing to the Clerk at the Tennessee Federal Court 900 Georgia ave, Chattanooga, Tennessee 37402 by regular mail, l and the listed parties by either email or regular mail:

Russell A. Newman
The Newman Law Firm
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
russell@thenewmanlawfirm.com

Congressman Steve Cohen
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building Washington, D.C. 20515
douglas.letter@mail.house.gov

Chattanooga News Chronicle
611 E. Martin Luther King Blvd., Chattanooga, TN 37403
bell.hobbslaw@gmail.com

Us Dominion, Inc.
Dominion Voting Systems, Inc. Dominion Voting Systems Corporation
1201 18th Street, Suite 210 Denver, CO 80202
ssims@simsfunk.com
moniell@simsfunk.com

And by regular mail on the following:
The Huffington Post, Inc.
111 E. 18th Street, New York, NY 10003,

Media Matters For America
75 Broadway Street, Suite 202 San Francisco, CA 94111,

Ali Abdul Razaq Akbar A/K/A Ali Alexander
5125 Pinellas Avenue, Keller, TX 76244

_____
RODNEY ELDRIDGE, PRO SE