

Rodney Eldridge
2911 Beaumont Ave. NW
Massillon OH 44647

CLEVELAND OH 440

5 JAN 2022 PM 3 L




FOREVER USA

CLERK - TENNESSEE FEDERAL COURT
900 GEORGIA AVE / SUITE 309
CHATTANOOGA, TN 37402

CASE 1:21-cv-317

37402-225984