IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| TERPSEHORE MARAS,<br><br>     *Plaintiff*,<br><br>v.<br><br>CHATTANOOGA NEWS CHRONICLE, THEHUFFINGTONPOST, INC., REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA, OHIO INTELLIGENCE TIPS, ROSS ELDER, and ALI ABDUL RAZAQ AKBAR A/K/A ALI ALEXANDER,<br><br>     *Defendants*. | Civil Action No. 1:21-cv-317 |

## NOTICE OF APPEARANCE

  I, Michael R. O'Neill, hereby enter my appearance as counsel in the above-captioned case for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

             Respectfully submitted,

             /s/ Michael R. O'Neill
             W. Scott Sims (#17563)
             Michael R. O'Neill (#34982)
             SIMS|FUNK, PLC
             3322 West End Ave., #200
             Nashville, TN 37203
             (615) 292-9335
             (615) 649-8565
             ssims@simsfunk.com
             moneill@simsfunk.com

             *Counsel for Dominion Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2022, a copy of the foregoing was filed via the Court's CM/ECF system which will send notice of this filing via electronic mail notice to the following:

Russell A. Newman
The Newman Law Firm
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
russell@thenewmanlawfirm.com

Douglas N. Letter
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

Todd Tatelman
Sarah Clouse
United States House of Representatives, General Counsel
219 Cannon House Office Building
Washington, DC 20515
202-225-9700
todd.tatelman@mail.house.gov
sarah.clouse@mail.house.gov

Robb S Harvey
Waller, Lansden, Dortch & Davis, LLP (Nashville)
Nashville City Center
511 Union Street
Suite 2700
Nashville, TN 37219-8966
615-244-6380
615-244-6804 (fax)
robb.harvey@wallerlaw.com

And via U.S. Mail and/or email, to the following:

ROSS ELDER
OHIO INTELLIGENCE TIPS
2911 Beaumont Avenue
Massillon, OH 44647
*elder.ross.writes@gmail.com*

CHATTANOOGA NEWS CHRONICLE
611 E. Martin Luther King Blvd.
Chattanooga, TN 37403
bell.hobbslaw@gmail.com

MEDIA MATTERS FOR AMERICA
75 Broadway Street, Suite 202
San Francisco, CA 94111,

ALI ABDUL RAZAQ AKBAR A/K/A ALI ALEXANDER
5125 Pinellas Avenue
Keller, TX 76244

          /s/ Michael R. O'Neill
          Michael R. O'Neill