# State of Tennessee

## In the Circuit Court of Hamilton County

Terpsehore Maras
_____
Plaintiff

No. 21C1017

Chattanooga News Chronicle et al.
_____
Defendant

## SUMMONS

TO: THE HUFFINGTON POST, INC.    111 E. 18th St. New York, NY 10003-2107
Defendant                         Address

_____    _____
Defendant              Address

_____    _____
Defendant              Address

You are hereby summoned to answer and make defense to a bill of complaint which has been filed in the Circuit Court of Hamilton County, Tennessee in the above styled case. Your defense to this complaint must be filed in the office of the Circuit Court Clerk of Hamilton County, Tennessee on or before thirty (30) days after service of this summons upon you. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

WITNESSED and Issued this 29th day of November, 2021

CIRCUIT COURT OF HAMILTON COUNTY
500 COURTHOUSE
625 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402
423/209-6700

Larry L. Henry, Circuit Court Clerk

By _____
Deputy Circuit Court Clerk

Attorneys for Plaintiff  RUSSELL A. NEWMAN
6688 Nolensville Rd, Suite 108-22 Brentwood, TN 37027
Address

Plaintiff's Address  6688 Nolensville Rd, Suite 108-22, Brentwood, TN 37027

Received this _____ day of _____, 20___

/S/ _____
Deputy Sheriff


ADA COORDINATOR, FOR ASSISTANCE CALL (209-7500)

# State of Tennessee,
## County of Hamilton

I, Larry L. Henry, Clerk of the Circuit Court, in and for the State and County aforesaid, hereby certify that the within and foregoing is a true and correct copy of the original writ of summons issued in this case.

Larry L. Henry, Circuit Court Clerk

By _____ D.C.

## OFFICERS RETURN

I certify that I served this summons together with the complaint as follows:

☑ On, __30 NOVEMBER__, 20 __21__, I delivered a copy of the summons and complaint to the defendant, __via Certified Mail Signature Requested on Defendant The Huffington Post, Inc. Tracking No. 9590 9402 6265 0274 0109 46__

☐ Failed to serve this summons within 90 days after the issuance because:
_____

~~Hamilton County Sheriff~~

~~Deputy Sheriff~~ RUSSELL A. NEWMAN

[Stamp: FILED IN OFFICE 2021 DEC 20 AM 9:3_ LARRY L. HENRY, CLERK]

## CLERK'S RETURN

I hereby acknowledge and accept service of the within summons and receive copy of same, this _____ day of _____ 20 _____.

_____
Defendant

Larry L. Henry, Circuit Court Clerk

By _____ D.C.

### Notice to Defendant(s)

Tennessee law provides a ten thousand ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.