# State of Tennessee

## In the Circuit Court of Hamilton County

Terpsehore Maras
_____
Plaintiff

No. 21C1017

Chattanooga News Chronicle et al.
_____
Defendant

FILED IN OFFICE
2021 OCT 29 AM 9:39
LARRY L. HENRY, CLERK
BY CS DC

## SUMMONS

TO: US Dominion, Inc.  1201 18th St., Ste. 210 Denver, CO 80202
Defendant                Address

_____
Defendant                Address

_____
Defendant                Address

You are hereby summoned to answer and make defense to a bill of complaint which has been filed in the Circuit Court of Hamilton County, Tennessee in the above styled case. Your defense to this complaint must be filed in the office of the Circuit Court Clerk of Hamilton County, Tennessee on or before thirty (30) days after service of this summons upon you. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

WITNESSED and Issued this 29 day of October, 2021

CIRCUIT COURT OF HAMILTON COUNTY
500 COURTHOUSE
625 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402
423/209-6700

Larry L. Henry, Circuit Court Clerk

By C. Snell DC
Deputy Circuit Court Clerk

Attorneys for Plaintiff _____

_____
Address

Plaintiff's Address _____

Received this _____ day of _____, 20____

/S/ _____
Deputy Sheriff

ADA COORDINATOR, FOR ASSISTANCE CALL (209-7500)

Case 1:21-cv-00317-DCLC-CHS   Document 17   Filed 01/13/22   Page 1 of 6   PageID #: 100

# State of Tennessee,
## County of Hamilton

I, Larry L. Henry, Clerk of the Circuit Court, in and for the State and County aforesaid, hereby certify that the within and foregoing is a true and correct copy of the original writ of summons issued in this case.

Larry L. Henry, Circuit Court Clerk

By _____ D.C.

## OFFICERS RETURN

I certify that I served this summons together with the complaint as follows:

☑ On, **30 November**, 20 **21**, I delivered a copy of the summons and complaint to the defendant, **Via Certified Mail Signature Requested on Defendant US Dominion, Inc. Tracking No. 9590 9402 6265 0274 0106 87**

☐ Failed to serve this summons within 90 days after the issuance because: _____

[FILED IN OFFICE 2021 DEC 20 AM 9:29 LARRY L. HENRY, CLERK]

~~Hamilton County Sheriff~~

~~Deputy Sheriff~~ **Russell A. Newman**

## CLERK'S RETURN

I hereby acknowledge and accept service of the within summons and receive copy of same, this _____ day of _____ 20 _____.

_____
Defendant

Larry L. Henry, Circuit Court Clerk

By _____ D.C.

### Notice to Defendant(s)

Tennessee law provides a ten thousand ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

# State of Tennessee

## In the Circuit Court of Hamilton County

_Terpsehore Maras_
**Plaintiff**

No. 21C1017

_Chattanooga News Chronicle et al._
**Defendant**

FILED IN OFFICE 2021 OCT 29 AM 9:89 LARRY L. HENRY, CLERK

## SUMMONS

TO: _Dominion Voting Systems, Inc._   _1201 18th St., Ste. 210 Denver, CO 80202_
**Defendant**                          **Address**

_____
**Defendant**                          **Address**

_____
**Defendant**                          **Address**

You are hereby summoned to answer and make defense to a bill of complaint which has been filed in the Circuit Court of Hamilton County, Tennessee in the above styled case. Your defense to this complaint must be filed in the office of the Circuit Court Clerk of Hamilton County, Tennessee on or before thirty (30) days after service of this summons upon you. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

WITNESSED and Issued this _29_ day of _October_, 20_21_

CIRCUIT COURT OF HAMILTON COUNTY
500 COURTHOUSE
625 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402
423/209-6700

Larry L. Henry, Circuit Court Clerk

By _C. Smith DC_
Deputy Circuit Court Clerk

**Attorneys for Plaintiff** _____

_____
**Address**

**Plaintiff's Address** _____

Received this _____ day of _____, 20_____

/S/ _____
Deputy Sheriff

ADA COORDINATOR, FOR ASSISTANCE CALL (209-7500)

# State of Tennessee,
## County of Hamilton

I, Larry L. Henry, Clerk of the Circuit Court, in and for the State and County aforesaid, hereby certify that the within and foregoing is a true and correct copy of the original writ of summons issued in this case.

