IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

TERPSEHORE MARAS,

          *Plaintiff*,

v.

CHATTANOOGA NEWS CHRONICLE,
THE HUFFINGTON POST, INC.,
REPRESENTATIVE STEVE COHEN,
US DOMINION, INC., DOMINION VOTING
SYSTEMS, INC., DOMINION VOTING
SYSTEMS CORPORATION, MEDIA
MATTERS FOR AMERICA, OHIO
INTELLIGENCE TIPS, ROSS ELDER,
and ALI ABDUL RAZAQ AKBAR A/K/A
ALI ALEXANDER,

          *Defendants*.

Civil Action No. 1:21-cv-317



## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to the Court's Order governing Motions to Dismiss, I hereby certify that I have conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but have been unable to resolve the issues. I emailed Plaintiff's Counsel regarding this matter. Multiple emails were exchanged and a phone conference was set up for the afternoon of Friday, December 31, 2021. When Plaintiff's Counsel did not call as scheduled, I again emailed him and was informed that he was too busy to discuss the matter until Monday or Tuesday. Further emails were exchanged and Plaintiff's counsel again scheduled a phone conference for Monday afternoon and again failed to call.

Rodney Eldridge, Pro Se
2911 BEAUMONT AVE NW
MASSILLON, OHIO 44647
PHONE: 330-328-4528
EMAIL:ELDER.ROSS.WRITES@GMAIL.COM

CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, I caused the foregoing document to be sent for filing to the Clerk at the Tennessee Federal Court 900 Georgia ave, Chattanooga, Tennessee 37402 by regular mail, l and the listed parties by either email or regular mail:

Russell A. Newman
The Newman Law Firm
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
russell@thenewmanlawfirm.com

Congressman Steve Cohen
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building Washington, D.C. 20515
douglas.letter@mail.house.gov

Chattanooga News Chronicle
611 E. Martin Luther King Blvd., Chattanooga, TN 37403
bell.hobbslaw@gmail.com

Us Dominion, Inc.
Dominion Voting Systems, Inc. Dominion Voting Systems Corporation
1201 18th Street, Suite 210 Denver, CO 80202
ssims@simsfunk.com
moniell@simsfunk.com

And by regular mail on the following:
The Huffington Post, Inc.
111 E. 18th Street, New York, NY 10003,

Media Matters For America
75 Broadway Street, Suite 202 San Francisco, CA 94111,

Ali Abdul Razaq Akbar A/K/A Ali Alexander
5125 Pinellas Avenue, Keller, TX 76244

_____
RODNEY ELDRIDGE, PRO SE