ROD ELDRIDGE
2911 BEAUMONT AVE NW
MASSILLON, OH 44647



CLERK
TENNESSEE FEDERAL COURT
900 GEORGIA AVE
SUITE 309
CHATTANOOGA, TN 37402



CIVIL ACTION # 1:21-CV-317