# EXHIBIT A

Docket #: 21C1017
File Date: 10/29/2021

# MARAS, TERPSEHORE
## vs
## CHATTANOOGA NEWS CHRONICLE

| Line # | File Date | Description |
|---|---|---|
| 1 | 10/29/2021 | DAMAGE/TORT COMPLAINT 364656*1 |
| 2 | 10/29/2021 | SUMMONS ISSUED-D1.D2.D3.D4.D5.D6.D7 PLTF / TAKEN |
| 3 | 10/29/2021 | CLERK FEE (OUT OF CO) TAKEN BY PLTF ATTY |
| 4 | 10/29/2021 | SUBPOENA ISSUED-W1 PLTF / TAKEN |
| 5 | 11/19/2021 | AFFI OF SERV-W1-SERVED C/O CLERK TO JUDGE AMY TOTENBERG RT-10.29.21 |
| 6 | 11/29/2021 | AMENDED COMPLAINT (PLTF'S) FILED BY RUSSELL A. NEWMAN, ESQ. |
| 7 | 11/29/2021 | SUMMONS ISSUED-D2.D8.D9.D10 AMENDED COMPLAINT / PLTF / TAKEN |
| 8 | 12/06/2021 | MOTION 12/20/2021 - OF D9 OF DEFENDANT ELDRIDGE (ROSS) TO DISMISS |
| 9 | 12/06/2021 | MEMORANDUM OF DEFENDANT ELDRIDGE (ROSS) IN SUPPORT OF HIS MOTION TO DISMISS FOR LACK OF JURISDICTION |
| 10 | 12/15/2021 | NOTICE OF APPEARANCE FOR DOMINION DEFTS FILED BY MICHAEL R. O'NEILL, ESQ. (COPY) |
| 11 | 12/15/2021 | NOTICE OF APPEARANCE FOR DOMINION DEFTS FILED BY MICHAEL R. O'NEILL, ESQ. (COPY) |
| 12 | 12/17/2021 | NOTICE OF APPEARANCE FOR DEFT CHATTANOOGA NEWS CHRONICLE FILED BY R. DEE HOBBS, ESQ. |
| 13 | 12/17/2021 | MOTION 01/10/2022 - OF P1 FOR SHOW CAUSE HEARING |
| 14 | 12/20/2021 | PROPOSED ORDER FILED BY DEFT, RODNEY ELDRIDGE |

# EXHIBIT B

IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

| | | |
|---|---|---|
| TERPSEHORE MARAS | * | CASE NO. 21C1017 |
| PLAINTIFF | * | |
| v. | * | |
| CHATTANOOGA NEWS CHRONICLE, | * | |
| ET AL. | * | |

## DEFENDANT ELDRIDGE'S MOTION TO DISMISS PURSUANT TO TENNESSEE RULE OF CIVIL PROCEDURE 12.02(2) FOR LACK OF PERSONAL JURISDICTION

Defendant Eldridge is listed in the above captioned case as Ross Elder. Ross Elder is a pseudonym of Rodney Eldridge. The Plaintiff also alleges that Defendant Eldridge is the author of a blog known as "Ohio Intelligence Tips".

Pursuant to Tennessee Rule of Civil Procedure 12.02(2), Defendant Eldridge moves the Honorable Court to dismiss the above captioned case as this court does not have personal jurisdiction. A Memorandum of law is being filed simultaneously with this Motion.

Plaintiff Maras is a resident of the state of Ohio. Defendant Eldridge is also a resident of Ohio. Plaintiff is not alleging that any act from which this claim could arise happened in Tennessee. Defendant Eldrige has not had any contact with the state of Tennessee (Affidavit Attached as Exhibit A). Defendant Eldridge has not maintained the continuous contact necessary for general jurisdiction either. If Defendant Eldridge has not had any contact with the state of Tennessee then it stands to reason that if he is the author of "Ohio Intelligence Tips" then the Court would also not have jurisdiction over that entity.

Therefore, since this Court does not have personal jurisdiction or general jurisdiction over Defendant Eldridge, or any purported blog he may have written, this case should be dismissed as to Defendant Eldridge and his alleged blog.

