IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| TERPSEHORE MARAS, <br><br> *Plaintiff,* <br><br> v. <br><br> CHATTANOOGA NEWS CHRONICLE, THEHUFFINGTONPOST, INC., REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA, OHIO INTELLIGENCE TIPS, ROSS ELDER, and ALI ABDUL RAZAQ AKBAR A/K/A ALI ALEXANDER, <br><br> *Defendants.* | Civil Action No. 1:21-cv-317 <br><br> Judge Clifton L Corker <br> Magistrate Judge Christopher H Steger |

## DOMINION'S MOTION TO DISMISS

Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (sometimes collectively, "Dominion") move the Court for an Order dismissing the Amended Verified Complaint ("Complaint") of Plaintiff Terpsehore Maras ("Plaintiff") against them on the grounds that (1) the Court does not have personal jurisdiction over Dominion and (2) Plaintiff has failed to state a claim against Dominion upon which relief can be granted.[1] In support of this motion, Dominion relies on its Memorandum of Law and the Declarations of Nicole

---

[1] Plaintiff's Complaint was filed on November 29, 2021 in the Hamilton County Circuit Court (although Plaintiff's Complaint is erroneously captioned as having been filed in the Hamilton County Chancery Court). (Dkt. No. 1-2). Plaintiff's Complaint was removed to this Court on December 27, 2021 by Defendant Steve Cohen. (Dkt. No. 1). Pursuant to the Court's Order dated December 27, 2021, all defendants who previously had been served with Plaintiff's Complaint, which included Dominion, were granted an extension to respond to January 21, 2022. (Dkt. No. 9).

Nollette and Megan L. Meier, all filed concurrently herewith.

>Respectfully submitted,
>
>*/s/ W. Scott Sims*
> W. Scott Sims (#17563)
> Michael R. O' Neill (#34982)
> SIMS|FUNK, PLC
> 3322 West End Ave., #200
> Nashville, TN 37203
> (615) 292-9335
> (615) 649-8565
> ssims@simsfunk.com
> moneill@simsfunk.com
>
> *Counsel for Dominion Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022, a copy of the foregoing was filed via the Court's CM/ECF system which will send notice of this filing via electronic mail notice to the following:

| | |
|---|---|
| Russell A. Newman<br>The Newman Law Firm<br>6688 Nolensville Road<br>Suite 108-22<br>Brentwood, TN 37027<br>russell@thenewmanlawfirm.com | Todd Tatelman<br>Sarah Clouse<br>United States House of Representatives,<br>General Counsel<br>219 Cannon House Office Building<br>Washington, DC 20515<br>202-225-9700<br>todd.tatelman@mail.house.gov<br>sarah.clouse@mail.house.gov |
| Douglas N. Letter<br>Office of General Counsel<br>U.S. House of Representatives<br>5140 O'Neill House Office Building<br>Washington, D.C. 20515<br>(202) 225-9700<br>Douglas.Letter@mail.house.gov | Robb S Harvey<br>Waller, Lansden, Dortch & Davis, LLP<br>(Nashville)<br>Nashville City Center<br>511 Union Street<br>Suite 2700<br>Nashville, TN 37219-8966<br>615-244-6380<br>615-244-6804 (fax)<br>robb.harvey@wallerlaw.com |

And sent via U.S. Mail to the following:

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA<br>75 Broadway Street, Suite 202<br>San Francisco, CA 94111 | ALI ABDUL RAZAQ AKBAR<br>A/K/A ALI ALEXANDER<br>5125 Pinellas Avenue<br>Keller, TX 76244 |

                                                               */s/ W. Scott Sims*
                                                               W. Scott Sims