# Exhibit B



HOME   ABOUT ⌄   PRODUCTS ⌄   SUPPORT   SECURITY   CAREERS   **CONTACT**

## LATEST NEWS

**Legal Updates** | **Setting the Record Straight: Facts & Rumors** | Return to Latest News

December 17, 2020

# DOMINION DEMANDS RETRACTION OF SIDNEY POWELL'S DEFAMATORY FALSEHOODS



DENVER, Colorado — Yesterday, legal representatives for Dominion Voting Systems issued a letter to Sidney Powell regarding her baseless and false accusations about the company over the past two months. In spreading false conspiracy theories, undermining confidence in the election process, and putting election officials in harm's way, Powell acted with malice in her defamatory accusations about Dominion. The letter demands a retraction of her most serious falsehoods.



"As I have testified under oath, Dominion has recently been thrust into the national spotlight as part of a dangerous and reckless disinformation campaign aimed at sowing doubt and confusion over the 2020 presidential election. The people making these baseless claims surely know they are lies, and these lies have consequences," said John Poulos, CEO of Dominion Voting Systems. "With this letter, we are asking Ms. Powell to publicly retract her false accusations and set the record straight."

In its demand letter, Dominion outlines the ways in which Powell has actively misrepresented and manufactured evidence to support her defamatory falsehoods against the company and its role in the 2020 election. Her conduct and statements during her press conference, media tour, and online are part of a fundraising scheme to gain business and notoriety. In more than one instance, the letter claims, she intentionally disregarded the reliable evidence conclusively debunking her claims, instead working to undermine the election results and evidence confirmed by both Democratic and Republican state officials.

**Dominion voting machines have one main function: accurately and reliably tabulating votes from verified voters using a durable paper ballot/record controlled and secured by local elections officials.**

Dominion welcomes transparency and a full investigation of the relevant facts in a court of law.

Excerpts from the letter are below:

Excerpts from the letter are below:

*"Dominion values freedom of speech and respects the right of all Americans—of all political persuasions—to exercise their First Amendment rights and to disagree with each other.  But while you are entitled to your own opinions, Ms. Powell, you are not entitled to your own facts.  Defamatory falsehoods are actionable in court and the U.S. Supreme Court has made clear that 'there is no constitutional value in false statements of fact.'  Gertz v. Welch, Inc., 418 U.S. 323, 340 (1974)."*

*"Although the indisputable facts all point to the conclusion that this was a free and fair election, you launched a media circus and fundraising campaign that undermined confidence in American democracy and peddled false, inherently improbable, and defamatory claims about Dominion participating in an international conspiracy to rig the election, deeply damaging Dominion's hard-earned reputation and business in the process."*

**Read Demand Letter to Sidney Powell (PDF)**

Return to Latest News

---



Founded in 2003, Dominion Voting Systems is a leading industry supplier of election technology across the U.S., Canada and globally.

**PRODUCTS**

EMS ENGINE
Democracy Suite®

IN-PERSON AND ACCESSIBLE VOTING
ImageCast® X

CENTRAL TABULATION
ImageCast® Central

**ABOUT**

Dominion Difference

Dominion Secure

Careers

Latest News

**INFO**

Customer Support

1-866-654-VOTE (8683)

Contact Us