# Exhibit C

*screenshot-www.dominionvoting.com-2022.01.12-17_28_58*
*https://www.dominionvoting.com/latest-news-dominion-files-defamation-suit-against-sidney-powell/*
*12.01.2022*



HOME    ABOUT    PRODUCTS    SUPPORT    SECURITY    CAREERS    CONTACT

## LATEST NEWS

Legal Updates | Setting the Record Straight: Facts & Rumors | Return to Latest News

January 8, 2021

## DOMINION FILES DEFAMATION SUIT AGAINST SIDNEY POWELL

WASHINGTON, D.C. — Today legal representatives for Dominion Voting Systems filed a complaint in the United States District Court for the District of Columbia against Sidney Powell for her defamatory and malicious falsehoods about the company.

From Dominion CEO John Poulos:

"The recent attacks on the democratic process are not singular or isolated events. They are the result of a deliberate and malicious campaign of lies over many months. Sidney Powell and others created and disseminated these lies, assisted and amplified by a range of media platforms.

Lies were told about government election officials, elections workers, and Dominion Voting Systems. Those lies have consequences. They have served to diminish the credibility of U.S. elections. They have subjected officials and Dominion employees to harassment and death threats. And they have severely damaged the reputation of our company.

Today is the first step to restore our good name and faith in elections by holding those responsible to account. We intend to pursue justice vigorously to its rightful end."

From Dominion legal counsel Thomas Clare, Partner at Clare Locke LLP:

"Ms. Powell lied about the hand audits and recounts of paper ballots that conclusively disprove her claims; she lied about having a recording that does not exist; she manufactured, misrepresented, and cherry-picked evidence to support her false accusations and to conform to her false preconceived storyline; she disregarded and attacked the respected Republicans and election security experts who forcefully rebutted her false claims; and she proffered and misrepresented the obviously unreliable say-so of con artists, conspiracy theorists, armchair experts, and—by her own admission—the associate of a now-deceased Venezuelan dictator who was hostile to American democracy.

And when we put her on formal notice of the facts, told her Dominion employees were receiving death threats because of her false claims, and asked her to retract, she doubled down and continued with her media and fundraising campaign.

In my decades of practice as a defamation lawyer, I have never seen clearer and more convincing evidence of actual malice."

The filing can be found here.

Return to Latest News



Founded in 2003, Dominion Voting Systems is a leading industry supplier of election technology across the U.S., Canada and globally.

**PRODUCTS**

EMS ENGINE
Democracy Suite®

IN-PERSON AND ACCESSIBLE VOTING
ImageCast® X

CENTRAL TABULATION
ImageCast® Central

COMBINATION VOTING AND TABULATION
ImageCast® Precinct
ImageCast® Evolution

Optional Solutions

**ABOUT**

Dominion Difference
Dominion Secure
Careers
Latest News

**INFO**

Customer Support

1-866-654-VOTE (8683)

Contact Us

U.S.: Denver, CO
CANADA: Toronto, ON

Copyright © 2022 Dominion Voting Systems Corp. All Rights Reserved.    Accessibility Statement | Privacy Policy | Terms of Use | Site Map
Case 1:21-cv-00317-DCLC-CHS   Document 22-5   Filed 01/20/22   Page 2 of 2   PageID #: 180