# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| TERPSEHORE MARAS,<br><br>            *Plaintiff*,<br><br>v.<br><br>CHATTANOOGA NEWS CHRONICLE, THEHUFFINGTONPOST, INC., REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA, OHIO INTELLIGENCE TIPS, ROSS ELDER, and ALI ABDUL RAZAQ AKBAR A/K/A ALI ALEXANDER,<br><br>            *Defendants*. | Civil Action No. 1:21-cv-317<br><br>Judge Clifton L. Corker<br>Magistrate Judge Christopher H. Steger |

## CORPORATE DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Defendant Dominion Voting Systems, Inc., certify to the best of my knowledge and belief the following disclosures:

1. My client has the following parent corporation: U.S. Dominion, Inc.

2. There is no publicly held corporation owning 10% or more of its stock.

            Respectfully submitted,

            */s/ W. Scott Sims*
            W. Scott Sims (#17563)
            Michael R. O' Neill (#34982)
            SIMS|FUNK, PLC
            3322 West End Ave., #200
            Nashville, TN 37203
            (615) 292-9335
            (615) 649-8565

ssims@simsfunk.com
moneill@simsfunk.com

*Counsel for Dominion Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022, a copy of the foregoing was filed via the Court's CM/ECF system which will send notice of this filing via electronic mail notice to the following:

| | |
|---|---|
| Russell A. Newman<br>The Newman Law Firm<br>6688 Nolensville Road<br>Suite 108-22<br>Brentwood, TN 37027<br>russell@thenewmanlawfirm.com | Todd Tatelman<br>Sarah Clouse<br>United States House of Representatives, General Counsel<br>219 Cannon House Office Building<br>Washington, DC 20515<br>202-225-9700<br>todd.tatelman@mail.house.gov<br>sarah.clouse@mail.house.gov |
| Douglas N. Letter<br>Office of General Counsel<br>U.S. House of Representatives<br>5140 O'Neill House Office Building<br>Washington, D.C. 20515<br>(202) 225-9700<br>Douglas.Letter@mail.house.gov | Robb S Harvey<br>Waller, Lansden, Dortch & Davis, LLP (Nashville)<br>Nashville City Center<br>511 Union Street<br>Suite 2700<br>Nashville, TN 37219-8966<br>615-244-6380<br>615-244-6804 (fax)<br>robb.harvey@wallerlaw.com |

And sent via U.S. Mail to the following:

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA<br>75 Broadway Street, Suite 202<br>San Francisco, CA 94111 | ALI ABDUL RAZAQ AKBAR<br>A/K/A ALI ALEXANDER<br>5125 Pinellas Avenue<br>Keller, TX 76244 |

*/s/ W. Scott Sims*
W. Scott Sims