UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

TERPSEHORE MARAS

v.  Case No.: 1:21−cv−00317−DCLC−CHS
 District Judge Clifton L Corker

CHATTANOOGA NEWS CHRONICLE, et al.

### ORDER

The parties are **ON NOTICE** that a United States Magistrate Judge is available to conduct all proceedings in this case and to order the entry of a final judgment pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and E.D. Tenn. L.R. 7.5 & 72.3. The magistrate judges do not have to delay civil cases for felony trials; therefore, firm trial dates are more likely in the event that the parties consent.

Counsel for all parties are **ORDERED** to discuss among themselves – and with their clients – the possibility of consenting to the exercise of a magistrate judge's authority in this action. As soon as practicable, and in any event **no later than 45 days from the date of this Order**, the parties are **DIRECTED** to complete the attached form and file it using the Court's electronic case filing system. When filing the Notice, the submitting party should use the "Notice of Consent / Non−Consent" event in the electronic case filing system. Should all parties consent, every effort will be made to schedule the trial promptly before the magistrate judge.

The Court may, in some cases, enter a scheduling order prior to the expiration of the 45−day period provided herein. Nonetheless, the parties may consent to the authority of a magistrate judge after entry of the Court's scheduling order. In that event, upon the parties' request and in the discretion of the presiding magistrate judge, a new scheduling order may be entered.

**SO ORDERED:** January 21, 2022

s/Clifton L Corker

UNITED STATES DISTRICT JUDGE