IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| TERPSEHORE MARAS, <br><br> *Plaintiff*, <br><br> v. <br><br> CHATTANOOGA NEWS CHRONICLE, THEHUFFINGTONPOST.COM, INC., REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA, OHIO INTELLIGENCE TIPS, ROSS ELDER, and ALI ABDUL RAZAQ AKBAR A/K/A ALI ALEXANDER, <br><br> *Defendants*. | Civil Action No. 1:21-cv-317 |

## NOTICE OF APPEARANCE

I, Brooks M. Hanner, hereby enter my appearance as counsel in the above-captioned case for Defendant the Honorable Steve Cohen. Please send all future notices in this matter to me.

Respectfully submitted,

*/s/ Brooks M. Hanner*
Brooks M. Hanner (D.C. Bar No. 1005346)
 *Associate General Counsel*

Office of General Counsel
U.S. House of Representatives[*]

---

[*] Attorneys in the U.S. House of Representatives Office of General Counsel are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).

5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Brooks.Hanner@mail.house.gov

*Counsel for Congressman Steve Cohen*

January 21, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the Eastern District of Tennessee, which I understand caused service on all registered parties. I further certify that I served a copy of the foregoing via Federal Express on the following non-registered filers:

MEDIA MATTERS FOR AMERICA
75 Broadway Street, Suite 202
San Francisco, CA 94111

ALI ABDUL RAZAQ AKBAR A/K/A ALI ALEXANDER
5125 Pinellas Avenue
Keller, TX 76244

*/s/ Brooks M. Hanner*
Brooks M. Hanner