IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| **TERPSEHORE MARAS,**<br><br>Plaintiff,<br><br>v.<br><br>**THEHUFFINGTONPOST, INC., REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA, and ALI ABDUL RAZAQ AKBAR A/KA/ ALI ALEXANDER,**<br><br>Defendants. | **Case. No. 1:21-cv-00317-DCLC-CHS**<br><br>**JUDGE CLIFTON L. CORKER** |

## NOTICE OF FILING

COMES NOW Plaintiff Terpsehore Maras, by and through counsel, and hereby give notice of filing the following items with the Court:

1. 2021-12-16 E-mail e-filing Plaintiff's Motion for Show Cause Hearing;

2. 2021-12-16 Automatic E-mail from Hamilton County Circuit Court directing future communications with the Clerk of Court;

3. 2022-01-07 E-mail from Deputy Clerk Christy Smith cancelling the Motion for Show Cause Hearing; and

4. Plaintiff's Motion for Show Cause Hearing.

Plaintiff shows that the motion was filed, the motion was accepted by the Hamilton County Circuit Court, Circuit Court placed the motion on the court's docket and the hearing was cancelled

after removal of the case to federal court. The motion was e-filed and the original evidence was mailed to the court. Since removal Plaintiff has attempted to contact the Court on multiple occasions to have said motion and the original evidence forwarded to this Court. Plaintiff hereby requests that this Honorable Court consider this Notice of Filing as Plaintiff's attempt to include said motion, which was pending at the time of removal, as a part of the record and to enter a ruling.

Respectfully submitted this 28th day of January, 2022.

**THE NEWMAN LAW FIRM**

/s/ Russell A. Newman _____
Russell A. Newman, BPR No. 033462
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
(615) 554-1510  (Telephone)
(615) 283-3529  (Facsimile)
E-mail:russell@thenewmanlawfirm.com
*Attorney for Plaintiff Terpsehore Maras*

# CERTIFICATE OF SERVICE

I, Russell A. Newman, do hereby certify that I am counsel for Plaintiff Terpsehore Maras in the above-captioned matter and that a copy of the **NOTICE OF FILING** was filed and served via the CM/ECF system for the United States District Court, Eastern District of Tennessee, Chattanooga Division via electronic mail to the following CM/ECF filers:

W. Scott Sims, Esq.
Michael R. O'Neill, Esq.
SIMS│Funk, PLC
3322 West End Ave.
Suite 200
Nashville, TN 37203
(615) 292-9355 (Telephone)
(615) 649-8565 (Facsimile)
ssims@simsfunk.com
moneill@simsfunk.com
*Attorneys for Dominion Defendants*

Robb Harvey, Esq.
511 Union Street
Suite 2700
P.O. Box 198966
Nashville, TN 37219-8966
Robb.harvey@wallerlaw.com

Todd B. Tatelman, Esq.
Sarah Clouse, Esq.
5140 O'Neill House Office Building
Washington D.C. 20515
Todd.tatelman@mail.house.gov
Sarah.clouse@mail.house.gov
*Attorneys for Congressman Steve Cohen*

And via U.S. Mail on the following non-registered CM/ECF filers:

Media Matters for America
P.O. Box 44811
Washington, DC 20026

Ali Abdul Razaq Akbar a/k/a Ali Alexander
5125 Pinellas Avenue
Keller, TX 76244

Kevin P. Weimer, Clerk
The United States District Court
Northern District of Georgia
Atlanta Division
75 Ted Turner Drive SW
Atlanta, GA 30303

Respectfully submitted this 28th day of January, 2022.

**THE NEWMAN LAW FIRM**

By: /s/ Russell A. Newman
     Russell A. Newman, BPR # 033462