| | |
|---|---|
| **From:** | Russell A. Newman russell@thenewmanlawfirm.com |
| **Subject:** | Please file the attached motion for 12/16/21 |
| **Date:** | December 16, 2021 at 23:01 |
| **To:** | circuitpleadings@hamiltontn.gov |



**Russell A. Newman, Esq.**
**The Newman Law Firm**
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37037
T: (615) 554-1510
F: (615) 283-3529
Email: russell@thenewmanlawfirm.com
https://www.thenewmanlawfirm.com

**CONFIDENTIALITY NOTICE:** This e-mail communication, including any attached files was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return email or telephone.



Motion for Show Cause...ing.pdf