**From:** circuitpleadings circuitpleadings@HamiltonTN.gov
**Subject:** Automatic reply:
**Date:** December 16, 2021 at 23:01
**To:** Russell A. Newman russell@thenewmanlawfirm.com

DO NOT REPLY TO THIS EMAIL.   ANY FURTHER COMMUNICATION SHOULD BE DIRECTLY WITH THE CIRCUIT COURT CLERK'S OFFICE AT 209-6700.