From: Russell Newman russell@thenewmanlawfirm.com
Subject: Re: Maras vs Chattanooga News Chronicle - 21C1017
Date: January 7, 2022 at 09:45
To: Smith, Christy ChristyS@hamiltontn.gov



Thank you so much for your email. I appreciate your courtesy and letting me know. I hope you have a great weekend as well.

Best regards,

**Russell A. Newman, Esq.**
**The Newman Law Firm**
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
T: (615) 554-1510
F: (615) 283-3529
Email: russell@thenewmanlawfirm.com
https://www.thenewmanlawfirm.com/

CONFIDENTIALITY NOTICE: This e-mail communication, including any attached files was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return email or telephone.

> On Jan 7, 2022, at 10:18, Smith, Christy <ChristyS@hamiltontn.gov> wrote:
>
> Good morning,
> I'm sure you know this, but just in case, the motion to show cause that is on the coming Monday's docket will not be heard since the removal to U.S. District Court was filed. Hope you have a great weekend.
> Christy
>
> **Christy H. Smith, Deputy Clerk**
> Clerk, Division III – Judge L. Marie Williams
> Hamilton County Circuit Court
> Ph. (423) 209-6733
> Fax. (423) 209-6701