**IN THE HAMILTON COUNTY CHANCERY COURT**
**FOR THE ELEVENTH JUDICIAL DISTRICT AT CHATTANOOGA**

| | |
|---|---|
| TERPSEHORE MARAS, | |
| Plaintiff, | Civil Action No. : 21C1017 |
| v. | JURY DEMAND |
| CHATTANOOGA NEWS CHRONICLE, THEHUFFINGTONPOST, INC., REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA, OHIO INTELLIGENCE TIPS, ROSS ELDER, and ALI ABDUL RAZAQ AKBAR a/k/a ALI ALEXANDER, | |
| Defendants. | |

## MOTION FOR SHOW CAUSE HEARING

COMES NOW Plaintiff Terpsehore Maras and, pursuant to Tenn. R. Civ. P. 45.06, hereby moves this Honorable Court for an Order and a hearing for the United States District Court, Northern District of Georgia, Atlanta Division, to show cause as why it should not be held in contempt of court for its "disobedience or … refusal to be sworn or to answer as a witness …" in response to the subpoena issued by this Honorable Court and domesticated in the Fulton County Superior Court. Tenn. R. Civ. P. 45.06. As grounds for said motion, Plaintiff shows the Court the following:

1.      On October 29, 2021, Plaintiff Terpsehore Maras filed a Verified Complaint in the Hamilton County Circuit Court for defamation of character. (Certificate of Non-Appearance, dated November 19, 2021, p. 4.12-13).

2.      At the same time that the Verified Complaint was filed, the Hamilton County Circuit

Court issued a Subpoena to The United States District Court, For the Northern District of Georgia,

Atlanta Division to produce certain documents. *Id* at 4.13-15; Exhibit 1 to Certificate of Non-

Appearance.



3.      The "Subpoena for Production of Documentary Evidence" was issued pursuant to

Tenn. R. Civ. P. 45.02 and it Order The United States District Court, Northern District of Georgia,

Atlanta Division to do as follows: "You are hereby commanded to produce and permit inspection and

copying of designated items (books, papers, documents, or tangible things…) at the time, date, and

place specified herein. **Your personal appearance is not required provided you sign a notarized**

**affidavit that the books, papers, documents, or tangible things are authentic to the best of your**

**knowledge, information, and belief and state whether or not all books, papers, documents, or**

**tangible things responsive to this subpoena have been produced for copying or inspection.**

Copies of this subpoena have been duly served pursuant to Rule 5 on all parties, and all material

produced will be made available for inspection or copying by all parties." Exhibit 1 to Certificate of

Non-Appearance.



2

4.     Said Subpoena required The United States District Court, Northern District of Georgia, Atlanta Division to produce the Designated Items: "All documents, reports, e-mails and/or other documents relating to J. Alex Halderman and The Halderman Report filed under seal. *Id.*

DESIGNATED ITEMS:

All documents, reports, e-mails and/or other documents relating to J. Alex Halderman and The Halderman Report filed under seal.

5.     Since the entity being sent a Hamilton County Circuit Court Subpoena was domiciled in Georgia, the Official Code of Georgia required the Hamilton County Subpoena to be domesticated in the County in which the subpoenaed entity was domiciled. O.C.G.A. § 24-13-112(a).

⟨ Previous                                                                Next ⟩

## O.C.G.A. § 24-13-112

Copy Citation

Current through the 2021 Regular Session of the General Assembly.

**GA - Official Code of Georgia Annotated** > **TITLE 24. EVIDENCE** > **CHAPTER 13. SECURING ATTENDANCE OF WITNESSES AND PRODUCTION AND PRESERVATION OF EVIDENCE** > **ARTICLE 5. UNIFORM INTERSTATE DEPOSITIONS AND DISCOVERY ACT**

## § 24-13-112. Requirements for issuance of foreign subpoenas; application

**(a)** To request issuance of a subpoena under this Code section, a party shall submit a foreign subpoena to the clerk of superior court of the county in which the person receiving the subpoena resides. A request for the issuance of a subpoena under this Code section shall not constitute an appearance in the courts of this state.

3

6. Therefore, on the same day that the subpoena was issued, Plaintiff delivered the Hamilton County Circuit Court Subpoena to the Fulton County Superior Court and domesticated said Subpoena in the Fulton County Superior Court. *Id* at p. 5.



