**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TERPSEHORE MARAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:21-cv-00317-DCLC-CHS** |
| | ) | |
| **CHATTANOOGA NEWS CHRONICLE,** | ) | **District Judge Clifton L. Corker** |
| **THEHUFFINGTONPOST, INC.,** | ) | |
| **REPRESENTATIVE STEVEN COHEN,** | ) | **Magistrate Judge Christopher H. Steger** |
| **US DOMINION, INC., DOMINION** | ) | |
| **VOTING SYSTEMS, INC., DOMINION** | ) | |
| **VOTING SYSTEMS CORPORATION,** | ) | |
| **MEDIA MATTERS FOR AMERICA,** | ) | |
| **OHIO INTELLIGENCE TIPS, ROSS** | ) | |
| **ELDER, and ALI ABDUL RAZAQ** | ) | |
| **AKBAR a/k/a ALI ALEXANDER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DISCLOSURE STATEMENT

I, the undersigned counsel for Specially-Appearing Defendant TheHuffingtonPost.com, Inc. ("HuffPost"),[1] certify to the best of my knowledge and belief under Federal Rule of Civil Procedure 7.1:

The parent company of HuffPost is BuzzFeed Inc., a public company which is traded on Nasdaq under the ticker symbol "BZFD." It is my understanding that ten percent (10%) or more of its stock is owned by NBCUniversal Media LLC, a wholly owned indirect subsidiary of Comcast Corporation, which is publicly traded (NASDAQ:CMCSA). No other publicly held company owns 10% percent or more of its stock.

---

[1] HuffPost was erroneously sued as TheHuffingtonPost, Inc.

4890-8093-3899

Respectfully submitted,

s/Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 011519)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
robb.harvey@wallerlaw.com

*Counsel for Specially-Appearing Defendant*
*TheHuffingtonPost.com, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, a true and exact copy of the foregoing was filed

via the Court's CM/ECF system. Notice of this filing is anticipated to be sent by operation of the

Court's electronic filing system to all registered counsel of record, including the following:

Russell A. Newman
6688 Nolensville Road, Suite 108-22
Brentwood, TN 37027
russell@thenewmanlawfirm.com
*Counsel for Plaintiff*

Douglas N. Letter
Todd B. Tatelman
Sarah Clouse
Brooks M. Hanner
5140 O'Neill House Office Building
Washington D.C. 20515
Douglas.Letter@mail.house.gov
Todd.Tatelman@mail.house.gov
Sarah.Clouse@mail.house.gov
Brooks.Hanner@mail.house.gov
*Counsel for Defendant Steve Cohen*

W. Scott Sims
Michael R. O'Neill
Sims │ Funk, PLC
3322 West End Ave.
Suite 200
Nashville, TN 37203
ssims@simsfunk.com
moneill@simsfunk.com
*Counsel for Defendants U.S.*
*Dominion, Inc., Dominion Voting*
*Systems, Inc., and Dominion Voting*
*Systems Corporation*

And via first-class U.S. mail to the following non-registered users:

Media Matters for America
75 Broadway Street, Suite 202
San Francisco, CA 94111

Ali Abdul Razaq a/k/a Ali Alexander
5125 Pinellas Avenue
Keller, TX 76244

s/Robb S. Harvey

4890-8093-3899

2