IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| **TERPSEHORE MARAS,**<br><br>    Plaintiff,<br><br>v.<br><br>**THEHUFFINGTONPOST, INC., REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA and ALI ABDUL RAZAQ AKBAR A/KA/ ALI ALEXANDER,**<br><br>    Defendants. | Case. No. 1:21-cv-00317-DCLC-CHS<br><br>JUDGE CLIFTON L. CORKER |

**AGREED ORDER EXTENDING THE TIME FOR PLAINTIFF TO RESPOND TO THE DOMINION DEFENDANTS' MOTION TO DISMISS**

IT APPEARING TO THIS COURT that in the above-styled action Plaintiff Terpsehore Maras and Defendants, Dominion Voting Systems, Inc., Dominion Voting Systems Corporation and US Dominion, Inc. (hereinafter collectively "Dominion"), have jointly consented to extending the time within which Plaintiff Terpsehore Maras may file her brief in opposition, answer and/or otherwise respond to Dominion's Motion to Dismiss until February 18, 2022;

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Local Rule 7.1(a), the time within which Plaintiff Terpsehore Maras file her brief in opposition, answer or otherwise respond to Dominion's Motion to Dismiss is hereby extended until **February 18, 2022**.

IT IS SO ORDERED, this _____ day of _____, 2022.

_____
Honorable Clifton L. Corker
United States District Court Judge

**PREPARED AND PRESENTED BY:**

**THE NEWMAN LAW FIRM**

 /s/ Russell A. Newman_____
Russell A. Newman, BPR #033462
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
(615) 554-1510 (Telephone)
(615) 283-3529 (Facsimile)
Russell@thenewmanlawfirm.com
*Attorney for Plaintiff Terpsehore Maras*

**CONSENTED TO BY:**

**SIMS FUNK**

 /s/ Michael R. O'Neill ( by Russell A. Newman with permission)
W. Scott Sims, BPR# 017563
Michael R. O'Neill, BPR# 034982
3322 West End Ave., #200
Nashville, Tennessee 37203
(615) 292-9335
(615) 649-8565
ssims@simsfunk.com
moneill@simsfunk.com
*Attorneys for Dominion Defendants*

# CERTIFICATE OF SERVICE

I, Russell A. Newman, do hereby certify that I am counsel for Plaintiff Terpsehore Maras in the above-captioned matter and that a copy of the **PLAINTIFF TERPSEHORE MARAS' MOTION TO STRIKE DOMINION'S MOTION TO DISMISS AND ITS SUPPORTING MEMORANDUM OF LAW** was filed and served via the CM/ECF system for the United States District Court, Eastern District of Tennessee, Chattanooga Division via electronic mail to the following CM/ECF filers:

> W. Scott Sims, Esq.
> Michael R. O'Neill, Esq.
> SIMS│Funk, PLC
> 3322 West End Ave.
> Suite 200
> Nashville, TN 37203
> (615) 292-9355  (Telephone)
> (615) 649-8565  (Facsimile)
> ssims@simsfunk.com
> moneill@simsfunk.com
> *Attorneys for Dominion Defendants*
>
> Robb Harvey, Esq.
> 511 Union Street
> Suite 2700
> P.O. Box 198966
> Nashville, TN 37219-8966
> Robb.harvey@wallerlaw.com
>
> Todd B. Tatelman, Esq.
> Sarah Clouse, Esq.
> 5140 O'Neill House Office Building
> Washington D.C. 20515
> Todd.tatelman@mail.house.gov
> Sarah.clouse@mail.house.gov
> *Attorneys for Congressman Steve Cohen*

And via U.S. Mail on the following non-registered CM/ECF filers:

> Media Matters for America
> P.O. Box 44811
> Washington, DC 20026

Ali Abdul Razaq Akbar a/k/a Ali Alexander
5125 Pinellas Avenue
Keller, TX 76244

Respectfully submitted this 7th day of February, 2022.

**THE NEWMAN LAW FIRM**

By:    /s/ Russell A. Newman_____
       Russell A. Newman, BPR # 033462