UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| TERPSEHORE MARAS, | ) | |
| Plaintiff, | ) | 1:21-CV-00317-DCLC |
| vs. | ) | |
| THE HUFFINGTON POST, INC., *et al.*; | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendant Rodney Eldridge's[1] motion to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) [Doc. 20]. Plaintiff had already voluntarily dismissed Rodney Eldridge/Ross Elder from the case [Doc. 11]. Therefore, the motion [Doc. 20] is **DENIED AS MOOT.**

SO ORDERED:

s/Clifton L. Corker
United States District Judge

---

[1] Defendant Eldridge notes that the Complaint identifies him as "Ross Elder," but that is a pseudonym for his real name, "Rodney Eldridge." [Doc. 20, pg. 1]