# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

|  |  |
|---|---|
| TERPSEHORE MARAS,<br><br>   Plaintiff,<br><br>v.<br><br>THEHUFFINGTONPOST, INC., REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA and ALI ABDUL RAZAQ AKBAR A/KA/ ALI ALEXANDER,<br><br>   Defendants. | Case. No. 1:21-cv-00317-DCLC-CHS<br><br>JUDGE CLIFTON L. CORKER |

## AGREED ORDER EXTENDING THE TIME FOR PLAINTIFF TO RESPOND TO REPRESENTATIVE STEVE COHEN'S MOTION TO DISMISS AND THE TIME FOR CONGRESSMAN COHEN TO REPLY

IT APPEARING TO THIS COURT that in the above-styled action Plaintiff Terpsehore Maras and Defendant Representative Steve Cohen, have jointly consented to extending the time within which Plaintiff Terpsehore Maras may file her brief in opposition, answer and/or otherwise respond to Representative Steve Cohen's Motion to Dismiss until February 18, 2022, and extending the time within which Congressman Cohen may file a Reply until March 4, 2022;

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Local Rule 7.1(a), the time within which Plaintiff Terpsehore Maras may file her brief in opposition, answer or otherwise respond to Representative Steve Cohen's Motion to Dismiss is hereby extended until **February**

**18, 2022**, and the time within which Congressman Cohen may file a Reply is hereby extended until **March 4, 2022**.

   IT IS SO ORDERED, this _____ day of _____, 2022.

                          _____
                          Honorable Clifton L. Corker
                          United States District Court Judge

**PREPARED AND PRESENTED BY:**

**THE NEWMAN LAW FIRM**

/s/ Russell A. Newman_____
Russell A. Newman, BPR #033462
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
(615) 554-1510 (Telephone)
(615) 283-3529 (Facsimile)
Russell@thenewmanlawfirm.com
*Attorney for Plaintiff Terpsehore Maras*

**CONSENTED TO BY:**

_/s/ Sarah Clouse (by Russell A. Newman with express permission)_
Douglas N. Letter, General Counsel
Todd B. Tatelman. Principal Deputy General Counsel
Sarah Clouse Associate General Counsel
Brooks M. Hanner, Associate General Counsel
5140 O'Neill House Office Building
Washington D.C. 20515
(615) 292-9335
(615) 649-8565
douglas.letter@mail.house.gov
todd.tatelman@mail.house.gov
sarah.clouse@mail.house.gov
brooks.hanner@mail.house.gov
*Attorneys for Representative Steve Cohen*

# CERTIFICATE OF SERVICE

I, Russell A. Newman, do hereby certify that I am counsel for Plaintiff Terpsehore Maras in the above-captioned matter and that a copy of the **AGREED ORDER EXTENDING THE TIME FOR PLAINTIFF TO RESPOND TO REPRESENTATIVE STEVE COHEN'S MOTION TO DISMISS** was filed and served via the CM/ECF system for the United States District Court, Eastern District of Tennessee, Chattanooga Division via electronic mail to the following CM/ECF filers:

W. Scott Sims, Esq.
Michael R. O'Neill, Esq.
SIMS│Funk, PLC
3322 West End Ave.
Suite 200
Nashville, TN 37203
(615) 292-9355  (Telephone)
(615) 649-8565  (Facsimile)
ssims@simsfunk.com
moneill@simsfunk.com
*Attorneys for Dominion Defendants*

Robb Harvey, Esq.
511 Union Street
Suite 2700
P.O. Box 198966
Nashville, TN 37219-8966
Robb.harvey@wallerlaw.com

Todd B. Tatelman, Esq.
Sarah Clouse, Esq.
5140 O'Neill House Office Building
Washington D.C. 20515
Todd.tatelman@mail.house.gov
Sarah.clouse@mail.house.gov
*Attorneys for Congressman Steve Cohen*

And via U.S. Mail on the following non-registered CM/ECF filers:

Media Matters for America
c/o Registered Agent
155 E. Boardwalk #490
Fort Collins, CO 80525

Ali Abdul Razaq Akbar a/k/a Ali Alexander
5125 Pinellas Avenue
Keller, TX 76244

Respectfully submitted this 9th day of February, 2022.

**THE NEWMAN LAW FIRM**

By: /s/ Russell A. Newman
Russell A. Newman, BPR # 033462