IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| **TERPSEHORE MARAS,**<br><br>Plaintiff,<br><br>v.<br><br>**THEHUFFINGTONPOST, INC., REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA and ALI ABDUL RAZAQ AKBAR A/KA/ ALI ALEXANDER,**<br><br>Defendants. | **Case. No. 1:21-cv-00317-DCLC-CHS**<br><br>**JUDGE CLIFTON L. CORKER** |

**STIPULATION EXTENDING TIME TO RESPOND**

Defendants, THEHUFFINGTONPOST, INC., Representative Steve Cohen, US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, expressly consenting and stipulating hereto, by and through their respective counsel of record, and pursuant to Local Rule 12.1, the time within which Plaintiff Terpsehore Maras may respond to each Defendant's Motion to Dismiss is hereby extended up through and including the 18th day of February, 2022 and the deadline for the Defendants to file a Reply is extended up through and including the 4th day of March, 2022.

Respectfully submitted this 11th day of February, 2022.

THE NEWMAN LAW FIRM

/s/ Russell A. Newman
Russell A. Newman, BPR No. 033462
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
(615) 554-1510 (Telephone)
(615) 283-3529 (Facsimile)
E-mail:russell@thenewmanlawfirm.com
*Attorney for Plaintiff Terpsehore Maras*

**CERTIFICATE OF SERVICE**

I, Russell A. Newman, do hereby certify that I am counsel for Plaintiff Terpsehore Maras in the above-captioned matter and that a copy of the **STIPULATION EXTENDING TIME TO RESPOND** was filed and served via the CM/ECF system for the United States District Court, Eastern District of Tennessee, Chattanooga Division via electronic mail to the following CM/ECF filers:

W. Scott Sims, Esq.
Michael R. O'Neill, Esq.
SIMS│Funk, PLC
3322 West End Ave.
Suite 200
Nashville, TN 37203
(615) 292-9355 (Telephone)
(615) 649-8565 (Facsimile)
ssims@simsfunk.com
moneill@simsfunk.com
*Attorneys for Dominion Defendants*

Robb Harvey, Esq.
511 Union Street
Suite 2700
P.O. Box 198966
Nashville, TN 37219-8966
Robb.harvey@wallerlaw.com

Todd B. Tatelman, Esq.
Sarah Clouse, Esq.
5140 O'Neill House Office Building
Washington D.C. 20515
Todd.tatelman@mail.house.gov
Sarah.clouse@mail.house.gov
*Attorneys for Congressman Steve Cohen*

And via U.S. Mail on the following non-registered CM/ECF filers:

Media Matters for America
P.O. Box 44811
Washington, DC 20026


Ali Abdul Razaq Akbar a/k/a Ali Alexander
5125 Pinellas Avenue
Keller, TX 76244

Respectfully submitted this 11th day of February, 2022.

**THE NEWMAN LAW FIRM**

By: /s/ Russell A. Newman
    Russell A. Newman, BPR # 033462
