IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| **TERPSEHORE MARAS,**<br><br>Plaintiff,<br><br>v.<br><br>**THEHUFFINGTONPOST, INC., REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA, and ALI ABDUL RAZAQ AKBAR A/KA/ ALI ALEXANDER,**<br><br>Defendants. | Case. No. 1:21-cv-00317-DCLC-CHS<br><br>District Judge Clifton L. Corker<br><br>Magistrate Judge Christopher H. Steger |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Terpsehore Maras and, pursuant to Fed. R. Civ. P. 41(a)(1)(A), voluntarily dismisses **without prejudice** Plaintiff's Amended Verified Complaint against Defendant **THEHUFFINGTONPOST.COM, INC.**

Respectfully submitted this 18th day of February, 2022.

                                        **THE NEWMAN LAW FIRM**

                                        /s/ Russell A. Newman
                                        Russell A. Newman, BPR No. 033462
                                        6688 Nolensville Road, Suite 108-22
                                        Brentwood, TN 37027
                                        (615) 554-1510  (Telephone)
                                        (615) 283-3529  (Facsimile)
                                        E-mail:russell@thenewmanlawfirm.com
                                        *Attorney for Plaintiff Terpsehore Maras*

# CERTIFICATE OF SERVICE

I, Russell A. Newman, do hereby certify that I am counsel for Plaintiff Terpsehore Maras in the above-captioned matter and that a copy of the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was field via the CM/ECF system for the United States District Court, Eastern District of Tennessee, Chattanooga Division and served a copy via electronic mail to the following non-registered CM/ECF filers as follows:

W. Scott Sims, Esq.
Michael R. O'Neill, Esq.
SIMS│Funk, PLC
3322 West End Ave.
Suite 200
Nashville, TN 37203
(615) 292-9355  (Telephone)
(615) 649-8565  (Facsimile)
ssims@simsfunk.com
moneill@simsfunk.com
*Attorneys for Dominion Defendants*

Robb Harvey, Esq.
511 Union Street
Suite 2700
P.O. Box 198966
Nashville, TN 37219-8966
Robb.harvey@wallerlaw.com

Todd B. Tatelman, Esq.
Sarah Clouse, Esq.
5140 O'Neill House Office Building
Washington D.C. 20515
Todd.tatelman@mail.house.gov
Sarah.clouse@mail.house.gov
*Attorneys for Congressman Steve Cohen*

And via U.S. Mail on the following non-registered CM/ECF filers:

Ben Stafford, Esq.
1700 Seventh Ave.
Suite 2100
Seattle, WA 98101
*Attorney for Media Matters for America*

Ali Abdul Razaq Akbar a/k/a Ali Alexander
5125 Pinellas Avenue
Keller, TX 76244

Respectfully submitted this 18th day of February, 2022.

                                        **THE NEWMAN LAW FIRM**

                              By:    /s/ Russell A. Newman
                                         Russell A. Newman, BPR # 033462