IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| TERPSEHORE MARAS,<br><br>Plaintiff,<br><br>v.<br><br>THEHUFFINGTONPOST, INC., REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA and ALI ABDUL RAZAQ AKBAR A/K/A/ ALI ALEXANDER,<br><br>Defendants. | Case. No. 1:21-cv-00317-DCLC-CHS<br><br>JUDGE CLIFTON L. CORKER |

## AFFIDAVIT OF TERPSEHORE MARAS

I, TERPSEHORE MARAS, being first duly sworn according to law, hereby declare, under penalty of perjury, that I have full personal knowledge of the events and matters set forth herein, and that the following is true and accurate to the best of my knowledge:

1. I am over of legal age and I am competent to testify.

2. The facts stated herein are based upon my personal knowledge.

3. I was an election fraud expert witness in numerous lawsuits filed by Attorney Sidney Powell, which challenged the integrity of the 2020 elections.

4. Prior to serving as an election fraud expert witness for Ms. Powell, on my international podcast "The Tore Says Show", on multiple occasions I referenced "the Kraken" and/or the "release of the Kraken".

5. "The Tore Says Shows" has an international audience of 500,000 viewers or listeners per day in more than sixty (60) countries, with a daily live audience of approximately 40,000 individuals.

6. The episodes of "The Tore Says Show" are transcribed and placed on the website www.toresaid.com, which includes a searchable database of all the show's episodes going back to November 5, 2018.

7. A search of the term "kraken" on the www.toresaid.com database reveals that I mentioned the term live on my podcast series during the following episodes leading up to Ms. Powell's November 13, 2020, interview with Lou Dobbs, wherein she indicated that she was going to "release the Kraken": February 8, 2019; March 14, 2019; March 18, 2019; and March 25, 2019.

8. Prior to Ms. Powell's November 13, 2020, interview with Mr. Dobbs, I contacted Ms. Powell's office and was placed in touch with Julie Haller, an attorney who was working on the election fraud lawsuit(s) with Ms. Powell.

9. In speaking with Ms. Haller and confirming that Ms. Powell wished to use my Affidavit to support her election fraud lawsuits, I specifically stated, "It's time to release the Kraken. Let's go!"

10. On the evening of November 12 and the morning of November 13, 2020, I spoke with various individuals who were directly working with Ms. Powell and in the presence of these individuals, I referred to myself as "the Kraken".

11. In addition to Ms. Haller, Sam Faddis and Emily Newman, all of which were working with Ms. Powell, heard me state, "It's time to release the Kraken. Let's go!", to which the individuals mentioned responded with laughter.

12. In summary, I made numerous on-air references to "the Kraken" or "releasing the Kraken" prior to Ms. Powell publicly stating in the November 13, 2020, interview that she was

2

Case 1:21-cv-00317-DCLC-CHS   Document 48-1   Filed 02/18/22   Page 2 of 8   PageID #: 2492

going to "release the Kraken", and I used the term "kraken" in conversing with Ms. Powell's team prior to Ms. Powell filing her election fraud lawsuits and appearing in the interview with Mr. Dobbs on November 13, 2020.

13. Just last week, on February 11, 2022, VICE news published an article confirming that, even as far back as November 2020, it was widely known that I am the "anonymous source described as 'a private contractor with experience gathering and analyzing foreign intelligence'" upon which Ms. Powell relied in "ask[ing] the Supreme Court to overturn the 2020 election results in December [2020], as part of [Ms. Powell's] widely-derided Kraken lawsuits." See https://www.vice.com/en/article/wxdpwz/ohio-terpsehore-maras-qanon-time-traveler. The same article confirms that the Washington Post "[w]eeks later…unmasked Ms. Maras as that source."

14. As a member of Congress, Representative Steve Cohen has the highest security clearance.

15. Congressman Cohen knew that I was a whistleblower regarding widespread election fraud prior to the 2020 elections.

16. In 2019 I sent a letter to every member of Congress that identified and discussed widespread election fraud in the 2019 elections.

17. Prior to the 2020 elections, I had not suffered any damages as it relates to me blowing the whistle on widespread election fraud.

18. On November 29, 2020, I signed an Affidavit that identified and discussed the widespread election fraud in the 2020 elections.

19. While my name was redacted to the public, my name was not redacted to the parties to each election fraud lawsuit.

20. While my name was redacted to the public, my name was discoverable by Congressman Cohen because he has the highest security clearance as a member of Congress.

3

21. My sworn Declaration, which was made under oath and penalty of perjury, was filed in The United States District Court for the District of Arizona on December 2, 2020.

22. As early as November 30, 2020, on social media and alternative news platforms I was publicly identified and on December 24, 2020, I was globally identified as one of Sidney Powell's 2020 election fraud expert witnesses.

