UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| TERPSEHORE MARAS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 1:21-CV-00317-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| CONGRESSMAN STEVE COHEN, U.S. DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA, ALI ABDUL RAZAQ AKBAR, A/K/A ALI ALEXANDER; | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff has filed a Notice of Voluntary Dismissal without prejudice of her claims against Defendant "TheHuffingtonPost.com, Inc." [Doc. 46]. Accordingly, the pending Motion to Dismiss for lack of jurisdiction [Doc. 34] previously filed by "TheHuffingtonPost.com, Inc." is hereby **DENIED as MOOT.**

SO ORDERED:

s/Clifton L. Corker
United States District Judge