# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| Terpsehore Maras | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:21-cv-00317 |
| THEHUFFINGTONPOST.COM, INC. et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Ali Abdul Razaq Akbar a/k/a Ali Alexander
5125 Pinellas Avenue
Keller, TX 76244

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Russell A. Newman
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 9, 2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-00317

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ali Abdul Razaq Akbar a/k/a Ali Alexander
was received by me on *(date)* 9 February 2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Please see below.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 23 February 2022

*Russell A. Newman*
Server's signature

Russell A. Newman, Attorney for Plaintiff
Printed name and title

6688 Nolensville Road, Suite 108-22
Brentwood, TN 37027
Server's address

Additional information regarding attempted service, etc:

Ali Abdul Razaq Akbar a/k/a Ali Alexander was served with the Summons and Complaint again via Certified Mail with Tracking No. 7021 2720 0003 0411 1313. The USPS reports that the Summons and Complaint were "delivered to an individual" at Mr. Akbar's home address.





```
            UNITED STATES
            POSTAL SERVICE.
                 BRENTWOOD
             8011 BROOKS CHAPEL RD
             BRENTWOOD, TN 37027-9998
                  (800)275-8777
02/09/2022                        03:19 PM
-------------------------------------------
Product            Qty   Unit      Price
                         Price
-------------------------------------------
First-Class Mail®   1              $2.16
Large Envelope
    Washington, DC 20024
    Weight: 0 lb 6.00 oz
    Estimated Delivery Date
        Sat 02/12/2022
    Certified Mail®                $3.75
        Tracking #:
            70212720000304111306
Total                              $5.91

First-Class Mail®   1              $2.16
Large Envelope
    Keller, TX 76244
    Weight: 0 lb 6.00 oz
    Estimated Delivery Date
        Sat 02/12/2022
    Certified Mail®                $3.75
        Tracking #:
            70212720000304111313
Total                              $5.91

First-Class Mail®   1              $2.16
Large Envelope
    Fort Collins, CO 80525
    Weight: 0 lb 5.80 oz
    Estimated Delivery Date
        Mon 02/14/2022
    Certified Mail®                $3.75
        Tracking #:
            70212720000304111320
Total                              $5.91
-------------------------------------------
Grand Total:                      $17.73
-------------------------------------------
Credit Card Remitted              $17.73
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX7163
    Approval #: 05648P
    Transaction #: 690
    AID: A0000000041010     Chip
    AL: MASTERCARD
    PIN: Not Required    CAPITAL ONE
-------------------------------------------

***********************************************
  USPS is experiencing unprecedented volume
      increases and limited employee
      availability due to the impacts of
   COVID-19. We appreciate your patience.
***********************************************

     In a hurry? Self-service kiosks offer
      quick and easy check-out. Any Retail
         Associate can show you how.

  Text your tracking number to 28777 (2USPS)
   to get the latest status. Standard Message
    and Data rates may apply. You may also
   visit www.usps.com USPS Tracking or call
                1-800-222-1811.

              Preview your Mail
           Track your Packages
            Sign up for FREE @
         https://informeddelivery.usps.com
```

```
AL: MASTERCARD
PIN: Not Required         CAPITAL ONE
```

```
*******************************************
     USPS is experiencing unprecedented volume
          increases and limited employee
         availability due to the impacts of
         COVID-19. We appreciate your patience.
*******************************************

     In a hurry? Self-service kiosks offer
       quick and easy check-out. Any Retail
            Associate can show you how.

     Text your tracking number to 28777 (2USPS)
     to get the latest status. Standard Message
     and Data rates may apply. You may also
     visit www.usps.com USPS Tracking or call
                 1-800-222-1811.

                Preview your Mail
               Track your Packages
                Sign up for FREE @
           https://informeddelivery.usps.com

        All sales final on stamps and postage.
        Refunds for guaranteed services only.
              Thank you for your business.

             Tell us about your experience.
       Go to: https://postalexperience.com/Pos
       or scan this code with your mobile device,
```



```
                or call 1-800-410-7420.
```

```
UFN: 471020-0027
Receipt #: 840-53700045-3-16528160-2
Clerk: 13
```

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70212720000304111313

Your item was delivered to an individual at the address at 12:35 pm on February 12, 2022 in KELLER, TX 76244.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Left with Individual

February 12, 2022 at 12:35 pm
KELLER, TX 76244

Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

February 12, 2022, 12:35 pm
Delivered, Left with Individual
KELLER, TX 76244
Your item was delivered to an individual at the address at 12:35 pm on February 12, 2022 in KELLER, TX 76244.

February 11, 2022, 11:18 pm
Departed USPS Regional Destination Facility
FORT WORTH TX DISTRIBUTION CENTER

Case 1:21-cv-00317-DCLC-CHS   Document 50   Filed 02/23/22   Page 6 of 7   PageID #: 2512

**February 11, 2022, 12:05 pm**
Arrived at USPS Regional Destination Facility
FORT WORTH TX DISTRIBUTION CENTER

**February 10, 2022, 12:28 am**
Departed USPS Regional Origin Facility
NASHVILLE TN DISTRIBUTION CENTER ANNEX

**February 9, 2022, 11:41 pm**
Arrived at USPS Regional Origin Facility
NASHVILLE TN DISTRIBUTION CENTER ANNEX

**February 9, 2022, 3:16 pm**
USPS in possession of item
BRENTWOOD, TN 37027

**USPS Tracking Plus®**

Feedback

**Product Information**

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**