# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Terpsehore Maras<br><br>*Plaintiff(s)*<br>v.<br>THEHUFFINGTONPOST.COM, INC. et al.<br><br>*Defendant(s)* | Civil Action No. 1:21-cv-00317 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Media Matters for America, Inc.
800 Maine Avenue SW
Suite 500
Washington D.C. 20024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Russell A. Newman
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 9, 2022

Signature of Clerk or Deputy Clerk

Civil Action No. 1:21-cv-00317

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Media Matters for America, Inc.**
was received by me on *(date)* **9 February 2022** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Please see below.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **23 February 2022**

*Russell A. Newman*
Server's signature

Russell A. Newman, Attorney for Plaintiff
Printed name and title

6688 Nolensville Road, Suite 108-22
Brentwood, TN 37027
Server's address

Additional information regarding attempted service, etc:

On February 14, 2022, Media Matters for America, Inc. was served at their Registered Agent's office via Certified Mail with Tracking No. 7021 2720 0003 0411 1320. The Registered Agent is Corporate Creations Network, Inc. and they are located at 155 E. Boardwalk #490, Fort Collins, CO 80525.





**UNITED STATES POSTAL SERVICE**

BRENTWOOD
8011 BROOKS CHAPEL RD
BRENTWOOD, TN 37027-9998
(800)275-8777

02/09/2022                          03:19 PM

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $2.16 |

    Washington, DC 20024
    Weight: 0 lb 6.00 oz
    Estimated Delivery Date
        Sat 02/12/2022
    Certified Mail®              $3.75
      Tracking #:
        70212720000304111306
Total                                  $5.91

First-Class Mail®   1          $2.16
Large Envelope
    Keller, TX 76244
    Weight: 0 lb 6.00 oz
    Estimated Delivery Date
        Sat 02/12/2022
    Certified Mail®              $3.75
      Tracking #:
        70212720000304111313
Total                                  $5.91

First-Class Mail®   1          $2.16
Large Envelope
    Fort Collins, CO 80525
    Weight: 0 lb 5.80 oz
    Estimated Delivery Date
        Mon 02/14/2022
    Certified Mail®              $3.75
      Tracking #:
        70212720000304111320
Total                                  $5.91

---

Grand Total:                       $17.73

---

Credit Card Remitted       $17.73
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX7163
    Approval #: 05648P
    Transaction #: 690
    AID: A0000000041010    Chip
    AL: MASTERCARD
    PIN: Not Required    CAPITAL ONE

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

```
AL: MASTERCARD
PIN: Not Required          CAPITAL ONE
```

```
*********************************************
USPS is experiencing unprecedented volume
       increases and limited employee
    availability due to the impacts of
    COVID-19. We appreciate your patience.
*********************************************

     In a hurry? Self-service kiosks offer
       quick and easy check-out. Any Retail
            Associate can show you how.

    Text your tracking number to 28777 (2USPS)
    to get the latest status. Standard Message
    and Data rates may apply. You may also
    visit www.usps.com USPS Tracking or call
                1-800-222-1811.

              Preview your Mail
              Track your Packages
              Sign up for FREE @
         https://informeddelivery.usps.com

       All sales final on stamps and postage.
       Refunds for guaranteed services only.
            Thank you for your business.

            Tell us about your experience.
     Go to: https://postalexperience.com/Pos
     or scan this code with your mobile device,
```



```
              or call 1-800-410-7420.

UFN: 471020-0027
Receipt #: 840-53700045-3-16528160-2
Clerk: 13
```

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70212720000304111320

Your item was delivered to the front desk, reception area, or mail room at 11:31 am on February 14, 2022 in FORT COLLINS, CO 80525.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

February 14, 2022 at 11:31 am
FORT COLLINS, CO 80525

Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

February 14, 2022, 11:31 am
Delivered, Front Desk/Reception/Mail Room
FORT COLLINS, CO 80525
Your item was delivered to the front desk, reception area, or mail room at 11:31 am on February 14, 2022 in FORT COLLINS, CO 80525.

February 13, 2022, 7:07 pm
Departed USPS Regional Destination Facility
DENVER CO DISTRIBUTION CENTER

Case 1:21-cv-00317-DCLC-CHS   Document 51   Filed 02/23/22   Page 6 of 7   PageID #: 2519

**February 13, 2022**
In Transit to Next Facility

**February 11, 2022, 3:14 pm**
Arrived at USPS Regional Destination Facility
DENVER CO DISTRIBUTION CENTER

**February 9, 2022, 11:35 pm**
Arrived at USPS Regional Origin Facility
NASHVILLE TN DISTRIBUTION CENTER ANNEX

**February 9, 2022, 3:16 pm**
USPS in possession of item
BRENTWOOD, TN 37027

**USPS Tracking Plus®**

Feedback

**Product Information**

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Case 1:21-cv-00317-DCLC-CHS   Document 51   Filed 02/23/22   Page 7 of 7   PageID #: 2520