Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* J. Alex Halderman
on *(date)* 01-30-2022

☒ I served the subpoena by delivering a copy to the named person as follows: J. Alex Halderman @ 2260 Hayward St. Ann Arbor, MI 48109 Room # 4717
on *(date)* 01-30-2022 ; or @ 4:40 PM

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 01-30-2022

_____
Server's signature

Benjamin Lewandowski
Printed name and title

1589 Austin Lincoln Park, MI 48146
Server's address

Additional information regarding attempted service, etc.: