UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Terpsehore Maras,

    Plaintiff,

v.

    Case No. 1:21-CV-317

Chattanooga News Chronicle, et al.,

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

**FILED**
MAR 0 4 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

The undersigned, counsel for **Media Matters For America** moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Washington

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/1/2022

_____
(Signature–hand signed)

Name: William B. Stafford
Firm: Elias Law Group LLP
Address:

    1700 Seventh Avenue, Suite 2100, Seattle, WA 98101

Email address: bstafford@elias.law

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

## CERTIFICATE OF GOOD STANDING

I, __Sean F. McAvoy__, Clerk of this Court,

certify that __William B. Stafford__, Bar # __39849__,

was duly admitted to practice in this Court on __11/24/2008__, and is in good standing as a member of the Bar of this Court.

Dated at __Richland, Washington__ on __03/01/2022__
                                                     *(Location)*                                       *(Date)*

12:29 pm, Mar 01, 2022

Sean F. McAvoy
*CLERK*

*/DEPUTY CLERK*