UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Terpsehore Maras,

    Plaintiff,

v.

    Case No. 1:21-CV-317

Chattanooga News Chronicle, et al.,

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

**FILED**
MAR 0 4 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

The undersigned, counsel for Media Matters For America moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

☑ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Maryland and the District of Columbia

☑ AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

### OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/1/2022

*Melinda Johnson*
(Signature–hand signed)

Name: Melinda K. Johnson
Firm: Elias Law Group LLP
Address:

    10 G Street NE, Suite 600, Washington, DC 20002

Email address: mjohnson@elias.law

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

 

# United States District & Bankruptcy Courts
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## MELINDA K. JOHNSON

was, on the ___7th___ day of ___December___ A.D. ___2020___ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ___1st___ day of ___March___ A.D. ___2022___.



**ANGELA D. CAESAR,** Clerk of Courts

By: ___Natalee McClure___

**Deputy Clerk**