# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

TERPSEHORE MARAS,

              Plaintiff,

v.

CHATTANOOGA NEWS
CHRONICAL, *et al.*,

              Defendants.

Case No: 1:21-cv-317

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mozianio S. Reliford, III ("Trey") of Neal & Harwell, PLC,

hereby enters his appearance as counsel of record for Defendant Media Matters for America.

Respectfully Submitted,

**NEAL & HARWELL, PLC**

By: */s/ Mozianio S. Reliford, III*
      Mozianio S. Reliford, III (BPR # 36170)
      William J. Harbison II (BPR # 33330)
      1201 Demonbreun Street, Suite 1000
      Nashville, TN 37213
      (615) 244–1713
      treliford@nealharwell.com
      jharbison@nealharwell.com

*Counsel for Defendant Media Matters for America*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 4, 2022, a true and correct copy of the foregoing was filed through the Court's CM/ECF system, which will cause service of the same upon all counsel of record in this matter.


*/s/ Mozianio S. Reliford, III*
Mozianio S. Reliford, III