IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TERPSEHORE MARAS,<br><br>               Plaintiff,<br><br>   v.<br><br>CHATTANOOGA NEWS CHRONICAL, *et al*.,<br><br>               Defendants. | Case No: 1:21-cv-317 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William J. Harbison II of Neal & Harwell, PLC, hereby enters his appearance as counsel of record for Defendant Media Matters for America.

Respectfully Submitted,

**NEAL & HARWELL, PLC**

By: /s/ *William J. Harbison II*
Mozianio S. Reliford, III (BPR # 36170)
William J. Harbison II (BPR # 33330)
1201 Demonbreun Street, Suite 1000
Nashville, TN 37213
(615) 244–1713
treliford@nealharwell.com
jharbison@nealharwell.com

*Counsel for Defendant Media Matters for America*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, a true and correct copy of the foregoing was filed through the Court's CM/ECF system, which will cause service of the same upon all counsel of record in this matter.

*/s/ William J. Harbison II*
William J. Harbison II