# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | | |
|---|---|---|
| Terpsehore Maras | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:21-cv-00317 |
| THEHUFFINGTONPOST.COM, INC. et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Ali Abdul Razaq Akbar a/k/a Ali Alexander
5125 Pinellas Avenue
Keller, TX 76244

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Russell A. Newman
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 9, 2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-00317

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **On Wednesday March 9, 2022, I served Mr. Ali Akbar's lawyer, Mr. Baron Coleman, with the Summons and Amended Verified Complaint at baron@baroncoleman.com. Said email is attached hereto as Exhibit 1.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: **9 March 2022**

*Russell A. Newman*
Server's signature

**Russell A. Newman, Attorney for Plaintiff**
Printed name and title

**6688 Nolensville Road, Suite 108-22
Brentwood, TN 37027**
Server's address

Additional information regarding attempted service, etc:

| | |
|---|---|
| **Subject:** | Re: Service of Process |
| **Date:** | Wednesday, March 9, 2022 at 18:34:59 Central Standard Time |
| **From:** | Russell Newman |
| **To:** | Baron Coleman Law Firm |
| **Attachments:** | 3. Amended Verified Complaint.pdf, 41.1 Summons for Ali Abdul Razak Akbar.pdf |

Good evening, Mr. Coleman.

Thank you for confirming that you are Ali Akbar's lawyer and that you have served as Mr. Ali Akbar's lawyer on numerous occasions. This is very helpful information. As you well know, as Mr. Akbar's lawyer you can be served with a Summons and a Complaint on behalf of Mr. Ali Akbar. Moreover, by writing your email you have taken actions that are consistent with defending Mr. Akbar in the lawsuit that Plaintiff Terpsehore Maras has filed against Mr. Ali Akbar. Based upon the foregoing, we hereby serve you, as Mr. Ali Akbar's lawyer, with the Summons and the Complaint that Plaintiff filed against Mr. Akbar in the United States District Court, Eastern District of Tennessee, Chattanooga Division. Ms. Maras will forgive all delinquencies for Mr. Akbar. As such, you have twenty-one (21) days to file a responsive pleading. We will file another Proof of Service with the Court so that the court knows that we are making diligent efforts to serve all of our defendants. It was nice to meet you and we look forward to working with you in this matter.

Best regards,

**Russell A. Newman, Esq.**
**The Newman Law Firm**
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
T: (615) 554-1510
F: (615) 283-3529
Email: russell@thenewmanlawfirm.com
https://www.thenewmanlawfirm.com/

CONFIDENTIALITY NOTICE: This e-mail communication, including any attached files was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return e-mail or telephone.

---

**From:** Baron Coleman Law Firm <baron@baroncoleman.com>
**Date:** Monday, March 7, 2022 at 19:39
**To:** Russell A. Newman <russell@thenewmanlawfirm.com>
**Subject:** Re: Service of Process

Mr. Newman,

There is no matter.  He's not been served in any matter.

I have represented Mr. Alexander in numerous matters in the past in which he was properly served.

I reached out to you to identify a deficiency in your understanding of Texas law, your failed attempt at servicing of process, and the consequences of you moving forward with any pleadings involving Mr. Alexander in a case in which he had not been property served.

Thank you,

Baron

G. Baron Coleman
**Baron Coleman Law Firm**
Three South Jackson Street
PO Box 789
Montgomery, AL 36101-0789
(334) 625-9097

* * * * * * * * * * * * *

THIS ELECTRONIC COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL

IMPORTANT NOTICE TO EMAIL RECIPIENTS:

DO NOT read, copy, or disseminate this communication unless you are the intended addressee.

This email communication contains confidential and/or privileged information intended only for the addressee. Anyone who receives this email by error should treat it as confidential and is asked to call Baron Coleman Law Firm at (334) 625-9097 or reply by email to baron@baroncoleman.com.

This email transmission may not be secure and may be illegally intercepted. Do not forward or disseminate this email to any third party. Unauthorized interception of this email is a violation of federal law.

