# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| **TERPSEHORE MARAS,**<br><br>Plaintiff,<br><br>v.<br><br>**REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA and ALI ABDUL RAZAQ AKBAR A/KA/ ALI ALEXANDER,**<br><br>Defendants. | **Case. No. 1:21-cv-00317-DCLC-CHS**<br><br>**JUDGE CLIFTON L. CORKER** |

## DECLARATION OF ERIN M. NEWMAN

STATE OF TENNESSEE )

COUNTY OF WILLIAMSON )

COMES NOW the Declarant, Erin M. Newman, pursuant 28 U.S.C. § 1746 makes the following declaration:

1. I am over 18 years of age.

2. I am competent to make the following representations.

3. I am a citizen of the State of Tennessee.

4. On Monday March 7, 2022, at 11:39 a.m. I donated five dollars ($5) to Media Matters for America online.

5. At the time of my donation to Media Matters for America, I was physically present in Tennessee.

6. My receipt is attached hereto as Exhibit 1.

7. The receipt accurately records my donation to Media Matters for America.

FURTHER DECLARANT SAYETH NOT.

*Erin M. Newman*
Erin M. Newman (Mar 21, 2022 10:45 CDT)

Erin M. Newman

Mar 21, 2022
Date

**Subject:** Media Matters
**Date:** Monday, March 7, 2022 at 10:40:24 Central Standard Time
**From:** E NM
**To:** Russell Newman
**Attachments:** image.png

**Transaction Summary Name:** Erin █ Newman

**Recurring Donation:** No

**Email:** ████████@gmail.com

**Address:** ████████ Nolensville, TN 37135

**Card number:** ████████

**Confirmation code:** 62294

**Amount:** $5.00

**Date:** Monday, March 7, 2022 - 11:39

Having trouble donating or prefer to contribute by check? Click here for more options.



© 2019 Media Matters for America    ABOUT    CONTACT    JOBS    PRIVACY POLICY

**Exhibit 1**

# Declaration of Erin M. Newman_Redacted2

Final Audit Report						2022-03-21

| | |
|---|---|
| Created: | 2022-03-21 |
| By: | Russell Newman (russell.a.newman@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAN0dbwivlqs-FTO1_Rjfo-aKv0JFtju3r |

## "Declaration of Erin M. Newman_Redacted2" History

- Document created by Russell Newman (russell.a.newman@gmail.com)
  2022-03-21 - 3:40:28 PM GMT- IP address: 23.153.209.179

- Document emailed to Erin M. Newman (newman.erinm@gmail.com) for signature
  2022-03-21 - 3:40:50 PM GMT

- Email viewed by Erin M. Newman (newman.erinm@gmail.com)
  2022-03-21 - 3:44:56 PM GMT- IP address: 74.125.210.45

- Document e-signed by Erin M. Newman (newman.erinm@gmail.com)
  Signature Date: 2022-03-21 - 3:45:43 PM GMT - Time Source: server- IP address: 168.149.141.57

- Agreement completed.
  2022-03-21 - 3:45:43 PM GMT

Adobe Sign