# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| TERPSEHORE MARAS,<br><br>  Plaintiff,<br><br>v.<br><br>REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA and ALI ABDUL RAZAQ AKBAR A/KA/ ALI ALEXANDER,<br><br>  Defendants. | Case. No. 1:21-cv-00317-DCLC-CHS<br><br>JUDGE CLIFTON L. CORKER |

## DECLARATION OF MEGAN HEIM

STATE OF TENNESSEE            )

COUNTY OF WILLIAMSON    )

COMES NOW the Declarant, Megan Heim, pursuant 28 U.S.C. § 1746 makes the following declaration:

1. I am over 18 years of age.

2. I am competent to make the following representations.

3. I am a citizen of the State of Tennessee.

4. On Monday March 7, 2022, I donated five dollars ($5) to Media Matters for America online.

5. At the time of my donation to Media Matters for America, I was physically present in Tennessee.

6. My receipt is attached hereto as Exhibit 1.

7. The receipt accurately records my donation to Media Matters for America.

FURTHER DECLARANT SAYETH NOT.

*Megan M Heim*
Megan M Heim (Mar 21, 2022 11:36 CDT)

Megan Heim

Mar 21, 2022

Date

**Subject:** Fwd: Thanks for donating
**Date:** Monday, March 21, 2022 at 10:54:11 Central Daylight Time
**From:** Erin Newman
**To:** Russell Newman

Sent from my iPhone

Begin forwarded message:

> **From:** MH <████████████>
> **Date:** March 21, 2022 at 10:53:57 AM CDT
> **To:** Erin Newman <████████████>
> **Subject: Fw: Thanks for donating**
> **Reply-To:** MH <████████████>
>
> ------- Original Message -------
> On Monday, March 7th, 2022 at 10:46 AM, Media Matters <action@mediamatters.org> wrote:
>
> Dear Megan,
>
> Thank you for your gift of $5.00 to *Media Matters for America*.
>
> Your donation directly supports our work for an honest and accountable media.
>
> Have questions or comments? Email us at action@mediamatters.org.
>
> We couldn't do this without you!
>
> The *Media Matters* Team
>
> **Transaction Summary**
>
> **Gift Information**
>
> | | |
> |---|---|
> | Date: | 03/07/2022 |
> | Amount: | $5.00 |
> | Tax Deductible Amount: | $5.00 |
> | Confirmation Code: | 62291 |

## Donor Information

Donor Name: Megan Heim
Email Address: ████████
Address: ████████
Nolensville, TN 37135
US

## Payment Information

Payment Type: American Express
Credit Card Number: ████████
Bank Account / Routing:

mediamatters.org
Contact Us
Privacy Policy