IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| TERPSEHORE MARAS,<br><br>Plaintiff,<br><br>v.<br><br>REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA and ALI ABDUL RAZAQ AKBAR A/KA/ ALI ALEXANDER,<br><br>Defendants. | Case. No. 1:21-cv-00317-DCLC-CHS<br><br>JUDGE CLIFTON L. CORKER |

## DECLARATION OF TIANNA M. LUCAS

STATE OF TENNESSEE       )

COUNTY OF WILLIAMSON  )

COMES NOW the Declarant, Tianna M. Lucas, pursuant 28 U.S.C. § 1746 makes the following declaration:

1. I am over 18 years of age.

2. I am competent to make the following representations.

3. I am a citizen of the State of Tennessee.

4. On Monday March 7, 2022, I donated ten dollars ($10) to Media Matters for America online.

5.  At the time of my donation to Media Matters for America, I was physically present in Tennessee.

6.  My receipt is attached hereto as Exhibit 1.

7.  The receipt accurately records my donation to Media Matters for America.

FURTHER DECLARANT SAYETH NOT.

*Tianna M. Lucas*
Tianna M. Lucas (Mar 21, 2022 11:30 CDT)

Tianna M. Lucas

Mar 21, 2022
Date

**Subject:** FW: Thanks for donating
**Date:** Monday, March 7, 2022 at 22:27:16 Central Standard Time
**From:** Russell A. Newman
**To:** Russell Newman

Begin forwarded message:

On Monday, March 7, 2022, 1:41 PM, Media Matters <action@mediamatters.org> wrote:

Dear Tianna,

Thank you for your gift of $10.00 to *Media Matters for America*.

Your donation directly supports our work for an honest and accountable media.

Have questions or comments? Email us at action@mediamatters.org.

We couldn't do this without you!

The *Media Matters* Team

**Transaction Summary**

### Gift Information

| | |
|---|---|
| Date: | 03/07/2022 |
| Amount: | $10.00 |
| Tax Deductible Amount: | $10.00 |
| Confirmation Code: | 62297 |

### Donor Information

| | |
|---|---|
| Donor Name: | Tianna Lucas |
| Email Address: | ███████@yahoo.com |
| Address: | ███████ |
| | Franklin, TN |
| | 37067 |
| | US |

### Payment Information

Payment Type: Visa
Credit Card Number: ████████
Bank Account / Routing:

[mediamatters.org](mediamatters.org)
[Contact Us](Contact Us)
[Privacy Policy](Privacy Policy)