**Tennessee Department of State**
Division of Charitable Solicitation and Gaming

# Financial Reports for Registered Charities

**Keyword Search Charity Name:** media matters for america  [ go ]

**More Resources**
- FAQs for Charitable Giving
- General Tips for Giving

## Media Matters for America

800 Maine Avenue SW, Suite 500, Washington, DC 20024
Contact: Megan Parker
Phone: 202-756-4100
Website: www.mediamatters.org
Status: Registered
Expires: 6/30/2023

| Fiscal Year Ending 12/31/2020 | Amount | Total | Percentage |
|---|---|---|---|
| Beginning Balance: | | 3,730,149 | |
| Public Contributions | 17,976,980 | | 99.68% |
| Government Grants | 0 | | 0.00% |
| Program Fees | 0 | | 0.00% |
| Special Events | 0 | | 0.00% |
| Sales | 0 | | 0.00% |
| Other Revenue | 56,840 | | 0.32% |
| Total Revenue | | 18,033,820 | |
| Program Services | -10,387,532 | | 73.86% |
| Special Events Expenses | -0 | | 0.00% |
| Cost of Goods Sold | -0 | | 0.00% |
| Management and General | -1,442,449 | | 10.26% |
| Fundraising | -2,234,604 | | 15.89% |
| Other Expenses | -0 | | 0.00% |
| Total Expenses | | -14,064,585 | |
| Excess/Deficit | | 3,969,235 | |
| Other Changes to Balance | | 224,364 | |
| Ending Balance | | 7,923,748 | |

| Fiscal Year Ending 12/31/2019 | Amount | Total | Percentage |
|---|---|---|---|
| Beginning Balance: | | 2,930,779 | |
| Public Contributions | 14,104,653 | | 99.58% |
| Government Grants | 0 | | 0.00% |
| Program Fees | 0 | | 0.00% |
| Special Events | 0 | | 0.00% |
| Sales | 0 | | 0.00% |
| Other Revenue | 59,498 | | 0.42% |
| Total Revenue | | 14,164,151 | |
| Program Services | -9,889,472 | | 72.74% |
| Special Events Expenses | -0 | | 0.00% |
| Cost of Goods Sold | -0 | | 0.00% |
| Management and General | -1,294,545 | | 9.52% |
| Fundraising | -2,410,846 | | 17.73% |
| Other Expenses | -0 | | 0.00% |
| Total Expenses | | -13,594,863 | |
| Excess/Deficit | | 569,288 | |
| Other Changes to Balance | | 230,082 | |
| Ending Balance | | 3,730,149 | |

| Fiscal Year Ending 12/31/2018 | Amount | Total | Percentage |
|---|---|---|---|
| Beginning Balance: | | 1,286,018 | |
| Public Contributions | 14,864,159 | | 99.60% |
| Government Grants | 0 | | 0.00% |
| Program Fees | 0 | | 0.00% |
| Special Events | 0 | | 0.00% |
| Sales | 0 | | 0.00% |
| Other Revenue | 59,244 | | 0.40% |
| Total Revenue | | 14,923,403 | |
| Program Services | -9,980,166 | | 75.89% |
| Special Events Expenses | -0 | | 0.00% |
| Cost of Goods Sold | -0 | | 0.00% |
| Management and General | -1,325,617 | | 10.08% |
| Fundraising | -1,845,524 | | 14.03% |
| Other Expenses | -0 | | 0.00% |
| Total Expenses | | -13,151,307 | |
| Excess/Deficit | | 1,772,096 | |
| Other Changes to Balance | | -127,335 | |
| Ending Balance | | 2,930,779 | |

