# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| TERPSEHORE MARAS,<br><br>Plaintiff,<br><br>v.<br><br>REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA, and ALI ABDUL RAZAQ AKBAR A/KA/ ALI ALEXANDER,<br><br>Defendants. | Case. No. 1:21-cv-00317-DCLC-CHS<br><br>JUDGE CLIFTON L. CORKER |

## NOTICE OF FILING

COMES NOW Plaintiff Terpsehore Maras, by and through counsel, and hereby gives notice of filing the following items with the Court:

1. November 29, 2021, Return on Service for Defendant Ali Abdul Razaq Akbar a/k/a Ali Alexander via hand delivery in the Hamilton County Circuit Court (attached hereto as Exhibit 1); and

2. November 30, 2021, Return on Service for Defendant Ali Abdul Razaq Akbar a/k/a Ali Alexander via Certified Mail Signature Requested in the Hamilton County Circuit Court (attached hereto as Exhibit 2).

Respectfully submitted this 7th day of April, 2022.

THE NEWMAN LAW FIRM

/s/ Russell A. Newman
Russell A. Newman, BPR No. 033462
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
(615) 554-1510 (Telephone)
(615) 283-3529 (Facsimile)
E-mail:russell@thenewmanlawfirm.com
*Attorney for Plaintiff Terpsehore Maras*

## CERTIFICATE OF SERVICE

I, Russell A. Newman, do hereby certify that I am counsel for Plaintiff Terpsehore Maras in the above-captioned matter and that a copy of the **NOTICE OF FILING** was filed and served via the CM/ECF system for the United States District Court, Eastern District of Tennessee, Chattanooga Division, which will cause service of same upon counsel of record in this matter and via U.S. Mail to the following non-registered users:

Ali Abdul Razaq Akbar a/k/a Ali Alexander
5125 Pinellas Avenue
Keller, TX 76244

Respectfully submitted this 7th day of April, 2022.

THE NEWMAN LAW FIRM

By:  /s/ Russell A. Newman
    Russell A. Newman, BPR # 033462