# State of Tennessee

## In the Circuit Court of Hamilton County

Plaintiff: Terpsehore Maras

No. 21C1017

Defendant: Chattanooga News Chronicle et al.

FILED IN OFFICE 2021 NOV 29 AM 9:56 LARRY L. HENRY, CLERK

## SUMMONS

TO: Ali Abdul Razaq Akbar AKA Ali Alexander
Address: 5125 Pinellas Ave. Keller, TX 76244

Defendant _____ Address _____

Defendant _____ Address _____

You are hereby summoned to answer and make defense to a bill of complaint which has been filed in the Circuit Court of Hamilton County, Tennessee in the above styled case. Your defense to this complaint must be filed in the office of the Circuit Court Clerk of Hamilton County, Tennessee on or before thirty (30) days after service of this summons upon you. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

WITNESSED and Issued this 29th day of November, 2021

CIRCUIT COURT OF HAMILTON COUNTY
500 COURTHOUSE
625 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402
423/209-6700

Larry L. Henry, Circuit Court Clerk

By H. Norka, Deputy Circuit Court Clerk

Attorneys for Plaintiff: Russell A. Newman  6688 Nolensville Rd., Suite 108-22, Brentwood, TN 37027

Plaintiff's Address: 6688 Nolensville Rd., Suite 108-22, Brentwood, TN 37027

Received this _____ day of _____, 20___

/S/ _____ Deputy Sheriff

ADA COORDINATOR FOR ASSISTANCE CALL (423) 209-7540

**Exhibit 1**

# State of Tennessee,
County of Hamilton

I, Larry L. Henry, Clerk of the Circuit Court, in and for the State and County aforesaid, hereby certify that the within and foregoing is a true and correct copy of the original writ of summons issued in this case.

**Larry L. Henry**, Circuit Court Clerk

By _____ D.C.

## OFFICERS RETURN

I certify that I served this summons together with the complaint as follows:

[X] On, _November 29th_, 20 _21_, I delivered a copy of the summons and complaint to the defendant, _ALI AKBAR'S ROOMMATE, who refused to disclose his name, via hand delivery - Roommate said he would give the package of papers to ALI AKBAR_

[ ] Failed to serve this summons within 90 days after the issuance because: _____

~~Hamilton County Sheriff~~

~~Deputy Sheriff~~ _Jake Armstrong_

## CLERK'S RETURN

I hereby acknowledge and accept service of the within summons and receive copy of same, this _____ day of _____ 20 _____.

_____
Defendant

**Larry L. Henry**, Circuit Court Clerk

By _____ D.C.

### Notice to Defendant(s)

Tennessee law provides a ten thousand ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

Jake Armstrong
P.O. Box 645
Groveton, TX 75845

United States District Court
220 West Depot Street, Suite 200
Greenville, Tennessee
Chattanooga Division
East District