# State of Tennessee

## In the Circuit Court of Hamilton County

__Terpsehore Maras__
Plaintiff

No. __21C1017__

__Chattanooga News Chronicle et al.__
Defendant

# SUMMONS

TO: __Ali Abdul Razag Akbar__   __5125 Pinellas Ave. Keller, TX 76244__
Defendant __AKA Ali Alexander__   Address

_____
Defendant   Address

_____
Defendant   Address

You are hereby summoned to answer and make defense to a bill of complaint which has been filed in the Circuit Court of Hamilton County, Tennessee in the above styled case. Your defense to this complaint must be filed in the office of the Circuit Court Clerk of Hamilton County, Tennessee on or before thirty (30) days after service of this summons upon you. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

WITNESSED and Issued this __29th__ day of __November__, 20__21__

CIRCUIT COURT OF HAMILTON COUNTY
500 COURTHOUSE
625 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402
423/209-6700

Larry L. Henry, Circuit Court Clerk

By __H. Novkov__
Deputy Circuit Court Clerk

Attorneys for Plaintiff __Russell A. Newman   6688 Nolensville Rd., Suite 108-22 Brentwood, TN 37027__
Address

Plaintiff's Address __6688 Nolensville Rd., Suite 108-22, Brentwood, TN 37027__

Received this _____ day of _____, 20____

/S/ _____
Deputy Sheriff

FILED IN OFFICE
2021 NOV 29 AM 9:56
LARRY L. HENRY, CLERK
BY ___ DC

# State of Tennessee,
## County of Hamilton

I, Larry L. Henry, Clerk of the Circuit Court, in and for the State and County aforesaid, hereby certify that the within and foregoing is a true and correct copy of the original writ of summons issued in this case.

**Larry L. Henry**, Circuit Court Clerk

By _____ D.C.

## OFFICERS RETURN

I certify that I served this summons together with the complaint as follows:

[X] On, __November 30__, 20 __21__, I delivered a copy of the summons and complaint to the defendant, __Please see the statement regarding service on the following page.__

[ ] Failed to serve this summons within 90 days after the issuance because: _____

**Hamilton County Sheriff**

_____
Deputy Sheriff

## CLERK'S RETURN

I hereby acknowledge and accept service of the within summons and receive copy of same, this _____ day of _____ 20 _____.

_____
Defendant

**Larry L. Henry**, Circuit Court Clerk

By _____ D.C.

### Notice to Defendant(s)

Tennessee law provides a ten thousand ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

On November 30, 2021, I served Defendant Ali Abdul Razaq Akbar a/k/a Ali Alexander with the Hamilton County Circuit Court Summons and Complaint via Certified Mail, Signature Requested, Tracking No. EJ 814 789 608 US. The United States Postal Service returned the package containing the Summons and Complaint, stating that the person at Defendant Ali Abdul Razaq Akbar's residence refused to sign for the package and said package was returned to sender as "UNCLAIMED".

*Russell A. Newman*
_____

**Attorney for Plaintiff Terpsehore Maras**

7 April 2022



```
           UNITED STATES
           POSTAL SERVICE.
              BRENTWOOD
         8011 BROOKS CHAPEL RD
         BRENTWOOD, TN 37027-9998
              (800)275-8777
11/30/2021                        04:56 PM
-------------------------------------------
Product            Qty   Unit      Price
                         Price
-------------------------------------------
PM Express 1-Day    1              $27.10
Flat Rate Env
   New York, NY 10003
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Wed 12/01/2021 06:00 PM
   Money Back Guarantee
   Tracking #:
      EJ814789041US
   Insurance                        $0.00
      Up to $100.00 included
   Return Receipt                   $3.05
      Tracking #:
         9590 9402 6265 0274 0109 46
Total                              $30.15

PM Express 1-Day    1              $27.10
Flat Rate Env
   Englewood, CO 80112
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Wed 12/01/2021 06:00 PM
   Money Back Guarantee
   Tracking #:
      EJ814789069US
   Insurance                        $0.00
      Up to $100.00 included
   Return Receipt                   $3.05
      Tracking #:
         9590 9402 6265 0274 0106 87
Total                              $30.15

PM Express 1-Day    1              $27.10
Flat Rate Env
   San Francisco, CA 94111
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Wed 12/01/2021 06:00 PM
   Money Back Guarantee
   Tracking #:
      EJ814789038US
   Insurance                        $0.00
      Up to $100.00 included
   Return Receipt                   $3.05
      Tracking #:
         9590 9402 6265 0274 0105 71
Total                              $30.15

PM Express 1-Day    1              $27.10
Flat Rate Env
   Memphis, TN 38103
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Wed 12/01/2021 06:00 PM
   Money Back Guarantee
   Tracking #:
      EJ814789585US
   Insurance                        $0.00
      Up to $100.00 included
   Return Receipt                   $3.05
      Tracking #:
         9590 9402 6265 0274 0123 15
Total                              $30.15
```

```
Flat Rate Env
    Keller, TX 76244
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
        Thu 12/02/2021 06:00 PM
    Money Back Guarantee
    Tracking #:
        EJ814789608US
    Insurance                       $0.00
        Up to $100.00 included
    Return Receipt                  $3.05
        Tracking #:
        9590 9402 5967 0062 6707 83
Total                              $30.15

PM Express 1-Day    1           $27.10
Flat Rate Env
    Massillon, OH 44647
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
        Wed 12/01/2021 06:00 PM
    Money Back Guarantee
    Tracking #:
        EJ814789599US
    Insurance                       $0.00
        Up to $100.00 included
    Return Receipt                  $3.05
        Tracking #:
        9590 9402 6265 0274 0106 01
Total                              $30.15

PM Express 1-Day    1           $27.10
Flat Rate Env
    Chattanooga, TN 37403
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
        Wed 12/01/2021 06:00 PM
    Money Back Guarantee
    Tracking #:
        EJ814789055US
    Insurance                       $0.00
        Up to $100.00 included
    Return Receipt                  $3.05
        Tracking #:
        9590 9402 2581 6336 4822 22
Total                              $30.15
----------------------------------------
Grand Total:                      $211.05
----------------------------------------
Credit Card Remitted              $211.05
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX7163
    Approval #: 08853P
    Transaction #: 287
    AID: A0000000041010      Chip
    AL: MASTERCARD
    PIN: Not Required     CAPITAL ONE
----------------------------------------

*******************************************
USPS is experiencing unprecedented volume
     increases and limited employee
   availability due to the impacts of
 COVID-19. We appreciate your patience.
*******************************************

   In a hurry? Self-service kiosks offer
    quick and easy check-out. Any Retail
         Associate can show you how.

     Save this receipt as evidence of
  insurance. For information on filing an
           insurance claim go to
      https://www.usps.com/help/claims.htm

 Text your tracking number to 28777 (2USPS)
    to get the latest status. Standard Message
    and Data rates may apply. You may also
    visit www.usps.com USPS Tracking or call
               1-800-222-1811.
```

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
purchases of Priority Mail labels
with the USPS Loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
for more info.

United States Postal Service
NOW HIRING NATIONWIDE
Career Path Positions with Benefits
Apply online at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

-------------------------------------------

UFN: 471020-0027
Receipt #: 840-53700045-4-15965080-2
Clerk: 02

