# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| TERPSEHORE MARAS,<br><br>Plaintiff,<br><br>v.<br><br>REPRESENTATIVE STEVE COHEN, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, MEDIA MATTERS FOR AMERICA and ALI ABDUL RAZAQ AKBAR A/KA/ ALI ALEXANDER,<br><br>Defendants. | Case. No. 1:21-cv-00317-DCLC-CHS<br><br>JUDGE CLIFTON L. CORKER |

## ORDER

This matter is before the Court on Plaintiff's Motion for Status Conference or Order Compelling Defendant Ali Abdul Razaq Akbar a/k/a Ali Akbar to Respond to Plaintiff's Amended Verified Complaint (Doc. No. 74). Plaintiff seeks to either have a status conference pursuant to Fed. R. Civ. P. 16(a) or an Order Compelling Defendant Ali Abdul Razaq Akbar a/k/a Ali Alexander to respond to Plaintiff's Amended Complaint (Doc. No. 1-2). Four Defendants, US Dominion, Inc., Dominion Voting Systems, Inc., Dominion Voting Systems Corporation and Media Matters for America, filed a joint Response to Plaintiff's Motion for Status Conference or Order to Compel (Doc. No. 75), wherein all four (4) Defendants objected to having a status conference. However, Defendants, US Dominion, Inc., Dominion Voting Systems, Inc., Dominion Voting Systems Corporation and Media Matters for America, did not object to the portion of Plaintiff's Motion for an Order compelling Defendant Ali Abdul Razaq Akbar a/k/a Ali Alexander to respond to Plaintiff's

Amended Verified Complaint (Doc. No. 1-2). Further Defendant Ali Abdul Razaq Akbar a/k/a Ali Alexander did not brief this Court in opposition to the Plaintiff's motion (Doc. No. 74). The portion of Plaintiff's motion for an Order compelling Defendant Ali Abdul Razaq Akbar a/k/a Ali Alexander remains unopposed. Pursuant to LR7.2, "Motions will be disposed of routinely as soon as possible after they become at issue … Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought."

> **LR7.2 Motion Disposition**
>
> Motions will be disposed of routinely as soon as possible after they become at issue, unless a hearing has been requested and granted or unless the Court desires a hearing on the motion(s). Under exceptional circumstances, the Court may act upon a motion prior to the expiration of the response time. Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought.

Since the portion of Plaintiff's motion (Doc. No. 74) requesting a status conference was **opposed** by Defendants, US Dominion, Inc., Dominion Voting Systems, Inc., Dominion Voting Systems Corporation and Media Matters for America, and since the portion of Plaintiff's motion (Doc. No. 74) requesting an Order compelling Defendant Ali Abdul Razaq Akbar a/k/a Ali Alexander **is, and remains, unopposed**, Plaintiff's motion for an order compelling Defendant Ali Abdul Razaq Akbar a/k/a Ali Alexander is **GRANTED**. Defendant Ali Abdul Razaq Akbar a/k/a Ali Alexander is hereby ORDERED to file a responsive pleading or a motion on or before **May 17, 2022**. Since the motion for an Order compelling Defendant Ali Abdul Razaq Akbar a/k/a Ali Alexander to respond to Plaintiff's Amended Verified Complaint has been granted, Plaintiff's motion for a status conference is **DENIED** as moot.

    **IT IS SO ORDERED**.

_____
CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY BY:

THE NEWMAN LAW FIRM

/s/ Russell A. Newman
Russell A. Newman, BPR No. 033462
6688 Nolensville Rd.
Suite 108-22
Brentwood, TN 37027
(615) 554-1510 (Telephone)
(615) 283-3529 (Facsimile)
E-mail: Russell@thenewmanlawfirm.com
*Attorney for Plaintiff Terpsehore Maras*

## CERTIFICATE OF SERVICE

I, Russell A. Newman, do hereby certify that I am counsel for Plaintiff Terpsehore Maras in the above-captioned matter and that a copy of the **ORDER** was filed and served via the CM/ECF system for the United States District Court, Eastern District of Tennessee, Chattanooga Division, which will cause service of same upon counsel of record in this matter and via U.S. Mail to the following non-registered users:

Ali Abdul Razaq Akbar a/k/a Ali Alexander
5125 Pinellas Avenue
Keller, TX 76244

Respectfully submitted this 26th day of April, 2022.

**THE NEWMAN LAW FIRM**

By: /s/ Russell A. Newman
Russell A. Newman, BPR # 033462