☑ MOTION HEARING
☐ PRETRIAL CONFERENCE
☐ OTHER

Case No **1:21-CV-317**  **Maras** v. **Cohen, et al**

PRESENT: Honorable **Christopher H. Steger** ☐ U.S. District Judge OR ☑ U.S. Magistrate Judge

**Russell Newman**
Attorney(s) for Plaintiff(s)

**Michael O'Neill**
Attorney(s) for Defendant(s)

**Jay Harbison**
Attorney(s) for Defendant(s)

**Kelli Jones**
Courtroom Deputy

**Kathy Wilson**
Court Reporter

PROCEEDINGS:
Hearing held on motion to compel or for status conference (#74) - DENIED.

TESTIMONY BY: _____

TRIAL SET: _____

Time: **2:00** to **2:40**        Date: **5/4/22**

REV 7/14