# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| **Terpsehore Maras,**  Plaintiff,  v.  **ALI ABDUL RAZAQ AKBAR A/K/A ALI ALEXANDER,**  Defendant, | Case. No. 1:21-cv-00317-DCLC-CHS  JUDGE CLIFTON L. CORKER |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Terpsehore Maras and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and voluntarily dismisses **without prejudice** Plaintiff's Complaint against Defendant Ali Abdul Razaq Akbar a/k/a Ali Alexander.

Respectfully submitted this 16th day of May, 2022.

**THE NEWMAN LAW FIRM**

/s/ Russell A. Newman
Russell A. Newman, BPR No. 033462
6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
(615) 554-1510 (Telephone)
(615) 283-3529 (Facsimile)
E-mail:russell@thenewmanlawfirm.com
*Attorney for Plaintiff Terpsehore Maras*

## CERTIFICATE OF SERVICE

I, Russell A. Newman, do hereby certify that I am counsel for Plaintiff Terpsehore Maras in the above-captioned matter and that a copy of the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was served for counselors of record for Defendants by electronic means via the Court's electronic filing system and by mail, postage prepaid, as follows:

Ali Abdul Razaq Akbar a/k/a Ali Alexander
5125 Pinellas Avenue
Keller, TX 76244

Respectfully submitted this 16th day of May, 2022.

**THE NEWMAN LAW FIRM**


By: /s/ Russell A. Newman
Russell A. Newman, BPR # 033462