Larry L. Henry, Circuit Court Clerk

By _____ D.C.

## OFFICERS RETURN

I certify that I served this summons together with the complaint as follows:

☑ On, **30 November**, 20 **21**, I delivered a copy of the summons and complaint to the defendant, **via Certified Mail Signature Requested on Defendant Dominion Voting Systems, Inc. Tracking No. 9590 9402 6265 02740106 87**

☐ Failed to serve this summons within 90 days after the issuance because:

~~Hamilton County Sheriff~~

~~Deputy Sheriff~~ **Russell A. Newan**

## CLERK'S RETURN

I hereby acknowledge and accept service of the within summons and receive copy of same, this _____ day of _____ 20 ____.

_____
Defendant

Larry L. Henry, Circuit Court Clerk

By _____ D.C.

### Notice to Defendant(s)

Tennessee law provides a ten thousand ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

# State of Tennessee

## In the Circuit Court of Hamilton County

Terpsehore Maras
_____
Plaintiff

Chattanooga News Chronicle et al.
_____
Defendant

No. 21C1017

FILED IN OFFICE 2021 OCT 29 AM 8:09 LARRY L. HENRY, CLERK BY CS DC

# SUMMONS

TO: Dominion Voting Systems Corporation    1201 18th St., Ste. 210 Denver, CO 80202
Defendant                                                     Address

_____    _____
Defendant                       Address

_____    _____
Defendant                       Address

You are hereby summoned to answer and make defense to a bill of complaint which has been filed in the Circuit Court of Hamilton County, Tennessee in the above styled case. Your defense to this complaint must be filed in the office of the Circuit Court Clerk of Hamilton County, Tennessee on or before thirty (30) days after service of this summons upon you. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

WITNESSED and Issued this 29 day of October, 2021

CIRCUIT COURT OF HAMILTON COUNTY
500 COURTHOUSE
625 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402
423/209-6700

Larry L. Henry, Circuit Court Clerk

By C. Smith DC
Deputy Circuit Court Clerk

Attorneys for Plaintiff _____

Address _____

Plaintiff's Address _____

Received this _____ day of _____, 20___

/S/ _____
Deputy Sheriff

ADA COORDINATOR, FOR ASSISTANCE CALL (209-7500)

# State of Tennessee,
## County of Hamilton

I, Larry L. Henry, Clerk of the Circuit Court, in and for the State and County aforesaid, hereby certify that the within and foregoing is a true and correct copy of the original writ of summons issued in this case.

Larry L. Henry, Circuit Court Clerk

By _____ D.C.

## OFFICERS RETURN

I certify that I served this summons together with the complaint as follows:

☑ On, **30 NOVEMBER**, 20 **21**, I delivered a copy of the summons and complaint to the defendant, **via Certified Mail Signature Requested on Defendant Dominion Voting Systems Corporation Tracking No. 9590 9402 6265 0274 0106 87.**

☐ Failed to serve this summons within 90 days after the issuance because: _____

[Filed in Office stamp: 2021 DEC 20 AM 9:2_ LARRY L. HENRY, CLERK BY]

~~Hamilton County Sheriff~~

_signature_

~~Deputy Sheriff~~ **RUSSELL A. NEWMAN**

## CLERK'S RETURN

I hereby acknowledge and accept service of the within summons and receive copy of same, this _____ day of _____ 20 ___.

_____
Defendant

Larry L. Henry, Circuit Court Clerk

By _____ D.C.

### Notice to Defendant(s)

Tennessee law provides a ten thousand ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.