Respectfully Submitted on this the 6 day of December, 2021

RODNEY ELDRIDGE, PRO SE
2911 BEAUMONT AVE NW
MASSILLON, OHIO 44647
PHONE: 330-328-4528
EMAIL:ELDER.ROSS.WRITES@GMAIL.COM

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify that on the _6_ day of December, 2021, a copy of the foregoing was sent by regular mail via USPS or email to the following:

Attorney Russell A Newman, for Plaintiff Maras: 6688 Nolesville Road, Suite 108-22, Brentwood TN 37027;

Chattanooga News Chronicle, Inc at 611 E. Martin Luther King Blvd, Chattanooga, TN 37403-4067;

The Huffington Post, Inc at 111 E. 118th St, New York, New York 10003-2107;

Representative Steve Cohen at The Clifford Davis/Odell Horton Federal Building 167 North Main Street, Suite 369, Memphis, TN 38103;

US Dominion, Inc and Dominion Voting Systems at 1201 18th St Suite 210, Denver, Colorado 80202;

Media Matters for America 75 Broadway St, Suite 202, San Franscisco, CA 94111;

Ali Abdul Razaq Akbar AKA Ali Alexander at 5125 Pinellas Ave, Keller, TX 76244;

_____
RODNEY ELDRIDGE, PRO SE

# EXHIBIT C

IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

| | | |
|---|---|---|
| TERPSEHORE MARAS | * | CASE NO. 21C1017 |
| PLAINTIFF | * | |
| v. | * | |
| CHATTANOOGA NEWS CHRONICLE, | * | |
| ET AL. | * | |

I, RODNEY ELDRIDGE, being duly sworn and cautioned according to law, state the following:

1. I am a resident of the state of Ohio.
2. I have written various works under the pseudonym "Ross Elder".
3. I have never been a resident of the state of Tennessee.
4. I do not own any real or personal property located in the state of Tennessee.
5. I have not incorporated a business in the state of Tennessee.
6. I have not conducted any business transactions in Tennessee.
7. I have no ties to the state of Tennessee.
8. I have not had any contact with the state of Tennessee other than this current action.
9. The Plaintiff in this case is not alleging that I committed any act in the state of Tennessee.
10. The Plaintiff is also a resident of Ohio and lives approximately 55 miles away from me.
11. To defend litigation in the state of Tennessee would be expensive and inconvenient.
12. Further Affiant sayeth naught.

_____
Rodney Eldridge, Affiant

Sworn and subscribed before me in my presence on this ___6___ day of December, 2021.

_____
Notary Public

Valerie A. Goellner
Notary Public, State of Ohio
My Commission Expires
March 7, 2024

# EXHIBIT D

IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

| | | |
|---|---|---|
| TERPSEHORE MARAS | * | CASE NO. 21C1017 |
| PLAINTIFF | * | |
| v. | * | |
| CHATTANOOGA NEWS CHRONICLE, | * | |
| ET AL. | * | |

## DEFENDANT ELDRIDGE'S MEMORANDUM IN SUPPORT OF HIS MOTION TO DIMISS FOR LACK OF JURISDICTION

This is a defamation case wherein the Plaintiff alleges that Defendant Ross Elder (Rodney Eldridge) and a blog that she believes is written by Defendant, "Ohio Intelligence Tips", defamed her by publishing information that claimed Plaintiff was a fraud.

Plaintiff's amended complaint was filed on November 29, 2021. It is captioned as the Hamilton County Chancery Court, but according to the file stamp from the clerk it was apparently filed in the Circuit Court of Hamilton County. The additional 'Verified Complaint' that Defendant Eldridge received through the mail with the Amended complaint has no clerk stamp and it is not apparent that it was filed with any court.

The amended complaint states Plaintiff Maras is a resident of the state of Ohio. Ross Elder is a pseudonym of Rodney Eldridge. Plaintiff alleges that Defendant Eldridge is the author of a blog called "Ohio Intelligence Tips" which is not a legal entity. Plaintiff also states that Rodney Eldridge ("Ross Elder") is a resident of the state of Ohio. Plaintiff's amended complaint further states that the Defendants are subject to the general personal jurisdiction of this court pursuant to Tenn. Code Ann § 20-2-101 et seq.

Tenn. Code Ann. § 20-2-222 Personal jurisdiction based upon enduring relationship, states:

> A court may exercise personal jurisdiction over:
>
> **(1)** A person domiciled in, organized under the laws of, or maintaining the person's principal place of business in, the state as to any claim for relief; or
> **(2)** A person who is a party to an action of divorce, annulment or separate maintenance when the parties have lived in the marital relationship within this state, notwithstanding one party's subsequent departure from this state, as to all obligations arising for alimony, custody, child support, child visitation or marital dissolution agreement, if the other party to the marital relationship continues to reside in this state.

Defendant Eldridge does not reside in Tennessee and has no principal place of business in Tennessee. This is also not a case type listed in (2) so this section of the code does not apply to Defendant Eldridge.