7. On November 19, 2021, the Fulton County Superior Court issued a Subpoena for The United States District Court, Northern District of Georgia, Atlanta Division to appear at "the Fulton County Courthouse a 1 o'clock p.m. on the 19th day of Nov, 2021 and to bring with you into said court certain documents identified in the TN Subpoena to be used as evidence by the Hamilton County Circuit Court in a certain case pending in said court between Terpsehore Maras and Chattanooga

Case 1:21-cv-00317-DCLC-CHS   Document 33-4   Filed 01/28/22   Page 4 of 29   PageID #: 2364

News Chronicle et al. Case No. 21C1017. The following are hereby subpoenaed: Documents identified in the TN Subpoena." (Certificate of Non-Appearance, Exhibit 2).



8.  The same day, on October 29, 2021, Plaintiff had the domesticated Hamilton County Circuit Court subpoena and the Fulton County Superior Court Subpoena hand-delivered on Judge Amy Totenberg's law clerk. (Certificate of Non-Appearance, p. 5).

5

9. "Pursuant to Tenn. R. Civ. P. 45.07(1), a party or attorney responsible for issuing and serving a subpoena shall provide the non-party witness at least twenty-one (21) days after to service of the subpoena to respond, absent agreement of the non-party witness or a court order." *Id*.



10. The Subpoena was issued on 29 October 2021. (Certificate of Non-Appearance, Exhibit 1).

11. The Subpoena was signed and issued by a Hamilton County Circuit Court Deputy Clerk on 29 October 2021. *Id*.

12. Pursuant to Tenn. R. Civ. P. 45.07(1), "A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a non-party witness subject to the subpoena and shall provide the non-party witness at least **twenty-one (21)** days after service of the subpoena to respond, absent agreement of the non-party witness or a court order." (emphasis added).

6

13.     Therefore, the deadline to object **to any** alleged deficiencies and/or problems with the subpoena or to objection to production of any of the Designated Items was **November 19, 2021**.



14.     On Wednesday November 17, 2021, Kevin P. Weimer, District Court Executive / Clerk of Court for The United States District Court, Northern District of Georgia wrote an e-mail stating the court's intent to ignore the subpoena: "the Northern District of Georgia does not intend to respond to the subpoena from the Superior Court of Fulton County pertaining to the case between Terpsehore Maras and Chattanooga News Chronicle." (Certificate of Non-Appearance, Exhibit 4).



15.     In response to The United States District Court Clerk's, at 11:39 AM on Friday November 19, 2021, undersigned counsel wrote back to the usdc Clerk as follows: "Please meet me in the Fulton County Clerk's office so that we can be assigned a conference room for this deposition. I am running a few minutes late, but I will be there shortly after 1 pm. See you soon, Russell A. Newman …." *Id.*



16.     Pursuant to Tenn. R. Civ. P. 45.07(2), "A non-party witness commanded to give deposition testimony or to produce documents or tangible things or to permit inspection **shall serve** on the party or attorney designated in the subpoena **a written objection**, if any, **to having** to give testimony or **to inspecting, copying, testing or sampling any or all of the materials** or to inspecting

the premises, or to producing electronically stored information in the form or forms requested. **Such objection must be served** on the party or attorney designated in the subpoena **within twenty-one days after the subpoena is served**." (emphasis added).

17.     Pursuant to Tenn. R. Civ. P. 54.07(4), "The **timely service of an objection obviates the need for compliance** with the deposition subpoena pending further order of the court." (emphasis added).

18.     An "objection" is defined as follows: "A **formal statement opposing something** that has occurred, or is about to occur, in court and seeking the judge's immediate ruling on the point." Black's Law Dictionary, Abridged Eighth Edition, p. 905 (emphasis added).

> **objection,** *n.* **1.** A formal statement opposing something that has occurred, or is about to occur, in court and seeking the judge's immediate ruling on the point. ● The party objecting must usu. state the basis for the objection to preserve the right to appeal an adverse ruling.

19.     "Object" is defined by Black's Law Dictionary as follows: "To **state in opposition**; to put forward as an objection …." *Id* (emphasis added).

> **object** (əb-**jekt**), *vb.* **1.** To state in opposition; to put forward as an objection <the prosecution objected that the defendant's discovery requests were untimely>. **2.** To state or put forward an objection, esp. to something in a judicial proceeding <the defense objected to the testimony on the ground that it was privileged>. — **objector,** *n.*

9

20.     The United States District Court, Northern District of Georgia, Atlanta Division did not object in writing to having to show up to its deposition or to producing the Designated Items.