23. On December 24, 2020, the Washington Post published my identity as one of Attorney Sidney Powell's election fraud expert witnesses. https://www.washingtonpost.com/investigations/sidney-powells-secret-intelligence-contractor-witness-is-a-pro-trump-podcaster/2020/12/24/d5a1ab9e-4403-11eb-a277-49a6d1f9dff1_story.html (last accessed February 17, 2022) (attached hereto as Exhibit 1).



4

24. Prior to December 24, 2020, the Washington Post interviewed me and confirmed my identity as one of Sidney Powell's election fraud expert witnesses and as an author of sworn Declaration regarding the election fraud.

25. On December 27, 2020, I sent Tennessee Senator Marsha Blackburn and Tennessee Congressman Steve Cohen, among others, a letter regarding the nodes for the 2020 election that were housed in Tennessee and raised concerns about the integrity of the 2020 elections.

26. Prior to the aforementioned events, I had not suffered any of the following damages.

27. After being defamed on a global and national level, I have suffered tremendous damages.

28. After blowing the whistle on rampant election fraud, I have been blacklisted and a casualty of the "cancel culture" that pervades American culture.

29. After being identified as an election fraud expert witness I was defamed by being called a fraudster, conspiracy theorist, liar, and a grifter; none of which are true.

30. After being identified as an election fraud expert witness and defamed, I have suffered the following damages which include, but are not limited to the following:

   a. Even though I was a subcontractor for 11 years, from 2009 to 2020, without anyone complaining about my work product or the quality of work, after being defamed I suddenly lost my contract with Boiance, who contracts with the United States government.

   b. I have since applied for numerous contracts with other government contractors. I have not been awarded numerous subcontracts that I previously had for 15+ years and contracts that I ordinarily would have (and should have) been awarded based on my extensive work experience and work history with these government contractors and with the United States government.

5

c. Even though I was a trainer and in leadership positions and had no complaints on my work product, I lost my contract with Cyracom.

d. I have been demonetized from YouTube.

e. YouTube has banned my channel from broadcasting.

f. Facebook refuses to monetize my content; I have never been monetized.

g. I have been banned from Melio.

h. I have been banned from Gettr.

i. I have been banned from Spotify.

j. I have been banned from Pandora.

k. I have been banned from FUNDLY.

l. I have been banned from Square.

m. I have been banned from PayPal.

n. I have been banned from Venmo.

o. I have been banned from Stripe.

p. I have been banned from Give Send Go.

q. I have been banned from Go Fund Me.

r. I have been banned from Anedot.

s. I have been banned from Square Payments.

t. I have been banned from Periscope.

u. I have been banned from Parler.

v. I have been banned from Twitter.

w. I have been banned from purchasing ads from Facebook.

x. I have been banned from purchasing ads from Instagram.

y. Facebook refuses to verify my account.

6

Case 1:21-cv-00317-DCLC-CHS   Document 48-1   Filed 02/18/22   Page 6 of 8   PageID #: 2496

z. Instagram refuses to verify my account.

aa. My website was taken down and disappeared while being hosted by Compuserve.

bb. I have been denied from purchasing advertising billboards.

cc. I have been denied Google Ad revenue on certain content that I publish.

dd. I have been denied otherwise available publishing opportunities.

ee. I have been denied otherwise available speaking opportunities.

ff. My iHeart Radio Cleveland offer to host a Sunday radio show was cancelled.

gg. I have been banned by numerous nationally syndicated radio stations who previously broadcasted my show.

hh. Even though I had White House Press Credentials, some of my regular press credentials have now been revoked.

ii. My Twitch account was hacked and my data was stolen by someone believed to be working with Media Matters for America.

jj. I have suffered emotional distress.

kk. I have been threatened.

ll. My name, standing and reputation has been damaged.

mm. My family and I have received threats to our safety including, but not limited to, death threats.

31. I suffered all of the aforementioned damages after I was defamed by the collective actions of all of the Defendants who ultimately created national disgust and contempt for me as an election fraud expert.

32. Other than being identified as an election fraud expert witness and then defamed, I know of no other reason that I would have suffered any of the aforementioned damages.

33. Prior to being identified as an election fraud expert and defamed, I did not suffer any of the aforementioned damages.

FURTHER, AFFIANT SAYETH NAUGHT.

_____  Date: 2-18-22
TERPSEHORE MARAS

STATE OF OHIO:
COUNTY OF Stark:

Sworn to and subscribed before me this 18th day of February, 2022 by Terpsehore Maras, who presented a valid photo I.D. as personal identification.



Benjamin J Schiltz
Notary Public, State of Ohio
My Commission Expires
February 16, 2026

_____
Notary Public

My commission expires Feb 16, 2026

8