Any reliance on the information contained in this correspondence by someone who has not entered into a fee agreement with Baron Coleman Law Firm is taken at the reader's own risk.

The attorneys of Baron Coleman Law Firm are licensed to practice law ONLY in Florida and Alabama and do not intend to give advice to anyone on any legal matter not involving Florida or Alabama law.

> On Mar 7, 2022, at 5:05 PM, Russell A. Newman <russell@thenewmanlawfirm.com> wrote:

Good afternoon, Mr. Coleman:

You may direct all future correspondence in this matter to me at this email address. You have not made an appearance in this case and in your email you do not state whether or not you represent Defendant Ali Akbar a/k/a Ali Alexander. Before we proceed any further, with any discussion of any kind, please advise whether you represent Mr. Akbar in this matter.

Best regards,

**Russell A. Newman, Esq.**
**The Newman Law Firm**
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37037
T: (615) 554-1510
F: (615) 283-3529
Email: russell@thenewmanlawfirm.com
https://www.thenewmanlawfirm.com

**CONFIDENTIALITY NOTICE:** This e-mail communication, including any attached files was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return email or telephone.

---

**From:** Information The Newman Law Firm
**Sent:** Monday, March 7, 2022 4:06 PM
**To:** Russell Newman
**Subject:** Fwd: Service of Process


---------- Forwarded message ---------
From: **Baron Coleman** <baron@baroncoleman.com>
Date: Mon, Mar 7, 2022 at 9:59 AM
Subject: Service of Process
To: <info@thenewmanlawfirm.com>

Russel,

Due to your client's defamatory social media posts mentioning Mr. Alexander, I was forced to go to Pacer to see why your client believes Mr. Alexander has been served in your frivolous lawsuit in the Eastern District of Tennessee.

On your filing as seen on Pacer, the service return says, "Left with an Individual."

That's not service of process in Texas. You're welcome to search Texas law or hire a Texas lawyer to help you understand it, but leaving mail with "an individual" is not service. I also have video of the USPS person absolutely not leaving the package with anyone. Rather, she walked to the door, scanned the document, and returned to her mail truck.

I have attached the video to this email.

Second, Mr. Alexander was not in Texas at the time. I have his itinerary and plane where he left Texas on Feb 10 at 2:30 p.m. and returned on Feb 17 at 6:10 p.m. Simply put, nobody was at the house during that time. I can produce that information under seal to the court, if I have to.

In short, I'm formally requesting that you withdraw the fraudulent filing claiming you perfected service on Mr. Alexander and not file any additional pleadings with respect to Mr. Alexander until such a time he has been served.

If you proceed with any attempt to file anything with respect to Mr. Alexander before he is served, Mr. Alexander will seek unbelievably harsh penalties and sanctions for your misrepresentations to the court that he has been served, including a lawsuit and bar complaint against you personally.

Sincerely,

Baron


G. Baron Coleman
**Baron Coleman Law Firm**
Three South Jackson Street
PO Box 789
Montgomery, AL 36101-0789
(334) 625-9097

\* \* \* \* \* \* \* \* \* \* \* \* \*

THIS ELECTRONIC COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL

IMPORTANT NOTICE TO EMAIL RECIPIENTS:

DO NOT read, copy, or disseminate this communication unless you are the intended addressee.

This email communication contains confidential and/or privileged information intended only for the addressee. Anyone who receives this email by error should treat it as confidential and is asked to call Baron Coleman Law Firm at (334) 625-9097 or reply by
email: baron@baroncoleman.com.

This email transmission may not be secure and may be illegally intercepted. Do not forward or disseminate this email to any third party. Unauthorized interception of this email is a violation of federal law.

Any reliance on the information contained in this correspondence by someone who has not entered into a fee agreement with Baron Coleman Law Firm is taken at the reader's own risk.

The attorneys of Baron Coleman Law Firm are licensed to practice law ONLY in Florida and Alabama and do not intend to give advice to anyone on any legal matter not involving Florida or Alabama law.