| Fiscal Year Ending 12/31/2017 | Amount | Total | Percentage |
|---|---|---|---|
| Beginning Balance: | | 2,101,774 | |
| Public Contributions | 11,447,749 | | 99.31% |
| Government Grants | 0 | | 0.00% |
| Program Fees | 0 | | 0.00% |
| Special Events | 0 | | 0.00% |
| Sales | 0 | | 0.00% |
| Other Revenue | 79,588 | | 0.69% |
| Total Revenue | | 11,527,337 | |
| Program Services | -9,286,611 | | 74.51% |
| Special Events Expenses | -0 | | 0.00% |
| Cost of Goods Sold | -0 | | 0.00% |
| Management and General | -1,157,046 | | 9.28% |
| Fundraising | -2,019,425 | | 16.20% |
| Other Expenses | -0 | | 0.00% |
| Total Expenses | | -12,463,082 | |
| Excess/Deficit | | -935,745 | |
| Other Changes to Balance | | 119,989 | |
| Ending Balance | | 1,286,018 | |

| Fiscal Year Ending 12/31/2016 | Amount | Total | Percentage |
|---|---|---|---|
| Beginning Balance: | | 2,256,876 | |
| Public Contributions | 10,603,401 | | 99.17% |
| Government Grants | 0 | | 0.00% |
| Program Fees | 0 | | 0.00% |
| Special Events | 0 | | 0.00% |
| Sales | 0 | | 0.00% |
| Other Revenue | 88,351 | | 0.83% |
| Total Revenue | | 10,691,752 | |
| Program Services | -8,076,903 | | 74.32% |
| Special Events Expenses | -0 | | 0.00% |
| Cost of Goods Sold | -0 | | 0.00% |
| Management and General | -1,237,397 | | 11.30% |
| Fundraising | -1,563,330 | | 14.38% |
| Other Expenses | -0 | | 0.00% |
| Total Expenses | | -10,867,830 | |
| Excess/Deficit | | -176,078 | |
| Other Changes to Balance | | 20,976 | |
| Ending Balance | | 2,101,774 | |

| Fiscal Year Ending 12/31/2015 | Amount | Total | Percentage |
|---|---|---|---|
| Beginning Balance: | | 3,189,932 | |
| Public Contributions | 9,124,676 | | 99.02% |
| Government Grants | 0 | | 0.00% |
| Program Fees | 0 | | 0.00% |
| Special Events | 0 | | 0.00% |
| Sales | 0 | | 0.00% |
| Other Revenue | 90,388 | | 0.98% |
| Total Revenue | | 9,215,064 | |
| Program Services | -7,903,839 | | 78.23% |
| Special Events Expenses | -0 | | 0.00% |
| Cost of Goods Sold | -0 | | 0.00% |
| Management and General | -961,274 | | 9.51% |
| Fundraising | -1,237,694 | | 12.25% |
| Other Expenses | -0 | | 0.00% |
| Total Expenses | | -10,102,807 | |
| Excess/Deficit | | -887,743 | |
| Other Changes to Balance | | -45,313 | |
| Ending Balance | | 2,256,876 | |

| Fiscal Year Ending 12/31/2014 | Amount | Total | Percentage |
|---|---|---|---|
| Beginning Balance: | | 3,776,249 | |
| Public Contributions | 10,021,188 | | 99.22% |
| Government Grants | 0 | | 0.00% |
| Program Fees | 0 | | 0.00% |
| Special Events | 0 | | 0.00% |
| Sales | 0 | | 0.00% |
| Other Revenue | 78,342 | | 0.78% |
| Total Revenue | | 10,099,530 | |
| Program Services | -8,331,589 | | 77.85% |
| Special Events Expenses | -0 | | 0.00% |
| Cost of Goods Sold | -0 | | 0.00% |
| Management and General | -1,022,039 | | 9.55% |
| Fundraising | -1,348,854 | | 12.60% |
| Other Expenses | -0 | | 0.00% |
| Total Expenses | | -10,702,482 | |
| Excess/Deficit | | -602,952 | |
| Other Changes to Balance | | 16,635 | |
| Ending Balance | | 3,189,932 | |