Tenn. Code Ann. § 20-2-223. Personal jurisdiction based on conduct states:

> (a) A court may exercise personal jurisdiction over a person, who acts directly or indirectly, as to a claim for relief arising from the person's:
> (1) Transacting any business in this state;
> (2) Contracting to supply services or things in this state;
> (3) Causing tortious injury by an act or omission in this state;
> (4) Causing tortious injury in this state by an act or omission outside this state of the person who regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered, in this state;
> (5) Having an interest in, using or possessing real property in this state;
> (6) Contracting to insure any person, property or risk located within this state at the time of contracting; or
> (7) Conduct as a director or officer of a domestic corporation or the conduct of a domestic corporation while the person held office as a director or officer.
> (b) When jurisdiction over a person is based solely upon this section, only a claim for relief arising from acts enumerated in this section may be asserted against that person.

Defendant Eldridge asserts that he does not meet any of the criteria of the above listed sections of the code, and Plaintiff Maras has not alleged otherwise.

As the Tennessee Supreme Court stated in *JI Case Corp. v. Williams*, 832 S.W.2d 530 (Tenn. 1992):

> In determining whether a state can assert long-arm jurisdiction, due process requires that a nonresident defendant be subjected to a judgment in personam only if he has such minimum contacts with the *532 foreign state that the maintenance of the suit does not offend traditional notions of fair play and substantial justice. International Shoe Co. v. Washington, 326 U.S. 310, 66 S. Ct. 154, 158, 90 L. Ed. 95 (1945); see also Burger King Corp. v. Rudzewicz, 471 U.S. 462, 105 S. Ct. 2174, 85 L. Ed. 2d 528 (1985); World-Wide Volkswagon Corp. v. Woodson, 444 U.S. 286, 100 S. Ct. 559, 564, 62 L. Ed. 2d 490 (1980); Masada Investment Corp. v. Allen, 697 S.W.2d 332, 334 (Tenn. 1985). In Burger King Corp. the Supreme Court, quoting Justice Stevens, stated that the Due Process Clause requires "'fair warning that a particular activity may subject [them] to the jurisdiction of a foreign sovereign.'" 100 S. Ct. at 2182 (quoting Shaffer v. Heitner, 433 U.S. 186, 218, 97 S. Ct. 2569, 2587, 53 L. Ed. 2d 683 (1977) (Stevens, J., concurring in judgment).
>
> For a court to exercise general in personam jurisdiction over a nonresident defendant without violating the requirements of the Due Process Clause, the proof must show that

the defendant maintains "continuous and systematic" contacts with the foreign state, and those contacts "give rise to the liabilities sued on." International Shoe, 326 U.S. at 317, 66 S. Ct. at 159.

As the court stated in *Gibbons v. Schwartz-Nobel*, 928 S.W.2d 922 (Tenn. Ct. App. 1996),

> The United States Supreme Court has separated the due process inquiry into *in personam* jurisdiction into two distinct areas. *See Helicopteros Nacionales de Columbia [Colombia] v. Hall,* 466 U.S. 408, 414 nn. 8-9, 104 S.Ct. 1868, 1872 nn. 8-9, 80 L.Ed.2d 404, 411 nn. 8-9 (1984). . . . "[w]hen a State exercises personal jurisdiction over a defendant in a suit not arising out of or related to the defendant's contacts with the forum, the State has been said to be exercising 'general jurisdiction' over the defendant." *Id.* at 414 n. 9, 104 S.Ct. at 1872 n. 9. Due process considerations preclude the assertion of general jurisdiction unless the plaintiff proves that the defendant maintained continuous and systematic activities in Tennessee. *Id.* at 414-15, 104 S.Ct. at 1872.

The Gibbons court also stated, citing Masada *Investment Corp. v. Allen*, 697 S.W.2d 332 (Tenn. 1985):

> In determining whether or not a state can assert long-arm jurisdiction, due process requires that a non-resident defendant be subjected to a judgment *in personam* only if he has minimum contacts with the forum such that "the maintenance of the suit does not offend 'traditional notions of fair play and substantial justice.'" *International Shoe Co. v. Washington*, 326 U.S. 310, 316, 66 S.Ct. 154, 158, 90 L.Ed. 95 (1945). However, the absence of physical contacts will not defeat *in personam* jurisdiction where a commercial actor purposefully directs his activities toward citizens of the forum State and litigation results from injuries arising out of or relating to those activities. *Burger King Corp. v. Rudzewicz*, [471] U.S. [462, 472-73], 105 S.Ct. 2174, 2182, 85 L.Ed.2d 528 (1985). In such a case, "the defendant's conduct and connection with the forum State are such that he should reasonably anticipate being haled into court there." *World-Wide Volkswagen Corp. v. Woodson*, 444 U.S. 286, 297, 100 S.Ct. 559, 567, 62 L.Ed.2d 490 (1980).

*Masada*, 697 S.W.2d at 334.