21.     Instead of objecting (*i.e.*, items are not relevant, production is unduly burdensome, items exceed the scope of discovery, subpoena was not properly domesticated, *etc*.), The United States District Court, Northern District of Georgia, Atlanta Division stated its intent to ignore the subpoena and to snub this Court's authority.

22.     The potential for The United States District Court, Northern District of Georgia, Atlanta Division's to snub this Court's authority was actualized when The United States District Court, Northern District of Georgia, Atlanta Division did not object in writing and when it failed/refused to show up to its deposition.

23.     To date, The United States District Court, Northern District of Georgia, Atlanta Division has still not objected in writing to complying with said Subpoenas.

24.     Pursuant to Tenn. R. Civ. P. 45.07(4), "**The failure to serve an objection** within the time period specified herein **waives all objections to the subpoena**…." (emphasis added).

> **(4)** The Court may: (1) grant the motion to compel testimony or production or inspection, or modify the subpoena if it is unreasonable and oppressive; or (2) condition the grant of the motion upon the advancement by the person in whose behalf the subpoena is issued of the reasonable costs of producing the books, papers, documents, electronically stored information, or tangible things. The timely service of an objection obviates the need for compliance with the deposition subpoena pending further order of the court. The failure to serve an objection within the time period specified herein waives all objections to the subpoena except the right to seek the reasonable costs for producing books, papers, documents, electronically stored information, or tangible things.

25.     Since The United States District Court, Northern District of Georgia, Atlanta Division failed/refused to serve a timely objection, The United States District Court, Northern District of Georgia, Atlanta Division has forever waived all objections to the subpoena. *Id*.

26.     Since all objections have been waived "except the right to seek the reasonable costs for producing books, papers, documents, electronically stored information, or tangible things." This

Court's Order to Show Cause must be limited to discussing whether the reasonable costs of complying with said subpoena should be ordered. After said hearing, this Court should hold The United States District Court, Northern District of Georgia, Atlanta Division in contempt, award all attorney's fees and expenses associated with having to compel production of the Designated Items and issue an Order compelling production of the Designated Items instanter.

Respectfully submitted this 16th day of December, 2021.

THE NEWMAN LAW FIRM

/s/ Russell A. Newman
Russell A. Newman, BPR No. 033462
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
(615) 554-1510  (Telephone)
(615) 283-3529  (Facsimile)
E-mail:russell@thenewmanlawfirm.com
*Attorney for Plaintiff Terpsehore Maras*

11

# In The Matter Of:

*Terpsehore Maras v.*
*Chattanooga News Chronicle, et al.*

---

*Chattanooga News Chronicle, et al.*
*November 19, 2021*
*Certificate of Non-Appearance*

---



WSG Reporting, LLC
Certified Court Reporting & Video

wsgreporting.com
3430 Heartwood Lane • Atlanta, GA 30340
office@WSGreporting.com • (770) 367-7822

*Original File 1119Chattanooga News Chronicle CNA-SO v2.txt*
*Min-U-Script® with Word Index*

```
 1        IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF GEORGIA
 2                  ATLANTA DIVISION

 3   TERPSEHORE MARAS,
            Plaintiff,
 4
          vs.                 CASE NO. 21-C-1017
 5
     CHATTANOOGA NEWS CHRONICLE,
 6   et al,
            Defendants.
 7
     _____
 8

 9      REPORTER'S CERTIFICATE OF NON-APPEARANCE

10             ZOOM DEPOSITION OF:
          CHATTANOOGA NEWS CHRONICLE, et al,
11
                  November 19, 2021,
12
                     1:53 p.m.
13
             Fulton County Courthouse,
14            Atlanta, Georgia 30303

15
                Sharon R. Overman, CCR
16
        ***********************************
17
                WSG Reporting, LLC
18             3430 Heartwood Lane
              Atlanta, Georgia 30340
19               770.367.7822
             office@WSGreporting.com
20

21

22

23

24

25
```

```
1   APPEARANCES OF COUNSEL

2   On behalf of the Plaintiff:

3                 RUSSELL NEWMAN
                  The Newman Law Firm
4                 Suite 108-22
                  6688 Nolensville Road
5                 Brentwood, TN
                  615.554.1510
6                 russell@thenewmanlawfirm.com

7
    On behalf of the Defendants:
8
                  (no appearance)
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    EXHIBIT INDEX

 2
     Plaintiff's Exhibit
 3

 4    1      Hamilton County, Tennessee Subpoena     4

 5    2      Fulton County Civil Subpoena for the    4
             Production of Evidence
 6
      3      Return of Service                       4
 7
      4      Email to Kevin Weimer, 11-17-21         4
 8

 9

10

11

12

13

14

15   (End of Index)

16

17

18

19

20

21

22

23

24

25
```