In the instant case, Plaintiff Maras, Defendant Eldridge, and any purported blog Defendant Eldridge is alleged to have written, are all located in Ohio. There is no assertion by the Plaintiff that Defendant Eldridge has had any contacts whatsoever with the state of Tennessee. Defendant Eldridge is a resident of Ohio. Defendant Eldridge does not, and has never, owned real property in Tennessee. Defendant Eldridge maintains no business in Tennessee. Defendant Eldridge has not directed any activities toward the citizens of Tennessee and in fact, the Plaintiff who is alleging injury is not even a resident of Tennessee. Defendant Eldridge has no ties to the state of Tennessee and did not have any reason to ever anticipate being brought into a Tennessee court.

Since the Court does not have personal or general jurisdiction over Defendant Eldridge, then it stands to reason that the Court does not have personal or general jurisdiction over a nebulous blog ('Ohio Intelligence Tips") that the defendant is alleged to have written.

Therefore, pursuant to Tennessee Rule of Civil Procedure 12.02(2) Defendant Eldridge moves to dismiss the above captioned case as he is not subject to the 'personal general' jurisdiction of this Court and any exercise of jurisdiction by this Court would violate his Due Process rights, and impose an undue burden upon him.

Respectfully Submitted on this the 6 day of December, 2021

RODNEY ELDRIDGE, PRO SE
2911 BEAUMONT AVE NW
MASSILLON, OHIO 44647
PHONE: 330-328-4528
EMAIL:ELDER.ROSS.WRITES@GMAIL.COM

## CERTIFICATE OF SERVICE

I hereby certify that on the 6 day of December, 2021, a copy of the foregoing was sent by regular mail via USPS or email to the following:

Attorney Russell A Newman, for Plaintiff Maras: 6688 Nolesville Road, Suite 108-22, Brentwood TN 37027;

Chattanooga News Chronicle, Inc at 611 E. Martin Luther King Blvd, Chattanooga, TN 37403-4067;

The Huffington Post, Inc at 111 E. 118th St, New York, New York 10003-2107;

Representative Steve Cohen at The Clifford Davis/Odell Horton Federal Building 167 North Main Street, Suite 369, Memphis, TN 38103;

US Dominion, Inc and Dominion Voting Systems at 1201 18th St Suite 210, Denver, Colorado 80202;

Media Matters for America 75 Broadway St, Suite 202, San Franscisco, CA 94111;

Ali Abdul Razaq Akbar AKA Ali Alexander at 5125 Pinellas Ave, Keller, TX 76244;

RODNEY ELDRIDGE, PRO SE

# EXHIBIT E

IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

| | | |
|---|---|---|
| TERPSEHORE MARAS | * | CASE NO. 21C1017 |
| PLAINTIFF | * | |
| v. | * | |
| CHATTANOOGA NEWS CHRONICLE, | * | |
| ET AL. | * | |

## ORDER

Defendant Eldridge moved the Honorable Court to dismiss the above captioned case as to him and his alleged blog "Ohio Intelligence Tips" stating this Court does not have personal jurisdiction. The Plaintiff was properly served with the Motion. No response was received from the Plaintiff.

Upon review of the Motion and the facts reflected in the Affidavit, the Court finds the Motion well taken. Therefore, pursuant to Tennessee Rule of Civil Procedure 12.02(2) the Plaintiff's action is DISMISSED as to Defendants "Ross Elder" AKA Rodney Eldridge and the blog "Ohio Intelligence Tips".

IT IS SO ORDERED

12/20/2020

RODNEY ELDRIDGE, PRO SE
2911 BEAUMONT AVE NW
MASSILLON, OHIO 44647
PHONE: 330-328-4528
EMAIL:ELDER.ROSS.WRITES@GMAIL.COM

CERTIFICATE OF SERVICE

I hereby certify that on the 20 day of December, 2021, a copy of the foregoing order was sent by regular mail via USPS or email to the following:

Attorney Russell A Newman, for Plaintiff Maras: 6688 Nolesville Road, Suite 108-22, Brentwood TN 37027;

Chattanooga News Chronicle, Inc at 611 E. Martin Luther King Blvd, Chattanooga, TN 37403-4067;

The Huffington Post, Inc at 111 E. 118th St, New York, New York 10003-2107;

Representative Steve Cohen at The Clifford Davis/Odell Horton Federal Building 167 North Main Street, Suite 369, Memphis, TN 38103;

US Dominion, Inc and Dominion Voting Systems at 1201 18th St Suite 210, Denver, Colorado 80202;

Media Matters for America 75 Broadway St, Suite 202, San Franscisco, CA 94111;

Ali Abdul Razaq Akbar AKA Ali Alexander at 5125 Pinellas Ave, Keller, TX 76244;

RODNEY ELDRIDGE, PRO SE