1      (Reporter disclosure made pursuant to

2      Article 10.B of the Rules and Regulations of

3      the Board of Court Reporting of the Judicial

4      Council of Georgia.)

5                              * * *

6      (Whereupon documents were identified as

7       Plaintiff's Exhibit 1, 2, 3 and 4)

8              MR. NEWMAN:  This is a case of

9   Hamilton County Circuit Court for the 11th

10  Judicial District at Chattanooga, Civil Action

11  No. 21-C-1017.

12             The case was filed October 29, 2021,

13  at 9:45 a.m.  At the same time that the Verified

14  Complaint was filed, the Hamilton County Circuit

15  Court issued a Subpoena.  The Subpoena is

16  Exhibit 1 from the Hamilton County Circuit Court,

17  and it is addressed to United States District

18  Court for the Northern District of Georgia

19  Atlanta Division, and the designated items to

20  produce are all documents, reports, emails and/or

21  other documents relating to J. Alex Halderman and

22  The Halderman Report filed under seal.

23             The Subpoena was signed by the deputy

24  clerk, and the Subpoena was issued October 29,

25  2021.

1            On the same day, I traveled to the

2    Fulton County Superior Court and domesticated

3    that Subpoena.  The domestication of that

4    Subpoena is Exhibit 2.  A Subpoena was addressed

5    to the United States District Court, Northern

6    District of Georgia Atlanta Division, and it

7    required the production of the documents

8    identified in the Tennessee Subpoena at the

9    Fulton County Courthouse at 1:00 p.m. on the 19th

10   day of November 2021.

11           The superior court Subpoena

12   identified the documents in the Tennessee

13   Subpoena to be used as evidence by the Hamilton

14   County Circuit Court in a case pending between

15   Terpsehore, Chattanooga News Chronicle,

16   Case No. 21-C-1017, and it, again, identified the

17   documents in the Tennessee Subpoena.

18           On October 29th, 2021, I went to the

19   federal courthouse in Atlanta and went to the

20   chambers of Federal Court Judge Amy Totenberg,

21   requested that her clerk come out to take receipt

22   of the documents.  A clerk was dispatched by

23   Judge Totenberg's office.  Met the clerk in the

24   lobby of the federal court clerk -- I believe

25   it's the 23rd or 22nd floor -- and Judge

1   Totenberg's clerk took possession of the

2   Subpoena, both the Subpoena from the Hamilton

3   County Circuit Court and the Fulton County

4   Superior Court Subpoena.  Judge Totenberg's clerk

5   took hand delivery and then returned to the

6   office.

7             The return on service is Exhibit 3,

8   and it shows that the hand delivery to Judge Amy

9   Totenberg's clerk was affected October 29, 2021,

10  on the same day that both of these subpoenas were

11  issued in the case was filed.

12            On Wednesday, November 17th, 2021, at

13  1713, 5:13 p.m., Kevin Weimer, signature says

14  District Court Executive/Clerk of Court, sent an

15  email, which I'm forwarding to you for Exhibit 4.

16  The email says Subpoena from the Superior Court

17  of Fulton County, and the email reads as follows:

18            "Good afternoon, Mr. Newman, as I

19  mentioned to you on the phone, the United States

20  District Court for the Northern District of

21  Georgia does not intend to respond the subpoena

22  from the Superior Court of Fulton County

23  pertaining to the case between Terpsehore Maras

24  and Chattanooga News Chronicle, Regards, Kevin P.

25  Weimer."

1              I responded to Kevin's email today,

2    November 19, 2021, at 12:39 Eastern standard

3    time, and said:

4              "Good afternoon, Mr. Weimer.  Please

5    meet me in the Fulton County Superior Court

6    clerk's office so that we can be assigned a

7    conference room for this deposition.  I am

8    running a few minutes late, but I will be there

9    shortly after 1:00 p.m.  See you soon."

10             In response to this email which was

11   sent at 12:39, Plaintiff has received no

12   response.  To date, as of 2:00 p.m., 2:01,

13   Eastern standard time, we have no response.  I

14   went to the clerk's office in the Fulton County

15   Superior Court, and there was no one there; no

16   production of documents, no witness.

17             That will conclude this deposition.

18       (Statements adjourned, 2:01 p.m.)

19

20

21

22

23

24

25

1          I, Sharon R. Overman, do hereby

2    certify that I did appear at the above-referenced

3    location on the above-referenced date and time

4    for the taking of the deposition of the

5    above-referenced witness;

6          That Russell Newman, attorney at law,

7    was present for the Plaintiff.

8          That Mr. Newman and I remained in

9    attendance and ready to take the above-referenced

10   deposition until 2:01 p.m.;

11         That during that time, to the best of

12   my knowledge, the deponent did not appear for the

13   deposition, nor did the deponent contact the

14   offices of the deposing counsel requesting

15   additional time in order to arrive for the

16   deposition;

17         That at 2:01 p.m. the deposition was

18   adjourned;

19                        - - -

20         Mr. Newman made statements for the

21   record.

22      (Statement concluded at 2:01 p.m.)

23

24

25

```
 1              C E R T I F I C A T E
 2    GEORGIA
 3    FULTON COUNTY
 4            I hereby certify that the above and
 5         foregoing pages 1 through 9
 6         are a true, complete, correct and exact
 7         transcript of my shorthand notes taken in
 8         the above-referenced matter;
 9            That same constitutes a true,
10         complete, correct and exact record of the
11         above-referenced matter;
12            That same was transcribed through
13         computer-assisted transcription;
14            That I am not of kin or counsel to
15         any of the attorneys or parties, nor am I
16         in the regular employ of any of the
17         attorneys or parties;
18            This 23rd day of November, 2021.
19
20
21
22    _____
      SHARON R. OVERMAN, B-2363
23    Certified Court Reporter
24
25
```

Terpsehore Maras v.
Chattanooga News Chronicle, et al.

Certificate of Non-Appearance

Chattanooga News Chronicle, et al.
November 19, 2021

## A

above-referenced (4)
8:2,3,5,9
Action (1)
4:10
additional (1)
8:15
addressed (2)
4:17;5:4
adjourned (2)
7:18;8:18
affected (1)
6:9
afternoon (2)
6:18;7:4
again (1)
5:16
Alex (1)
4:21
Amy (2)
5:20;6:8
and/or (1)
4:20
appear (2)
8:2,12
arrive (1)
8:15
Article (1)
4:2
assigned (1)
7:6
Atlanta (3)
4:19;5:6,19
attendance (1)
8:9
attorney (1)
8:6

## B

best (1)
8:11
Board (1)
4:3
both (2)
6:2,10

## C

can (1)
7:6
case (6)
4:8,12;5:14,16;
6:11,23
certify (1)
8:2
chambers (1)
5:20
Chattanooga (3)
4:10;5:15;6:24
Chronicle (2)

5:15;6:24
Circuit (5)
4:9,14,16;5:14;6:3
Civil (1)
4:10
clerk (8)
4:24;5:21,22,23,24;
6:1,4,9
clerk's (2)
7:6,14
Complaint (1)
4:14
conclude (1)
7:17
concluded (1)
8:22
conference (1)
7:7
contact (1)
8:13
Council (1)
4:4
counsel (1)
8:14
County (12)
4:9,14,16;5:2,9,14;
6:3,3,17,22;7:5,14
Court (20)
4:3,9,15,16,18;5:2,
5,11,14,20,24;6:3,4,
14,14,16,20,22;7:5,15
Courthouse (2)
5:9,19

## D

date (2)
7:12;8:3
day (3)
5:1,10;6:10
delivery (2)
6:5,8
deponent (2)
8:12,13
deposing (1)
8:14
deposition (7)
7:7,17,18;8:4,10,13,16,
17
deputy (1)
4:23
designated (1)
4:19
disclosure (1)
4:1
dispatched (1)
5:22
District (8)
4:10,17,18;5:5,6;
6:14,20,20
Division (2)
4:19;5:6
documents (8)

4:6,20,21;5:7,12,17,
22;7:16
domesticated (1)
5:2
domestication (1)
5:3
during (1)
8:11

## E

Eastern (2)
7:2,13
email (5)
6:15,16,17;7:1,10
emails (1)
4:20
evidence (1)
5:13
Executive/Clerk (1)
6:14
Exhibit (5)
4:7,16;5:4;6:7,15

## F

federal (3)
5:19,20,24
few (1)
7:8
filed (4)
4:12,14,22;6:11
floor (1)
5:25
follows (1)
6:17
forwarding (1)
6:15
Fulton (7)
5:2,9;6:3,17,22;7:5,
14

## G

Georgia (4)
4:4,18;5:6;6:21
Good (2)
6:18;7:4

## H

Halderman (2)
4:21,22
Hamilton (5)
4:9,14,16;5:13;6:2
hand (2)
6:5,8
hereby (1)
8:1

## I

identified (4)

4:6;5:8,12,16
intend (1)
6:21
issued (3)
4:15,24;6:11
items (1)
4:19

## J

Judge (5)
5:20,23,25;6:4,8
Judicial (2)
4:3,10

## K

Kevin (2)
6:13,24
Kevin's (1)
7:1
knowledge (1)
8:12

## L

late (1)
7:8
law (1)
8:6
lobby (1)
5:24
location (1)
8:3

## M

Maras (1)
6:23
meet (1)
7:5
mentioned (1)
6:19
Met (1)
5:23
minutes (1)
7:8

## N

NEWMAN (5)
4:8;6:18;8:6,8,20
News (2)
5:15;6:24
nor (1)
8:13
Northern (3)
4:18;5:5;6:20
November (3)
5:10;6:12;7:2

## O

October (4)
4:12,24;5:18;6:9
office (4)
5:23;6:6;7:6,14
offices (1)
8:14
one (1)
7:15
order (1)
8:15
out (1)
5:21
Overman (1)
8:1

## P

pending (1)
5:14
pertaining (1)
6:23
phone (1)
6:19
Plaintiff (2)
7:11;8:7
Plaintiff's (1)
4:7
Please (1)
7:4
pm (8)
5:9;6:13;7:9,12,18;
8:10,17,22
possession (1)
6:1
present (1)
8:7
produce (1)
4:20
production (2)
5:7;7:16
pursuant (1)
4:1

## R

reads (1)
6:17
ready (1)
8:9
receipt (1)
5:21
received (1)
7:11
record (1)
8:21
Regards (1)
6:24
Regulations (1)
4:2
relating (1)
4:21
remained (1)
8:8

Min-U-Script®
Case 1:21-cv-00317-DCLC-CHS   Document 33-4   Filed 01/28/22   Page 22 of 29   PageID #: 2382
WSG Reporting, LLC - (678) 770-3151
www.wsgreporting.com
(1) above-referenced - remained

Terpsehore Maras v.
Chattanooga News Chronicle, et al.

Certificate of Non-Appearance

Chattanooga News Chronicle, et al.
November 19, 2021

**Report (1)**
4:22
**Reporter (1)**
4:1
**Reporting (1)**
4:3
**reports (1)**
4:20
**requested (1)**
5:21
**requesting (1)**
8:14
**required (1)**
5:7
**respond (1)**
6:21
**responded (1)**
7:1
**response (3)**
7:10,12,13
**return (1)**
6:7
**returned (1)**
6:5
**room (1)**
7:7
**Rules (1)**
4:2
**running (1)**
7:8
**Russell (1)**
8:6

**S**

**same (3)**
4:13;5:1;6:10
**seal (1)**
4:22
**sent (2)**
6:14;7:11
**service (1)**
6:7
**Sharon (1)**
8:1
**shortly (1)**
7:9
**shows (1)**
6:8
**signature (1)**
6:13
**signed (1)**
4:23
**soon (1)**
7:9
**standard (2)**
7:2,13
**Statement (1)**
8:22
**Statements (2)**
7:18;8:20
**States (3)**
4:17;5:5;6:19

**Subpoena (16)**
4:15,15,23,24;5:3,4,
4,8,11,13,17;6:2,2,4,
16,21
**subpoenas (1)**
6:10
**Superior (7)**
5:2,11;6:4,16,22;
7:5,15

**T**

**Tennessee (3)**
5:8,12,17
**Terpsehore (2)**
5:15;6:23
**today (1)**
7:1
**took (2)**
6:1,5
**Totenberg (1)**
5:20
**Totenberg's (4)**
5:23;6:1,4,9
**traveled (1)**
5:1

**U**

**under (1)**
4:22
**United (3)**
4:17;5:5;6:19
**used (1)**
5:13

**V**

**Verified (1)**
4:13

**W**

**Wednesday (1)**
6:12
**Weimer (3)**
6:13,25;7:4
**Whereupon (1)**
4:6
**witness (2)**
7:16;8:5

**1**

**1 (2)**
4:7,16
**1:00 (2)**
5:9;7:9
**10B (1)**
4:2
**11th (1)**
4:9
**12:39 (2)**

7:2,11
**1713 (1)**
6:13
**17th (1)**
6:12
**19 (1)**
7:2
**19th (1)**
5:9

**2**

**2 (2)**
4:7;5:4
**2:00 (1)**
7:12
**2:01 (5)**
7:12,18;8:10,17,22
**2021 (7)**
4:12,25;5:10,18;
6:9,12;7:2
**21-C-1017 (2)**
4:11;5:16
**22nd (1)**
5:25
**23rd (1)**
5:25
**29 (3)**
4:12,24;6:9
**29th (1)**
5:18

**3**

**3 (2)**
4:7;6:7

**4**

**4 (2)**
4:7;6:15

**5**

**5:13 (1)**
6:13

**9**

**9:45 (1)**
4:13

| IN THE CIRCUIT COURT FOR HAMILTON COUNTY, TENNESSEE | SUBPOENA TENN. R. CIV. PRO. 45 | CASE FILE NUMBER 21C1017 |
|---|---|---|

| TO: (name, address & telephone number of witness) THE UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT OF GEORGIA | PLAINTIFF(S) TERPSEHORE MARAS |
|---|---|
| ATLANTA DIVISION, RICHARD B. RUSSELL FEDERAL BUILDING | |
| 2211 UNITED STATES COURTHOUSE, 75 TED TURNER DRIVE | DEFENDANT(S) CHATTANOOGA NEWS CHRONICLE ET AL. |
| ATLANTA, GA 30303-3309 | |
| (404) 215-1600 | |

✓ **SUBPOENA FOR PRODUCTION OF DOCUMENTARY EVIDENCE, TENN.R.CIV.PRO. 45.02**

You are hereby commanded to produce and permit inspection and copying of designated items (books, papers, documents, or tangible things, or inspection of premises) at the time, date, and place specified herein. **Your personal appearance is not required provided you sign a notarized affidavit that the books, papers, documents, or tangible things are authentic to the best of your knowledge, information, and belief and state whether or not all books, papers, documents, or tangible things responsive to this subpoena have been produced for copying or inspection.** Copies of this subpoena have been duly served pursuant to Rule 5 on all parties, and all material produced will be made available for inspection or copying by all parties.

☐ **SUBPOENA FOR DEPOSITION, TENN.R.CIV.PRO. 45.04** ☐ **SUBPOENA FOR HEARING OR TRIAL, TENN.R.CIV.PRO. 45.05**
You are hereby commanded to appear at the time, date, and place specified herein for the purpose of giving testimony. In addition, if indicated, you are to bring the designated items listed. Failure to appear may be punished by fine/imprisonment as provided by law.

Pursuant to **TENN.CIV.PRO. 45.07(1)**, a party or attorney responsible for issuing and serving a subpoena shall provide the non-party witness at least twenty-one (21) days after service of the subpoena to respond, absent agreement of the non-party witness or a court order.

| Date 19 November 2021 | Time 1300 | DESIGNATED ITEMS: |
|---|---|---|
| | | All documents, reports, e-mails and/or other documents relating to J. Alex Halderman and The Halderman Report filed under seal. |

✓ Circuit Court
625 Georgia Avenue, Room 500
Chattanooga, Tennessee

**Place**

☐ Other:

| This subpoena is issued on behalf of: | Issued: 29 OCTOBER 2021, LARRY L. HENRY, CLERK DATE |
|---|---|
| ✓ PLAINTIFF ☐ DEFENDANT Attorney or pro se: (name, address, & telephone number) | CERTIFICATE OF SERVICE ATTACHED ___ YES X NO BY: _C. Smith_____ DEPUTY CLERK |

Form 113, Rev 2019.10.16

EXHIBIT 1



**CIVIL**

**SUBPOENA FOR THE PRODUCTION OF EVIDENCE**

STATE OF GEORGIA
FULTON COUNTY

TO: USDC, ND OF GA, ATLANTA DIVISION

You are hereby required to be at the Fulton County Superior Court before

_____ ,Judge of Superior Court,

in court room _____of the Fulton County Courthouse at __1__ o'clock a.m. (p.m.)

on the __19TH__ day of __NOV_____ , 20 __21__ ,and to bring

with you into said court certain DOCUMENTS IDENTIFIED IN THE TN SUBPOENA to be used as evidence

by HAMILTON COUNTY CIRCUIT COURT in a certain case pending in said court

between TERPSEHORE MARAS and CHATTANOOGA NEWS CHRONICLE ET AL.

Case number 21 C 1017 .

The following are hereby subpoenaed: DOCUMENTS IDENTIFIED IN THE TN SUBPOENA.

_____

_____

_____

**HEREIN FAIL NOT, UNDER PENALTY OF LAW.**

Witness,_____ ,Judge_____ of said court

this _____day of_____20 ___

If you have questions contact Attorney for
Plaintiff/Defendant

_____

_____                    Honorable Cathelene "Tina" Robinson
                                                        Clerk of Superior Court
_____

_____                    By: _____

Phone:_____                             Deputy Clerk

EXHIBIT
2

| **Service Return** | 1 and 2 are for the return of an authorized officer or attorney; an attorney's return must be sworn to. 3 is for the witness who will acknowledge service and requires the witness's signature. |
|---|---|

☐ 1. I certify that, on the date of service stated below, I served a copy of this subpoena on the witness by:

☐ 2. I failed to serve a copy of this subpoena on the witness because:

☐ 3. I acknowledge being served with this subpoena on the date of service stated below.

☐ notary: My commission expires _____

☐ deputy clerk           Date

Sworn to and subscribed before me on _____
                   Date

Date of service: _____

SEAL

_____
Signature

_____
Signature of Witness, Officer, or Attorney

Form 113, Rev 2019.10.16

EXHIBIT

3

Good afternoon, Mr. Weimer.

Please meet me in the Fulton County Superior Court Clerk's office so that we can be assigned a conference room for this deposition. I am running a few minutes late, but I will be there shortly after 1 pm.

See you soon,

**Russell A. Newman, Esq.**
**The Newman Law Firm**
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
T: (615) 554-1510
F: (615) 283-3529
Email: russell@thenewmanlawfirm.com
https://www.thenewmanlawfirm.com/

CONFIDENTIALITY NOTICE: This e-mail communication, including any attached files was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return email or telephone.

On Nov 17, 2021, at 17:13, Kevin Weimer <Kevin_Weimer@gand.uscourts.gov> wrote:

Good afternoon, Mr. Newman. As I mentioned to you on the phone, the U.S. District Court for the Northern District of Georgia does not intend to respond to the subpoena from the Superior Court of Fulton County pertaining to the case between Terpsehore Maras and Chattanooga News Chronicle.

Regards,

Kevin P. Weimer

**EXHIBIT**

**4**

## CERTIFICATE OF SERVICE

I, Russell A. Newman, do hereby certify that I am counsel for Plaintiff Terpsehore Maras, in the above-captioned matter and that a copy of the **MOTION FOR SHOW CAUSE HEARING** was served to counselors of record or to the parties by mail, postage prepaid, as follows:

Michael R. O'Neill, Esq.
Scott Sims, Esq.
3322 West End Ave., #200
Nashville, TN 37203
*Attorneys for Dominion Defendants*

Chattanooga News Chronicle
611 E. Martin Luther King Blvd.
Chattanooga, TN 37403

Rob Harvey, Esq.
511 Union St., # 2700
Nashville, TN 37219
*Attorney for THEHUFFINGTON POST, INC.*

Representative Steve Cohen
167 N. Main St., Ste. 369
Memphis, TN 38103

Media Matters for America
75 Broadway St., Ste. 202
San Francisco, CA 94111

Rodney Wayne Eldridge a/k/a Ross Elder
Ohio Intelligence Tips
2911 Beaumont Ave. NW
Massillon, OH 44647

Ali Abdul Razaq Akbar a/k/a Ali Alexander
5125 Pinellas Ave.
Keller, TX 76244

12

Kevin P. Weimer, Clerk
The United States District Court
Northern District of Georgia
Atlanta Division
75 Ted Turner Drive SW
Atlanta, GA 30303

Respectfully submitted this 16th day of December, 2021.

**THE NEWMAN LAW FIRM**


By:      /s/ Russell A. Newman _____ _
         Russell A. Newman, BPR # 033462